# EXHIBIT 28

# REPORT OF DR. JOHN C. MADDOX
# REGARDING DONALD A. VARNEY

### TABLE OF CONTENTS

Page

1. SUMMARY ................................................................................................................... 3

2. QUALIFICATIONS ........................................................................................................ 7

3. COMPENSATION ........................................................................................................ 11

4. BACKGROUND: ASBESTOS FIBERS, LUNG FUNCTION, AND ASBESTOS
   DISEASE ................................................................................................................ 10

5. MATERIALS REVIEWED ............................................................................................ 21

6. IMPORTANCE OF THE ASBESTOS-EXPOSURE HISTORY ....................................... 21

7. EVALUATING THE SIGNIFICANCE OF ASBESTOS EXPOSURE
   AT VARIOUS LEVELS ............................................................................................. 23

8. METHODOLOGY ........................................................................................................ 25

9. ALL FORMS AND FIBER LENGTHS OF ASBESTOS, INCLUDING
   CHRYSOTILE, CAUSE MESOTHELIOMA IN HUMAN BEINGS .............................. 30

10. INDIVIDUAL SUSCEPTIBILITY ................................................................................ 35

11. MESOTHELIOMA IS A DOSE-RESPONSE DISEASE: THE
    GREATER THE DOSE OF ASBESTOS, THE GREATER THE
    RISK FOR DEVELOPING MESOTHELIOMA ........................................................... 36

12. EPIDEMIOLOGIC STUDIES HAVE DEMONSTRATED THAT LOW
    LEVELS OF EXPOSURE TO ASBESTOS CAN CAUSE MESOTHELIOMA ............... 41

13. SECONDARY EXPOSURE TO ASBESTOS FROM CONTAMINATED
    CLOTHING IS A CLEAR EXAMPLE OF HOW LOW LEVELS OF
    EXPOSURE CAN CAUSE MESOTHELIOMA ........................................................... 44

14. CHRYSOTILE IS A GENOTOXIC CARCINOGEN AND GENOTOXIC
    CARCINOGENS HAVE NO THRESHOLD ................................................................ 44

15. THERE IS A MEDICAL CONSENSUS THAT NO COMPLETELY
    SAFE LEVEL OF ASBESTOS EXPOSURE HAS BEEN IDENTIFIED
    FOR MESOTHELIOMA RISK ................................................................................... 47

16. FIBER TYPES, POTENCY, AND MIXED EXPOSURE ................................................ 53

17. SMOKING .................................................................................................................. 54

18.   LITERATURE REVIEW OF ASBESTOS GASKETS AND PACKING…………..…………...54

19.   LITERATURE REVIEW OF HOUSEHOLD / DOMESTIC ASBESTOS…..………………....54


20.   THE "ONE FIBER" THEORY OF CAUSATION IS INVALID
      AND IS NOT MY OPINION .................................................................................................. 55

21.   DONALD VARNEY'S MESOTHELIOMA WAS CAUSED BY HIS
      TOTAL AND CUMULATIVE EXPOSURE TO ASBESTOS ABOVE
      BACKGROUND LEVELS OF EXPOSURE ...................................................................... 57

# REPORT OF JOHN COULTER MADDOX, M.D.

## SUMMARY

The law firm of Dean, Omar, Branham asked me to review the case of Donald A. Varney. My diagnostic opinions are set forth in my surgical pathology consult reports (TL18-76) dated 9/6/2018, attached as **Exhibit 1**.  As set forth therein, I reviewed Mr. Varney's pathology slides and medical records and determined that he was properly diagnosed with malignant mesothelioma of the left pleura, sarcomatoid type, by a needle core biopsy performed on 8/14/2017.  I adopt and incorporate my previously expressed diagnostic opinions and the facts upon which I base those opinions into this report.

This report is not intended to be a comprehensive industrial hygiene or occupational medicine report.  Rather, it is a description of the exposure history received by this physician upon which he bases attribution of the mesothelioma to asbestos.

It is my opinion that this patient's malignant pleural mesothelioma was the result of his cumulative exposure to asbestos.  All component exposures are cumulative, although not all component exposures are significant, *per se*.  All of his repetitive, significantly abnormal, component asbestos exposures with an appropriate latency period, contributed to the development of his lethal malignant mesothelioma.  Based upon the history of asbestos exposure, the current medical literature, and Mr. Varney's dying declaration testimony, it is my opinion that  Mr. Varney's lethal malignant pleural mesothelioma was caused by his cumulative asbestos exposures to a variety of component exposures.  In other words, there were multiple products that he used, or that others used near him, which contributed to cause his mesothelioma.

Mr. Varney made this dying declaration about his asbestos exposure under penalty of perjury on 2/7/2018:
 "I, Donald Varney, declare as follows:
1. I have personal knowledge of the facts and circumstances set forth below.  I make these statements regarding the cause and circumstances of my death under a sense of impending death from mesothelioma. I have no hope or expectation of recovery from this terminal disease.
2. My father was an auto mechanic at Darigold when I was a child.  He worked on the brakes, clutches, and gaskets on Darigold's fleet of vehicles.  He came home from work dusty.  My mother shook out and washed his laundry in our family home.  I was often with her when she did this work.
3. I worked as a marine machinist at Puget Sound Naval Shipyard in Bremerton, Washington, from 1957 to 1962 and again from 1968 to 1972.  From 1965 to 1968, I worked as a marine machinist at Hunter's Point Naval Shipyard in San Francisco, California.
4. During my time at both of these shipyards, I breathed dust from the removal and replacement of asbestos-containing gaskets, packing, and insulation associated with the following machinery:

3

- Turbines manufactured by General Electric and Westinghouse;
- Valves manufactured by Crane, Edward, Atwood, and Crosby;
- Pumps manufactured by Warren, Chicago, Buffalo, Goulds, Peerless, Pacific, Bell & Gossett, Allis Chalmers, Byron Jackson, Deming, and Denison;
- Compressors manufactured by Carrier and Ingersoll-Rand;
- Forced draft blowers by Sturtevant;
- Steam traps manufactured by Armstrong; and
- Boilers manufactured by Babcock and Foster Wheeler.
  The gaskets and packing we used were Cranite, John Crane, and the original manufacturers of the equipment.

5. I personally worked removing and replacing the gaskets, packing and insulation from thousands of valves and pumps. I worked on and around dozens of boilers, turbines, compressors, steam traps, and forced draft blowers.

6. The work removing and replacing the gaskets, packing and insulation was very dusty. I breathed the dust from the work.

7. I never saw a warning about asbestos or cancer on a single product from any of these companies. If I had, I would have tried to protect myself. Since I did not know the dust caused cancer, I never wore a mask or respirator to protect myself."

"I declare under penalty of perjury under the laws of the state of Arizona and Washington that the foregoing is true and correct. DATED this 7th day of February, 2018, at Goodyear, Arizona"

These products and exposures reported to me are summarized by Mr. Ben Adams, attorney, in this way:

"Mr. Varney worked as a marine machinist at Puget Sound Naval Shipyard in Bremerton, Washington, from 1957 to 1962 and again from 1968 to 1972. From 1965 to 1968, he worked as a marine machinist at Hunter's Point Naval Shipyard in San Francisco, California. During his time at these two shipyards he breathed dust from the removal and replacement of asbestos-containing gaskets, packing, and insulation associated with turbines manufactured by General Electric and Westinghouse; valves manufactured by Crane, Edward, Atwood, and Crosby; pumps manufactured by Warren, Chicago, Buffalo, Goulds, Peerless, Pacific, Bell & Gossett, Allis Chalmers, Byron Jackson, Deming, and Denison; compressors manufactured by Carrier and Ingersoll-Rand; forced draft blowers by Sturtevant; steam traps by Armstrong; and boilers manufactured by Babcock and Foster Wheeler. The brands of gaskets and packing he used were Cranite, John Crane, and the original manufacturers of the equipment. He personally removed and replaced gaskets, packing and insulation from thousands of valves and pumps. He worked around dozens of boilers, turbines, compressors, steam traps, and forced draft blowers. His work removing and replacing gaskets, packing and insulation was dusty. He never saw a warning about asbestos or cancer on any product from these companies. If he had, he would have tried to protect himself."

Mesothelioma develops as a result of the interactions between asbestos fibers and mesothelial cells in the pleura repeatedly over time. It is not caused by a single fiber or even a single exposure, but rather by the inhalation of millions of microscopic asbestos fibers over time.

The response begins within weeks or months after the inhalation of asbestos into the lungs with the translocation of many asbestos fibers from the lung to the pleura. Over a long period of time— at least ten years and typically more than 40 years—as a result of cytotoxic and genotoxic response of the pleural cells to the asbestos fibers and the continued insult from cumulative damage to these cells from repetitive and subsequent asbestos exposure, a malignancy of the mesothelial cells occurs. As exposures continue, additional asbestos fibers suppress the immune system, cause the body to release reactive oxygen species, cytokines, and accumulate genetic mesothelial cell defects, all of which promote the eventual development of the tumor.

This malignancy is then typically subclinical for approximately five to ten years before symptoms of pain, effusion, or shortness of breath result in a biopsy and a diagnosis of mesothelioma. Death is the invariable consequence of this disease – usually occurring within 6 to 24 months of diagnosis, although some patients can live longer depending upon the extent of disease at diagnosis and the success of surgical or oncological treatments.

Mesothelioma is a rare disease and occurs in only approximately 3000 people in the United States every year. Asbestos exposure is so closely linked to mesothelioma that it is referred to as a "signal tumor" – i.e. the diagnosis itself is believed to be evidence that the patient has been exposed to asbestos. Fortunately, despite the ubiquitous use of thousands of asbestos products in the United States during the first 80 years of the twentieth century, only a small percentage of people who are occupationally, domestically, or environmentally exposed to asbestos ever develop mesothelioma. Even in the populations with the highest levels of asbestos exposure, no more than about 10 % of such workers will develop mesothelioma. This is due to the enormous variability in human immune response and susceptibility to cancer. Nonetheless, the incidence of mesothelioma is characterized by a linear dose response curve – which means that the number of people who develop mesothelioma increases in proportion to the extent of exposure of populations to asbestos. As the exposure increases, more people develop the disease. This dose response curve also applies to individuals.

It is widely reported in scientific, medical, and government reports that very low exposures to asbestos, e.g. days and weeks, have been attributed as the cause of mesothelioma, and scientists have not been able to determine a threshold of minimal exposure below which numerous mesotheliomas will not occur. This is true for all genotoxic carcinogens, i.e. carcinogens that cause damage to the DNA of cells (e.g. radiation, benzene, etc.). In my own experience, I have diagnosed about four dozen cases of mesothelioma in spouses or family members where the only exposure was from living with and handling asbestos-contaminated clothing of a shipyard worker. I have also seen mesotheliomas in local residents who only worked in the shipyard for a few months during the summer.

My opinions in this case are informed by the following:

1.      My personal experience in diagnosing and/or reviewing over 2,000 cases of mesothelioma, including many cases of shipyard workers, brake or auto mechanics, Navy machinists, and shipyard machinists who have been exposed to equipment, gaskets, packing and pipes similar to the asbestos exposure history of Varney. These cases include over 500 hospital patients and more than 1,500 consult cases of mesothelioma.

2.      My personal reading of the testimony of hundreds of industrially exposed workers including shipyard workers, construction contractors, railroad workers, brake mechanics, electricians, and Navy machinists describing the asbestos products they used to assemble, repair, and maintain equipment.

3.      My personal research and reading of hundreds of medical and scientific publications concerning the diagnosis and cause of mesothelioma generally and in specific occupations, including Navy sailors and machinist mates. See generally my reliance list of scientific articles that I rely upon attached as **Exhibit 2.**

4.      The multi-decade history of Donald A. Varney's intermittent exposure to specific asbestos products, including gaskets, packing, and insulation.

5.      The studies of researchers as set forth in the attached gasket bibliography (**Exhibit 3**) which have concluded that the intended uses of asbestos-containing gaskets, packing, and thermal system insulation, using the same work methods as used by Varney, release levels of asbestos fibers many orders of magnitude above background levels into the air that rise up into the breathing zone of workers.

6.      Peer-reviewed epidemiological, biological, cytotoxic, and genotoxic studies involving animals and humans, as well as case reports, textbooks, and treatises demonstrating by an overwhelming consensus of scientific opinion the capacity for each of the various forms of asbestos – chrysotile, amosite, crocidolite, actinolite, anthophyllite, and tremolite – to cause mesothelioma.

7.   The internationally accepted methodology, known as the Bradford Hill criteria for determining general causation of mesothelioma, as well as the accepted criteria employed by the International Agency for Research on Cancer (IARC) that looks at all available evidence regarding the dangers of asbestos exposure.

8.   The internationally accepted methodology for determining specific attribution of mesothelioma as set forth in the Helsinki Conference of asbestos disease experts.

9.   My application of the Helsinki Criteria to the specific exposure history of an individual which requires my assessment of the medical significance of the exposures to asbestos that an individual receives.  That assessment includes answering the following questions:

- Are they real exposures? Documented, witnessed, or inevitable given the circumstances.
- Are they significantly above normal background ambient air levels (at least several orders of magnitude)?
- How are the exposure levels known? Either visible dusts or measurement (actual or simulated).
- Are the exposures repetitive?  Better yet, routine and regular.
- The risk or rate of mesothelioma is a dose-response function.  High component dose, high component risk; low component dose, low component risk.

- The exposures should be within a reasonable latency period (i.e., a minimum of 10 years from first exposure to diagnosis by Helsinki criteria).

11.     My review of the dying declaration of Donald Varney, signed by him on 2/7/2018.

From this review it is my opinion that Mr. Varney's exposure to chrysotile and tremolite asbestos from the use of gaskets and packing was many orders of magnitude above background levels.  Likewise, it is my opinion that Mr. Varney's exposure to chrysotile, tremolite and possibly another type of amphibole asbestos (ie, amosite) from insulation from working with and around turbines, valves, pumps, compressors, forced draft blowers, steam traps and boilers at US Naval shipyards from 1957 through 1972 was also many orders of magnitude above normal background levels.  Although he did not work as an insulator himself, he probably had at least some exposure to thermal system insulation on pipes and equipment that he did work with.  Thus, chrysotile, tremolite and other types of amphibole asbestos were significantly above normal background ambient air levels.  Thus, his mesothelioma is the direct result of the cumulative effect of these exposures and any other exposures that he may have received from other asbestos products where he worked and from other asbestos-containing products that he used on a regular, routine, and/or frequent basis. This cumulative exposure is composed of multiple high, repetitive, and long-term component exposures to specific products, each/most of which alone would have been sufficient to cause a human being to develop mesothelioma; and, therefore, in my opinion each would have been a substantial contributing factor to the development of his mesothelioma.

Specifically, it is my opinion that Varney's exposures to the following asbestos-containing (AC) products were high, prolonged and repetitive and were therefore substantial contributing factors in the causation of his mesothelioma.  This does not exclude any other asbestos, to which he also may have had other exposures.

- Asbestos-containing gaskets and packing used at US Naval shipyards,
- A-C thermal systems insulation (including mud),
- A-C brakes, clutches, and other automotive products on the Darigold vehicle fleet serviced by Donald Varney's father.

## QUALIFICATIONS

I am a physician in the private practice of pathology at Riverside Regional Medical Center in Newport News, Virginia.  I have been a practicing pathologist for almost 43 years, since my graduation from medical school in 1976.  The majority of my professional time since 1976 has been as a practicing pathologist assisting other medical doctors in the diagnosis of illnesses.    A copy of my Curriculum Vitae dated 3/15/2016 is attached to this Report as **Exhibit 4**.

I attended the University of Virginia, College of Arts and Sciences, and received a Bachelor of Arts Degree with Distinction in Biology in 1972.  I then attended the University of Virginia School of Medicine and obtained my medical degree in 1976.  Following medical school, I was an intern and resident (including Chief Resident) at the Stanford University Medical Center, Pathology Department, from 1976 to 1979, in the area of Anatomic Pathology.  While at Stanford, I worked with Dr. Charles Carrington who at the time was the head of the US-Canadian

7

Mesothelioma Panel.  In working with Dr. Carrington, I was introduced to the study of asbestos-related diseases, including mesothelioma.

From 1979 to 1980, I received additional post-graduate training as a Fellow in Residency at the MD Anderson Hospital and Tumor Institute, University of Texas, in Houston, TX.  While at MD Anderson, I worked with Dr. David Dail, a well-known pulmonary pathologist and co-author of the textbook Dail and Hammar's Pulmonary Pathology.

I completed a residency in Clinical Pathology from 1980 to 1981 at the Medical College of Virginia, Virginia Commonwealth University, Department of Pathology.  I was a Fellow at this institution from 1981 to 1982 studying Hematopathology.  In 1982, I achieved Board Certification by the American Board of Pathology in both Anatomic Pathology and Clinical Pathology.  In 1998, I achieved Board Certification in Hematopathology.

I have published several articles in the peer reviewed medical and scientific literature, including articles about asbestos-related disease, including mesothelioma.  Two of the articles that I co-authored concerned the causation of asbestos-related lung cancer.[1]  Another paper that I co-authored concerned the immunostains which could be used to diagnose mesothelioma.[2]  Another concerned soluble growth factors generated by mesothelioma tumor cells.[3]

The general and specific causation of mesothelioma from exposure to asbestos has been well established for the past sixty years from epidemiology, case reports, animal studies, in vivo and in vitro studies, toxicological studies, autopsies, textbooks, medical journals, government reports, and other scientific reports.  For the past forty years I have studied this medical and scientific literature and I continue to do so.  A comprehensive summary of the information that has led the medical and the scientific community to conclude that chrysotile causes pleural mesothelioma was published by IARC in 2012.[4]  This paper contains the methodology by which the scientific community has reached that conclusion which essentially is by review of all of the information listed above in this paragraph.  The specific causation methodology which is generally accepted in the medical community and was published by 19 physicians with extensive experience and/or publications concerning the diagnosis and causation of mesothelioma is referred to as the Helsinki Criteria,[5] and I ascribe to those criteria.

---

[1] Roggli, Hammar, Maddox, and Henderson: Re: **The "Helsinki Criteria" for attribution of lung cancer to asbestos exposure: how robust are the criteria?** Arch Pathol Lab Med. 2008 Sep;132(9):1386-1387. Roggli, Hammar, Pratt, Maddox, Legier, Mark & Brody. **Commentary – Does Asbestos or Asbestosis Cause Carcinoma of the Lung?** American Journal of Industrial Medicine 26: 835-838 (1994).

[2] Legier and Maddox.  **"Immunohistochemical Diagnosis of Mesothelioma,"** in the monograph The Mesothelial Cell and Mesothelioma, Marie-Claude Jaurand and Jean Bignon, editors, in the series Lung Biology in Health and Disease, vol 78, Claude Lenfant, executive editor Marcel Dekker, Inc. New York, 1994 pp. 103-119.

[3] Craighead, Calore, Corson, Copeland, Maddox, and Sporn.  **The pathogenic role of growth factors in human and rat malignant mesotheliomas.**  Eur Respir Rev. 1993, 3:1, 159-160.

[4] **Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite) IARC Monograph 100c-11,** pp. 219-309 (2012)

[5] **Asbestos, Asbestosis, and Cancer:  the Helsinki criteria for Diagnosis and Attribution, Consensus report,** Scandinavian Journal of Work and Environmental Health, 23, 311-316 (1997)

I rely upon a number of specialized medical textbooks concerning all aspects of asbestos exposure, asbestos-related disease, and causation of those diseases.[6]  One of the most important is the two-volume textbook <u>Dail and Hammar's Pulmonary Pathology</u>, 3rd edition, (2008); specifically, Chapter 43 in Volume II, Neoplastic Lung Disease, an extensive chapter on neoplasms of the pleura, which is written by Dr. Samuel P. Hammar, Douglas W. Henderson, Sonja Klebe, and Ronald F. Dodson,[7] and contains an exhaustive treatment of the history of mesothelioma, its causation, and diagnosis.  I also rely on Chapter 27 of Volume I of Dail and Hammar's textbook, which is entitled "Asbestos."  This chapter provides extensive information concerning asbestos fibers and how they cause disease in the lung.  This two-volume textbook demonstrates that pathologists working in the field of asbestos-related disease must develop sufficient interdisciplinary expertise to read and understand the necessary causation analysis that must be utilized in determining the cause of mesothelioma, including epidemiology, toxicology, fiber cell biology and industrial hygiene.  Historically, pathologists have performed much of the most basic medical and scientific original research that increased the scientific and medical communities' understanding of the diagnosis and attribution of asbestos-related diseases.[8] Pathologists performed much of the early work examining the tissue from asbestos victims, seeing the nature of the damage, identifying asbestos in those damages tissues, and drawing the early causal connection between the exposure and the disease including cancer.

Pathologists continue to perform some of the important ongoing research on the causation of asbestos related illnesses, including work on how and where various types of asbestos fibers translocate throughout the human body, including the various mesothelial tissues from which malignant mesothelioma arises.[9]  Pathologists and other research scientists have revealed that

---

[6] Dodson and Hammar, **Asbestos Risk Assessment, Epidemiology and Health Effects,** 2d ed. (2006)  ; Robinson & Chaninian, Eds. **Mesothelioma**, - (2002); Selikoff, IJ., Churg, J. **Biological Effects of Asbestos**.  Selikoff, IJ., Churg, J. Annals of the New York Academy of Sciences, Vol. 132, Art.  1:1-766, December 31, 1965; Selikoff IJ and Lee.   **Asbestos and Disease** (1978)

[7] **Dail and Hammar's Pulmonary Pathology,** (Tomashefski JF Jr., Editor) Volume II, Neoplastic Lung Disease, Third Edition, Chapter 43, Neoplasms of the Pleura, by Hammar SP, Henderson DW, Klebe S and Dodson RF, pp. 558-734 (2008);

[8] There are numerous examples of pathologists pioneering asbestos disease causation research. Below are just a few of the notable contributions by pathologists.  Pathologist Montague Murray reported the first case of what is now called asbestosis in 1906. Murray, H. Montague, MD., **Report of Departmental Committee On Compensation for Industrial Diseases** HMSO, Cd. 3495, p14; Cd 3496, Minutes of Evidence, p.127.  Pathologist Cooke reported the first observations of "curious bodies" or that is now generally referred to as "asbestos bodies" (biologically coated asbestos fibers in the body) as well as the first to use the term "asbestosis". Cooke W.E. **Pulmonary Asbestosis**, Br Med J. 1927 Dec 3; 2(3491): 1024–1025.  In the 1930s Pathologist S.R. Gloyne published on cases of asbestosis, the damage being done to the tissues, how asbestos moved through the body, and even some of the first cases of cancer observed in asbestosis victims.  Wood, WB and Gloyne SR  **Pulmonary Asbestosis/A review of One Hundred Cases**, Lancet 2:1383-1385 (1934) and Gloyne SR, **The Morbid Anatomy and Histology of Asbestosis**, Tubercle 15:445-451, 493-497, and 550-558 (1933). Pathologist Dr. Wilhelm Hueper, the first director of the Environmental Cancer Section of the National Cancer Institute (1938-1964) was calling attention to the increasing evidence of an asbestos cancer link in 1942 and thereafter.  Hueper WC, **Occupational Tumors and Allied Diseases**, Springfield, Ill.: Charles C. Thomas, 1942, pp 399-405. Pathologist Dr. Wagner and his coauthors relied heavily upon pathology for their ground breaking 1960 case series study that many believe proved that asbestos caused mesothelioma. Wagner JC, et al.  **Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province**, Br J Ind Med. 1960 Oct;17:260-71.

[9] For example, Pathologist Dr. Suzuki of Mt. Sinai Hospital has shown that short chrysotile fibers preferentially translocate to target organ for pleural malignant mesothelioma.  Suzuki Y and Yuen SR (2001).  *Asbestos tissue*

asbestos fibers, including the types found in asbestos gaskets and packing, find their way into the target sites for mesothelioma and damage the tissues in ways that lead to cancer.

Since the early 1980s, I have participated in the diagnosis of thousands of cases of asbestos-related diseases, asbestosis, lung cancer, and mesothelioma.  This includes well over 500 cases of mesothelioma that originated at Riverside Regional Medical Center where I practice as a pathologist.  I have also seen more than 1,500 additional mesothelioma cases referred to me by other physicians and lawyers representing both plaintiffs and defendants in litigation.  Among these mesothelioma victims, I have seen dozens of cases involving Navy machinist mates and pipefitters as well as shipyard machinist mates and pipefitters, all of whom presented an occupational history in which their primary direct exposure to asbestos was to asbestos gaskets and packing.  During the course of my career at Riverside, I have kept abreast of the scientific and medical literature concerning the diagnosis and causation of mesothelioma.  I have personally evaluated cases of mesothelioma that have been caused by brief and intermittent exposure to asbestos, including cases involving approximately four dozen wives and children of shipyard workers who used asbestos products on the job and brought the dust home on their clothing.  See Egilman D.  **Fiber Types, Asbestos Potency, and Environmental Causation – A Peer Review of Published Work and Legal and Regulatory Scientific Testimony.**  Int J Occup Environ Health 2009: 15:202-228 (2009).  Thirty-seven of my household asbestos-exposure mesothelioma cases are cited in this article.  I have also seen numerous cases of mesothelioma in individuals whose only known exposure to asbestos occurred during a few summer months at the shipyard or a few weeks on ship in the Navy Reserves.

I have also examined lung tissue in over 1200 samples of lung tissue from about 600 patients diagnosed with asbestos disease to determine the quantity and content of residual fibers by electron microscopy.  I have routinely read the literature concerning fiber release from various asbestos containing products including pipe covering, gaskets and packing, joint compounds and brake and other friction products.  I have reviewed published and unpublished reports of testing conducted on these types of products to determine the type and level of asbestos released during their routine use.  I studied the scientific literature with regard to the level of asbestos present in the ambient air.  I have been qualified to testify on the issues of diagnosis and causation in a number of states, including, but not limited to:  Virginia, Maryland, Pennsylvania, Washington, New Jersey, Texas, California, Georgia, New York, North Carolina, South Carolina, Florida, Louisiana, Minnesota, and Missouri.  A list of trials and depositions since 2011 is attached as **Exhibit 5**.  On each of these occasions, I applied the internationally accepted methodology for determining general causation as set forth in the Bradford Hill Criteria[10] [11] [12] and the International

---

*burden study on human malignant mesothelioma.*  Ind Health 39(2): 150-160; Suzuki Y and Yuen SR (2002).  **Asbestos fibers contributing to the induction of human malignant mesothelioma.**  Ann N Y Acad Sci 982: 160-176; and Suzuki Y, et al (2005).  **Short, thin asbestos fibers contribute to the development of human malignant mesothelioma: pathological evidence.**  Int J Hyg Environ Health 208(3): 201-210.

[10] Hill, Austin Bradford, **The Environment and Disease:  Association or Causation?**  President's Address, Proceedings of the Royal Society of Medicine, Vol. 58, pp. 295-300 (1965).

[11] Lemen, Richard, **Chrysotile Asbestos as a Cause of Mesothelioma:  Application of the Hill Causation Model**, Richard Lemen, Int. J. Occup Environ Health, Vol. 10/No. 2 (2004)

[12] World Health Organization (WHO). **Chrysotile Asbestos**. 2014.

Agency for Research on Cancer (IARC)[13]; and the internationally accepted methodology for determining specific causation of mesothelioma set forth in the Helsinki Criteria.[14][15]  Application of the Bradford Hill Criteria and the IARC Criteria have led me to the conclusion that all forms of asbestos, including chrysotile, cause mesothelioma.  Application of the Helsinki Criteria along with my personal experience and knowledge to the facts of this case have informed my opinions concerning the cumulative asbestos exposure that caused Varney's mesothelioma and the substantial contributing factors that contributed to his disease.

The facts stated in this report are sufficient to form a reliable basis for my opinion.  I have reviewed and am familiar with the materials listed herein and have used this familiarity with the scientific and medical literature, and the exposure history of Donald A. Varney in order to formulate my opinions in this case, all of which are the types of materials I and other doctors normally rely upon to make our opinions.  The methodology and basis for the opinions as stated herein are not novel and for the reasons set forth above are generally accepted in the medical and scientific community.

## COMPENSATION

Peninsula Pathology Associates, Inc., will bill $500 per hour for the time I spend working on this case.  I will receive about 22% of that revenue (approximately $112 per hour).

## BACKGROUND: ASBESTOS FIBERS, LUNG FUNCTION, AND ASBESTOS DISEASE

Understanding the causation of mesothelioma requires some background understanding concerning the types and characteristics of asbestos fibers, the circumstances of asbestos use and exposure, the normal function of the lung, and the response of the human body to the inhalation of asbestos dust and fibers.[16]

### Asbestos

Asbestos is a fibrous mineral that is mined from the ground and then milled and processed into a wide variety of products which utilize its unique bonding characteristics and resistance to heat.  There are two families of asbestos fibers.  The first is the serpentine family of fibers.  These fibers are called chrysotile asbestos.  The second family is referred to as amphibole asbestos.  Amphibole asbestos has five main varieties: crocidolite, amosite, tremolite, anthophyllite, and

---

[13] **Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite)** IARC Monograph 100c-11, pp. 219-309 (2012)

[14] **Asbestos, Asbestosis, and Cancer:  the Helsinki criteria for Diagnosis and Attribution, Consensus report**, Scandinavian Journal of Work and Environmental Health, 23, 311-316 (1997)

[15] Wolff H, Vehmas T, Oksa P, Rantanen J, Vainio **H. Asbestos, asbestosis, and cancer, the Helsinki criteria for diagnosis and attribution 2014: recommendations**. Scand J Work Environ Health. 2014:1-11.

[16] Dail and Hammar, **Pulmonary Pathology, Vol. I**, (2008), Chapter 27, "Asbestos."

actinolite.  Each of these asbestos fibers has a specific chemical composition, but all are similar magnesium silicates with scroll-like or fascicular architecture. [17]

**Chrysotile asbestos** is white, and is composed of curved bundles of fibers that split longitudinally into thin fibers. Chrysotile asbestos that is used in the United States primarily comes from Canada, and typically is contaminated with approximately one percent tremolite. [18] Tremolite, like other amphiboles, is a straight durable fiber that is typically thicker than chrysotile. All asbestos fibers are microscopic; they cannot be seen with the naked eye.  By way of comparison, many thousands of asbestos fibers would fit within the diameter of a human hair.[19]

For regulatory counting purposes, the Occupational Health and Safety Administration of the United States defines an asbestos fiber as being at least five microns long and having a length to width aspect ratio of at least three to one.  This size range was chosen for cost savings and predictability.  This is the lower limit of fiber recognition with an optical microscope.  A much more expensive electron microscope would be needed to identify smaller fibers.  Smaller fibers are, nonetheless, genotoxic.

OSHA-length fibers compose only a small percentage of the total asbestos fibers in an asbestos-containing product or in the air.  Ninety-five percent of all asbestos products in the United States over the past 75 years are believed to have been manufactured with tremolite-contaminated chrysotile asbestos from Canada.[20]  Manufacturers used chrysotile asbestos for asbestos gaskets,[21] asbestos packing,[22] asbestos cements, asbestos pipecovering, asbestos cloth, and asbestos flooring sold to the Navy. Chrysotile fibers have a short half-life in the lung (usually less than one year)[23]; however, chrysotile asbestos fibers are the most common fibers that are found in the pleura (where mesothelioma occurs) at autopsy.[24] Chrysotile may be curvy or "harsh" depending on where it is mined, its dimensions, and its exposure to heat.

[17] Dodson and Hammar, **Asbestos Risk Assessment, Epidemiology and Health Effects,** 2d ed. (2006) ("Morphological Features of Asbestos That Determine its Potential for Inhalation" by Ronald F. Dodson, pp. 59-65.);

[18] McDonald, JC and McDonald, AD, "**Chrysotile, Tremolite and Carcinogenicity,**" Annals of Occupational Hygiene 41:699-705, (1997); **Letter from Dr. Victor Roggli to Dr. Allan Feingold dated 4/6/01**.; Case BW. **Health effects of tremolite. Now and in the future**. Annals of the New York Academy of Sciences. 1991;643:491-504. PubMed PMID: 1809162.

[19] Dodson and Hammar, **Asbestos Risk Assessment, Epidemiology and Health Effects,** 2d ed. (2006), p. 59, *Morphological Features of Asbestos that Determine its Potential for Inhalation*.

[20] Selikoff, Irving, ed., **Biological Effects of Asbestos** (1964) [published December 31, 1965], pp. 18-19. Suzuki, Y., Yuen, SR. **Asbestos Tissue Burden Study on Human Malignant Mesothelioma.**  Industrial Health, 2001.39:150-160; Dodson and Hammar, **Asbestos Risk Assessment, Epidemiology and Health Effects,** 2d ed. (2006)  ("Morphological Features of Asbestos That Determine its Potential for Inhalation" by Ronald F. Dodson, pp. 59-65.).

[21] MIL-A-17472 and MIL-A-7021

[22] HH-P-34b and HH-P-34c

[23] Pezerat H, **Chrysotile Bioperistence, The Misuse of Biased Studies**, IJOEH, Vol 15, No. 1 Jan/Mar 2009 pp. 102-106; Egilman DE, Letter, IJOEH, Vol 17, No. 1, Jan/Mar 2011 pp 98-102.

[24] Suzuki Y, Yuen SR, Ashley R.  **Short, thin asbestos fibers contribute to the development of human malignant mesothelioma: pathological evidence.**  Int J Hyg Environ Health, 208 (3):201-10 (2005)

**Amosite and crocidolite asbestos** are used in a small minority of products in the United States.  Amosite and crocidolite are both mined in South Africa.  Amosite is brown in color; crocidolite is blue.  Both of these fibers are thicker and straighter than chrysotile, and they do not have the same tendency to split longitudinally into thinner and thinner fibrils.  Some manufacturers used amosite from the 1940s until the early 1970s in some pipecovering and cements that were sold to the Navy.  Crocidolite was not commonly in products sold to the United States Navy. Amphibole fibers have a long half-life in the lung (ten to twenty years) and are the most common fibers found in the lung[25] (where asbestosis and lung cancer occur) at autopsy.

**Actinolite, tremolite and anthophyllite** are not commonly used *per se* in commercial products in the United States, but tremolite and actinolite may be found as impurities, in products made from Canadian chrysotile fibers, and/or in some talc deposits.  Likewise, tremolite can be found as an impurity in some other mineral products, like vermiculite.

**All Asbestos Fibers.**  A broad consensus of the medical and scientific community in the United States and the World has concluded that (1) all forms of asbestos can cause asbestosis, lung cancer, and mesothelioma,[26] and (2) there is no known threshold below which exposure to asbestos at levels above the normal ambient air do not create a risk of mesothelioma.[27]

### Lung Function and Asbestos Disease

The normal structure of the lung includes the trachea, the left and right main stem bronchus, the bronchi, bronchioles, and alveoli, the three right lobes of the lung, and the two left lobes of the lung, the pleura, and the diaphragm.  The pleura is a double-layered covering that encases the lung with two membranes—the visceral pleura, which is attached to the lung—and the parietal pleura, which is attached to the chest wall.  The cells that line the inside layers of these two membranes are mesothelial cells.  See illustration.

---

[25] Roggli V, Sharma A. **Malignant Mesothelioma and Occupational Exposure to Asbestos: A Clinicopathological Correlation of 1445 Cases**. Ultrastructural Pathology. 2002. 36, 55-65; Egilman D.  **Fiber Types, Asbestos Potency, and Environmental Causation – A Peer Review of Published Work and Legal and Regulatory Scientific Testimony**.  Int J Occup Environ Health 2009: 15:202-228 (2009)

[26] **Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite)** IARC Monograph 100c-11, pp. 219-309 (2012); Dail and Hammar's **Pulmonary Pathology,** (Tomashefski JF Jr., Editor) Volume II, Neoplastic Lung Disease, Third Edition, Chapter 43, Neoplasms of the Pleura, by Hammar SP, Henderson DW, Klebe S and Dodson RF, pp. 558-734 (2008); Dodson and Hammar, **Asbestos Risk Assessment, Epidemiology and Health Effects,** 2d ed. (2006);; see section in this report entitled **All Forms and Fiber Lengths of Asbestos, Including Chrysotile, Cause Mesothelioma in Human Beings.**

[27] See the section in this report **There is a Medical Consensus that no Completely Safe Level of Asbestos Exposure has been Identified for Mesothelioma Risk** and the section of this report entitled **Chrysotile is a Genotoxic Carcinogen And Genotoxic Carcinogens Have No Threshold**.





**Structure of the Normal Lung**
**Asbestos Fibers Migrate Down to the Alveoli Where Gas Exchange Occurs**

14

The purpose of the lungs is to facilitate gas exchange, in other words, to deliver oxygen to the blood.  This transfer occurs in the walls of the alveoli which are part of the interstitium of the lung.  The alveoli are surrounded by capillaries, arteries, and veins.

**Microscopic Asbestos Fibers Slip Through the Alveolar Walls via the Pores of Kohn Into the Interstitium and From There Into the Lymphatics and the Pleura**



An occupational exposure to asbestos typically involves thousands of asbestos fibers.  For example, if the concentration of asbestos in the air is one fiber per cubic centimeter of air, that exposure may result in breathing 8,000 fibers per minute because a person typically inhales 500 cubic centimeters of air per breath, and a worker will typically breathe 16 times a minute.  In a very short period of time, workers can inhale millions of asbestos fibers.

These asbestos fibers are breathed through the nose or the mouth.  Some of them are prevented from getting into the lung by the hairs in the nose.  Some of them are captured by the so-called mucocillary escalator which is the beating of microvilli on the side of the respiratory tract that carries mucus upwards where it can be spit out.  Some are coughed up.  Some of them get into the lower part of the respiratory tract where they eventually enter the air sacs—the alveoli. Some of them will get engulfed by macrophages, scavenger cells that try to destroy foreign objects in the lung.  Some of them will turn into asbestos bodies, which are asbestos fibers coated with ferritin.  Some of them will enter the interstitium of the lung, the area between the air sacs where there are lymphatic channels, a low-pressure vascular system that acts like storm drains.  These

15

lymphatics will carry some of the asbestos fibers into the pleural space and others into the lymph nodes.  Some of them will penetrate the pleura directly from the lung.  Some of the fibers get entrapped in the lymph nodes.  Some of these fibers also penetrate through the diaphragm into the peritoneal space.

Over time, with additional exposures, these fibers accumulate in the body and cause a series of changes in the lung and the pleura.





**Asbestosis**                              **Lung Cancer**

**In the lung:**  Two diseases can be caused by asbestos fibers in the lung—asbestosis and lung cancer.        The first disease is **<u>asbestosis</u>**.  With repeated asbestos exposures, repeated accumulation of asbestos fibers and asbestos bodies, and repeated damage to the alveoli, the normal alveoli and bronchioles become fibrotic, i.e. scarred.  This cumulative scarring is called asbestosis, a non-malignant, chronic, and incurable disease which causes shortness of breath and

restrictive lung impairment. Asbestosis typically requires heavy and prolonged exposure to asbestos over a period of years.

The second disease from asbestos in the lung is **<u>lung cancer</u>**.  An asbestos-induced lung cancer is the consequence of cumulative toxic, cytotoxic, genotoxic effect of asbestos fibers in the lung which damage the DNA of the lung cells and become carcinogenic.  Asbestos-induced lung cancer can occur at any place in the lung, in the bronchus or the interstitium.  If a person smokes, the cigarette smoking and asbestos exposure are synergistic in causing lung cancer.  In other words, the combination of cigarettes and asbestos fibers greatly increases the risk of lung cancer more than either smoking or asbestos exposure alone.[28]

**In the pleura:**  Asbestos fibers that migrate from the lung and reach the pleura can cause two separate diseases—pleural plaques and mesothelioma.[29]  The primary type of asbestos found in pleural plaques and in the pleura is chrysotile asbestos.[30] Animal experiments have shown that asbestos fibers reach the pleura within seven days of the time of exposure.[31]

The first lesion, **pleural plaques (or pleural thickening)** are benign growths on the pleura which typically do not cause any pulmonary function impairment and are diagnosed by x-ray. When pleural plaques or pleural thickening are seen in a person with past asbestos exposure history, it is generally accepted that they were caused by asbestos.

The second disease that can occur from asbestos in the pleura is mesothelioma, an incurable and uniformly fatal cancer.  The World Health Organization,  the International Agency for Research on Cancer,  the EPA,  OSHA,  NIOSH,  the United States Department of Health and Human Services,  and an overwhelming majority of medical authorities have all concluded that all forms of asbestos, including chrysotile, tremolite, amosite, and crocidolite, cause mesothelioma. This cancer metastasizes throughout the pleura and typically causes death by crushing the lung. Mesothelioma does not arise out of plaques.  Mesothelioma is the consequence of cumulative toxic, cytotoxic, genotoxic effect of asbestos fibers in the pleura or the peritoneum which damage the DNA of the mesothelial cells and become carcinogenic.  The asbestos fibers that accumulate in the pleura or the peritoneum both initiate and promote the mesothelioma. Mesothelioma is a signature cancer for asbestos exposure, meaning that when a person is diagnosed with mesothelioma, it is virtually always considered to be a result of asbestos exposure.  There is no other proven cause of mesothelioma other than exposure to asbestos.[32]  It is generally accepted by

---

[28] Selikoff, IJ.  **Asbestos Disease in the United States 1918-1975** (p. 16) (Asbestos workers who smoke have a risk of cancer that is 92 times greater than the background risk of lung cancer. Smoking alone only accounts for approximately 10 times the background rate, and asbestos alone only accounts for 5 times the background rate. Smoking and asbestos exposure act synergistically to cause lung cancer.)

[29] Dail and Hammar, **Pulmonary Pathology, Vol. I**, (2008), Chapter 27, "Asbestos."; Suzuki & Kohyama, **Translocation of Inhaled Asbestos Fibers From the Lung to Other Tissues,** American Journal of Industrial Medicine, 19, 701-704 (1991)

[30] Dodson, RF., et al. **Asbestos Content of Lung Tissue, Lymph Nodes, and Pleural Plaques from Former Shipyard Workers.**  Am Rev Respir Dis 1990, 142:843-847.

[31] Viallat JR, Raybaud F, Passarel M and Boutin C.  **Pleural Migration of Chrysotile Fibers after Intratracheal Injection in Rats.**  Archives of Environmental Health: An International Journal, September/October 1986 (Vol. 41, No. 5), pp. 282-286.

[32] Therapeutic radiation is reported to have caused mesothelioma in a few patients.

broad consensus of the scientific and medical community that mesothelioma can be caused by brief or low level occupational, domestic, or environmental asbestos exposure.[33]





**Benign Pleural Plaques**                    **Mesothelioma**



**Early Appearance of Mesothelioma due to Studding of the Visceral Pleura**

---

[33] Dail and Hammer.  Pulmonary Pathology, Vol. II, p. 587 (2008); **Asbestos, Asbestosis, and Cancer:  the Helsinki criteria for Diagnosis and Attribution, Consensus report**, Scandinavian Journal of Work and Environmental Health, 23, 311-316 (1997).  See four sections of this report entitled **Chrysotile is a Genotoxic Carcinogen and Genotoxic Carcinogens Have No Threshold, Epidemiologic Studies Have Demonstrated That Low Levels Of Exposure To Asbestos Can Cause Mesothelioma, Secondary Exposure To Asbestos From Contaminated Clothing Is A Clear Example Of How Low Levels Of Exposure Can Cause Mesothelioma, and There Is A Medical Consensus That No Completely Safe Level Of Asbestos Exposure Has Been Identified for Mesothelioma Risk.**



**Mesothelioma Encasing and Invading the Lung (Late)**



**Illustration of (1) Asbestos Fibers Translocating to the Pleura Through the Lymphatics, (2) Various Cell Types of Mesothelioma—Biphasic, Fibrosarcomatous, and Epithelial, (3) Hyperplastic Mesothelial Cells, (4) Normal Mesothelial Cells, (5) Lung and Pleural Architecture**

**Latency**.  All of these asbestos-related diseases have a latency of at least ten years from the time of exposure to the time when the disease is diagnosed.[34]  The latency period for lung cancer and mesothelioma is typically much longer.  On average, the mesothelioma latency period is more than 45 years. Higher and longer exposures cause more mesotheliomas and have a shorter latency period.  Lower exposures for less time cause fewer mesotheliomas and have a longer latency period. [35]

As a consequence of the long latency period, workers who are routinely and repetitively exposed to asbestos over a long period of time are unaware of the adverse health effects that may be occurring from their asbestos exposure until the disease is actually diagnosed.

### *MATERIALS REVIEWED*

Over the course of this suit, I have been provided with or already had in my possession the following materials, which I have reviewed and have relied upon in formulating my opinions in this case:

1.  Medical Records of Donald A. Varney (**Exhibit 6**) as reviewed in my Surgical Pathology Consult report (TL18-76)**.**
2.  Pathology materials for Donald A. Varney (**Exhibit 7**) as listed in my Surgical Pathology Consult report (TL18-76), which I incorporate here.
3.  Dying declaration transcript of Donald A. Varney, taken on February 7, 2018  (**Exhibit 8**)
4.  Illustrations of mesothelioma, lung cancer, and asbestosis, as copied into this report.

### IMPORTANCE OF THE ASBESTOS-EXPOSURE HISTORY

---

[34] Dail and Hammer, **Pulmonary Pathology**, Vol. II, p. 587 (2008) ; Asbestos**, Asbestosis, and Cancer:  the Helsinki criteria for Diagnosis and Attribution, Consensus report**, Scandinavian Journal of Work and Environmental Health, 23, 311-316 (1997);

[35] Bianchi C, et al.  **Latency periods in asbestos-related mesothelioma of the pleura**.  European Journal of Cancer Prevention.  Vol 6 (1997)  In a study of 421 pleural mesothelioma cases, the latency period was calculated in 312 cases and ranged from 14-72 years (mean 48.7; median 51).  "Latency periods differed significantly from one occupational group to another.  Mean latency periods were 29.6 years among insulators, 35.4 years among dock workers, 46.4 years in non-shipbuilding workers, and 49.4 years in shipyard workers, 51.7 years among women with domestic exposure, and 56.2 years in people employed in maritime trades."

An important criterion for determining the causation of mesothelioma is a reliable history of asbestos exposure.[36][37] Since the discovery of the disease mesothelioma, the causation of mesothelioma has been established by the *qualitative* history of asbestos exposure, not by *quantitative* analysis of that exposure. In 40 years I have never seen or read about a mesothelioma case in which the exposure of the mesothelioma victim had been recorded contemporaneously so that an actual mathematical computation of the nature and extent of his exposure could be calculated.

The fact is that asbestos fibers are microscopically small and invisible to the naked eye until there are millions of these fibers in the air. Because of this, a worker would have to wear specialized sampling equipment to know what his exposure was. In many cases, the mesothelioma victim is totally unaware of his asbestos exposure because he cannot see any visible dust; and if the worker sees dust, he has no understanding of its potential harm. A major reason for this fact is that asbestos has no "onion" properties, i.e. it cannot be smelled, tasted, felt, or seen; and it causes no immediate reaction—no tears, no itching, no sign or symptom whatsoever that breathing asbestos fibers is occurring or that it is harmful.

The testimony of hundreds of mesothelioma victims that I have read over the past 30 years is consistent and uniform in its agreement that this absence of "onion" properties or any warning of the danger of asbestos lulled workers into a sense of false security from working with asbestos products because, unknown to the workers, the asbestosis, lung cancer, or mesothelioma would not occur, if at all, until decades after the exposure. Further, employers did not routinely take air samples of asbestos-polluted environments until the late 1970s, after asbestos products had been used without any controls or protection of workers for more than 50 years.

---

[36] **Consensus report, Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution**, Scand J Work Environ Health 1997;23(4):311-316,. "In general, reliable work histories provide the most practical and useful measure of occupational asbestos exposure. Using structured questionnaires and checklists, trained interviewers can identify persons who have a work history compatible with significant asbestos exposure." Reaffirmed in Wolff H, Vehmas T, Oksa P, Rantanen J, Vainio H**. Asbestos, asbestosis, and cancer, the Helsinki criteria for diagnosis and attribution 2014: recommendations**. Scandinavian journal of work, environment & health. 2015;41(1):5-15.

[37] In some mesothelioma cases lung tissue analysis is used to confirm a history of prior asbestos exposure. In the Varney case, there has been no lung tissue digestion to determine the asbestos fibers that were present in his lung at the time of diagnosis, and it is my understanding that no lung tissue is available to conduct such a study. Lung tissue digestion is an effective way to determine past exposure to amphibole asbestos (amosite, tremolite, or crocidolite), but it is a very useless means to evaluate past exposure to chrysotile. This is true because the half-life for chrysotile, in the lung, is approximately one year, meaning that after 30 years, only 1/billionth of the chrysotile that was inhaled during the occupational exposure remains in the lung. On the other hand, the half-life of amphiboles is 10-20 years, meaning that a very large percentage of the amphibole that was originally inhaled is still in the lung after 30 years. The primary deficiency and intellectual error in reliance upon lung fiber analysis to determine the causation of mesothelioma is that the asbestos fibers in the lung are not the fibers that caused the mesothelioma. The mesothelioma is caused by the asbestos fibers that reach the pleura—not the fibers that remain in the lung. Egilman D. **Fiber Types, Asbestos Potency, and Environmental Causation – A Peer Review of Published Work and Legal and Regulatory Scientific Testimony**. Int J Occup Environ Health 2009: 15:202-228 (2009) As Dr. Suzuki has elegantly shown in his autopsy studies of mesothelioma victims, the primary type of asbestos found in the pleura is chrysotile—not amphibole—even though some amphibole asbestos fibers are also found in the pleura. All of the asbestos fibers that reach the pleura participate in the carcinogenic process that initiates or promotes the development of malignant mesothelioma. Suzuki Y, Yuen SR, Ashley R. **Short, thin asbestos fibers contribute to the development of human malignant mesothelioma: pathological evidence.** Int J Hyg Environ Health, 208 (3):201-10 (2005)

For these reasons, the medical literature and physicians such as myself rely upon the history of occupational, domestic, or environmental exposure from the worker, his family, his employer, and his co-workers or, more recently, upon product testing which can qualitatively demonstrate the range of potential exposures of a worker, but which cannot control for all of the variables that might have affected his actual exposure. All of these factors combine to require that physicians and scientists rely upon the history of exposure from careful questioning of the mesothelioma victim, his co-workers and family, and from qualitative assessment of past exposure from product testing or air sampling. For these reasons, the causation of mesothelioma is made on the basis of a qualitative evaluation of the asbestos exposure history—not a quantitative dose because no such data exists. Without such data, retrospective studies of asbestos victims must also rely upon qualitative exposure information from work with and around asbestos products which occurred on average more than 40 years prior to the time of diagnosis.

Physicians and scientists cannot conduct laboratory experiments on human beings with known carcinogens. Since the late 1940s it has been known that asbestos exposure was a carcinogen. This knowledge prevents anyone from conducting experiments to determine the minimum dose of asbestos that can cause mesothelioma or the incidence of mesothelioma that may be associated with specific doses of specific asbestos fiber from specific products. Since ethical constraints forbid such experimentation on human beings, scientists and doctors must rely upon animal experiments, toxicology studies, in vitro studies, qualitative assessments, and epidemiology to reach reasonable conclusions concerning causation of mesothelioma in populations and in individuals. Scientists and physicians cannot set up new prospective cohort studies but can use retrospective case-control studies.

Reliance on a history of asbestos exposure to establish causation goes back to the landmark studies of Wagner,[38] Selikoff[39] and Newhouse[40] in the 1960s, all of which attributed mesothelioma to asbestos exposure without any quantitative analysis. The exposures in these landmark articles were sustained by those who worked directly with asbestos and asbestos products, family members of asbestos exposed workers who brought home asbestos dust on their clothing, and those who lived in the neighborhood of asbestos mines and factories. These studies included mesothelioma patients who had sustained low exposures, high exposures, short exposures, and long exposures. It has been generally accepted by medical and scientific community for the past 50 years that a history of asbestos exposure is a reliable way upon which to base a causation determination. This method of using an exposure history to establish causation dates at least as far back as Ramazzini (born 1633) who is regarded as the "father" of occupational medicine. Franco G. **Bernardino Ramazzini: The Father of Occupational Medicine.** American Journal of Public Health. 2001;91(9):1382.

---

[38] Wagner JC, et al. **Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province**, Br J Ind Med. 1960 Oct;17:260-71.

[39] Selikoff, IJ., Churg, **Biological Effects of Asbestos.** J. Annals of the New York Academy of Sciences, Vol. 132, Art. 1:1-766, December 31, 1965.

[40] Newhouse and Thompson, **"Mesothelioma of Pleura and Peritoneum Following Exposure to Asbestos in the London Area,"** Brit. J. lndustr. Med., 22:261-269 (1965) [Presented at the Selikoff conference in 1964].

**EVALUATING THE SIGNIFICANCE OF ASBESTOS EXPOSURE AT VARIOUS LEVELS**

Occupational exposures, in my opinion, to asbestos-containing brakes, gaskets, packing and thermal insulation, are very high exposures to asbestos.  To put these exposures into medical context, a normal person breathes 500 cubic centimeters of air with each breath.  A normal person breathes approximately 16 times per minute, while working.  As a consequence, at a concentration of 1 fiber per cubic centimeter, a worker would breathe 8,000 fibers in one minute.  If that exposure continued for an 8-hour work day, in one day a worker would breathe as many as 3,840,000 fibers. By comparison, during the same period of time, an ambient background exposure of asbestos would be expressed as follows: 0.00005 x 500 (cc's per breath) x 16 (breaths/minute) x 60 (minutes/hour) x 8 (hours/day) = 192 fibers per an 8-hour work day.  Thus at only 1 fiber per cc, a worker may be exposed to 20,000 times more asbestos than normal ambient background exposure. This is not intended as a dose reconstruction of Varney's exposure but merely to demonstrate the potential for him to have received huge exposures of millions of fibers per day.

In plain English, occupational exposures from Mr. Varney working with asbestos-containing gaskets, packing, and thermal insulation for any significant period of time resulted in the inhalation of millions upon millions of asbestos fibers.  In this case, Varney testified to his exposures from using, installing, and removing asbestos-containing gaskets, packing, and thermal system insulation over the course of many years from the 1950s to the 1970s, on a routine basis. It is my opinion that Varney received very high asbestos exposures from his routine work with these materials, at least thousands of times higher than normal background ambient air.

Based upon testing done by Dr. William Nicholson, the industrial hygienist for Dr. Irving Selikoff (one of the pioneers of asbestos disease research), the fibers that are greater than 5 microns in length only constitute approximately 3.5%[41] of the total number of asbestos fibers that are respirable.  This means that about 95% of respirable asbestos fibers are not counted when performing an exposure assessment.  Yet, these fibers are still harmful.[42]  The percentages may vary depending on fiber type and milling, but generally smaller fibers constitute the large majority of the respirable dust.  This is important because short asbestos fibers are toxic, they are harmful, they translocate to the pleura, and they contribute to causing mesothelioma.

Due to the extensive and longstanding use of asbestos, and the presence of eroded natural deposits, the ambient air in the United States contains minute amounts of asbestos.  These ambient air concentrations are generally known as the "background level" and have been reported in United States cities to average 0.00005 f/cc to a 90th percentile of 0.00023 f/cc, thousands of times less than the current permissible exposure limit of 0.1 f/cc.  *See* Pathology of Asbestos-Associated Diseases, Roggli, Oury and Sporn, Second Edition, 2003, page 26, Table 2-1.  See also **Nicholson Asbestiform Fibers: Nonoccupational Health Risks,** by the National Research Council (1984), p. 220.  Higher background measurements as high as 0.01 f/cc are the result of measurements taken near a known source of asbestos usage, e.g. a factory or a shipyard or a building which contained

---

[41] Nicholson, W.J., et al., **Direct and Indirect Occupational Exposure to Insulation Dusts in United States Shipyards, Safety and Health in Shipbuilding and Ship Repairing,** pp. 37-48 (1972)

[42] Suzuki, et al.  **Short, thin asbestos fibers contribute to the development of human malignant mesothelioma: pathological evidence.**  Dodson & Hammer, **Short Fiber Toxicity,**.Int J Hyg Environ Health 208(3): 201-210 (2005); p. 167

asbestos products.  These levels are not normal ambient air concentrations of asbestos; they are polluted air concentrations of asbestos.  See **Environmental Health Criteria 203: Chrysotile Asbestos** published by the International Programme on Public Safety by the World Health Organization (1998), pp. 47-50.

A variety of publications have demonstrated that people living in the vicinity of asbestos factories or plants can and do develop mesothelioma.  Madkour, MT., El Bokhary., MS., et al. **Environmental Exposure to Asbestos and the Exposure-Response Relationship with Mesothelioma**. Eastern Mediterranean Health Journal, Vol. 15, No. 1, pp. 25-38 (2009).  See Pan XL, Day HW, Wang W, Beckett LA, Schenker MB.  **Residential Proximity to Naturally Occurring Asbestos and Mesothelioma Risk in California.**  Am J Respir Crit Care Med. 2005 Jun 23.  These cases of environmental asbestos exposure are, again, the result of pollution and fiber drift from a known source—not normal ambient air.  This disease is caused by millions of interactions by asbestos fibers which create a cascade of effects on cells and human DNA which ultimately become malignant.


## METHODOLOGY

I use generally accepted and appropriate scientific and medical methodology in assessing general and specific causation.  I am in agreement with the methodology discussed and employed by International Agency for Research on Cancer (IARC) that looks at all of the available evidence regarding the dangers of toxic substances to determine general causation.  See **A Review of Human Carcinogens – Part C: Metals, Arsenic, Dust, and Fibres**, comment in The Lancet, 10:453-454 (2009). (The updated IARC monograph on asbestos was published in 2012.) http://monographs.iarc.fr/ENG/Monographs/vol100C/mono100C-11.pdf.

IARC is not a regulatory body making "prophylactic" decisions on a precautionary basis. IARC is an international, interdisciplinary scientific research group that convenes an international expert panel that includes various epidemiological, industrial hygiene, toxicological, medical and other scientific specialties — not just epidemiology — to evaluate all of the available evidence and rank it in importance based on the strengths and weaknesses of each study.  IARC gathers the best scientists in the world together to evaluate the latest science relating to cancer and cancer causing agents based on the weight of the scientific evidence.[43]  If a cancer causing agent meets IARC's rigorous requirements for classification as a Group 1 Human Carcinogen, it means that "[t]he Working Group considers that a causal relationship has been established between exposure to the agent and human cancer" and that "bias and confounding could be ruled out with reasonable confidence." *See Preamble, supra.* All forms of asbestos, including chrysotile — the commercial type used in Defendants' gaskets and packing — have been found to be Group 1 Human Carcinogens by IARC. Other scientific groups and regulatory bodies can and do rely upon IARC's research, reviews and findings.

---

[43] Preamble, World Health Organization, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, World Health Organization International Agency for Research on Cancer, (2006) http://monographs.iarc.fr; *see also* Preamble to the IARC Monographs (amended Jan. 2006), available at http://monographs.iarc.fr/ENG/Preamble /index.php (discussing the types of evidence evaluated and the scientific criteria that guide the evaluations).

In 2009 IARC announced the results of their most recent all-inclusive evaluation of all of the world scientific evidence regarding the dangers of asbestos[44], which was published in full in 2012.[45]  I am in agreement not only with their methodology, but also with the conclusions reached by IARC in that asbestos evaluation, including without limitation, the conclusion that all types of asbestos, including chrysotile, are Group 1 Human Carcinogens, that all types of asbestos, including chrysotile, cause mesothelioma, and that all types of asbestos, including chrysotile, are genotoxins, meaning they can initiate tumors, in addition to promoting the growth of a tumor that has already been initiated.  I have read and rely upon this IARC massive review conducted by a large IARC interdisciplinary group of respected and unbiased experts.

In terms of methodology for establishing general causation in toxic situations generally or asbestos and mesothelioma specifically, I am also in agreement with the protocols outlined in several prominent scientific publications: Sir Austin Bradford Hill, **The Environment and Disease: Association or Causation?** Proceedings of the Royal Society of Medicine 295(1965); [46] Lemen, R. A. (2004), **Chrysotile asbestos as a cause of mesothelioma: application of the Hill causation model,** Int J Occup Envrion Health 10(2): 233-239.

I also rely upon standard pathology textbooks for the basis of my opinions concerning general causation of mesothelioma from asbestos exposure, including chrysotile and tremolite asbestos, e.g. **Dail and Hammar's Pulmonary Pathology**, (Tomashefski JF Jr., Editor) Volume II, Neoplastic Lung Disease, Third Edition, Chapter 43, **Neoplasms of the Pleura**, by Hammar SP, Henderson DW, Klebe S and Dodson RF, pp. 558-734 (2008).  Like many practicing and student pathologists, I have reviewed and relied upon the Dail and Hammar textbook, specifically, Chapters 43, concerning malignant mesothelioma, and Chapter 27 concerning asbestos.  The Dail and Hammar textbook is generally accepted as one of the better reference guides for pathologists, and it contains a reasonably comprehensive review of the most important scientific information for pathologists regarding diagnosis, epidemiology, toxicology, cell and tissue studies, autopsy studies, the mechanisms of the development of mesothelioma and the direct/indirect molecular and

---

[44] Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V, on behalf of the WHO International Agency for Research on Cancer IARC) Monograph Working Group. IARC, Lyon, France. **Special Report: A review of human carcinogens—Part C: metals, arsenic, dusts, and fibres.** http://www.thelancet.com/journals/lanonc/article/PIIS1470-2045%2809%2970134-2/fulltext

[45] International Agency for Research on Cancer (IARC), 2012. **Asbestos (chrysotile, amosite, crocidolite, tremolite, actinolite, and anthophyllite**.. Vol. 100c. Lyon, France: IARC.

[46] Hill, Austin Bradford, **The Environment and Disease:  Association or Causation?**  President's Address, Proceedings of the Royal Society of Medicine, Vol. 58, pp. 295-300 (1965).  Sir Austin Bradford Hill was the professor emeritus of medical statistics at the University of London.  He listed nine criteria that should be considered in determining general causation between a toxic agent and a particular disease. They include (1) Strength of the association of the agent and the disease, (2) Consistency of the observed association, (3) Specificity of the association between the agent and the disease, (4) Temporality between the disease and the agent (Does exposure to the agent lead to the disease?), (5) Biological Gradient (Is there a relationship between increasing exposure and disease?), (6) Plausibility (Is the relationship biologically consistent with the knowledge of the day?), (7) Coherence (Does the relationship conflict with other known facts concerning the history or biology of the disease?), (8) Experiment (Is it possible to duplicate the effect experimentally?, i.e What happens when people stop smoking cigarettes?  Do they get better?), and (9) Analogy (Is there some other circumstance in which a comparable relationship has been established?) "None of these nine viewpoints can bring indisputable evidence for or against the cause and effect hypothesis and none can be required as *sin qua non.*" (Quotation at p. 299)

cellular mechanisms by which asbestos fibers harm the body in a manner that lead to mesothelioma including genotoxic effects, fiber potency, translocation of fibers to the pleura, immunosuppression, production cytokines, inflammation, and various cellular changes which demonstrate the capacity of asbestos fibers to both initiate and promote the development of mesothelioma.[47]

I also agree with and rely upon the generally accepted method for attribution of asbestos related disease, the internationally developed Helsinki Criteria.[48] The Helsinki Conference Report of 1997 (which was recently updated in 2014) consisted of a group of 19 internationally recognized experts in asbestos disease who collectively have published over 1000 articles on asbestos diseases. They gathered to review and rate the available asbestos literature and draw consensus conclusions regarding diagnosis and attribution of mesothelioma. The scientists of the convention, like IARC, followed a standard methodology of looking at all of the available evidence—not just epidemiology—and looking for patterns from which to draw conclusions. I rely upon the Helsinki Criteria report not only for a verification of my general and specific causation methodology generally, but also for my use of an occupational history of asbestos exposure for specific causation of mesothelioma cases.[49,50]

The Helsinki criteria for specific causation of mesothelioma are generally accepted throughout the world medical community. I rely upon the Helsinki Criteria for specific causation; that mesothelioma in any individual person is a result of the cumulative total asbestos exposure received by that person. And consistent with the Helsinki criteria, I agree with the following statements in that report:

- Cumulative fiber dose is an important parameter of asbestos exposure.[51]

- A reliable work history of asbestos exposure is the most useful measure of occupational asbestos exposure.

---

[47] Dail and Hammar's textbook Pulmonary Pathology, Chapter 43. For additional reliance materials regarding initiation, promotion and other mechanistic events in the development of mesothelioma from asbestos, also see: Lung Biology in Health and Disease, Vol 78, **The Mesothelial Cell and Mesothelioma**, Executive Editor Claude Lenfant, Edited by Marie –Claude Jaurand and Jean Bignon (1994).

[48] **Consensus report, Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution**, Scand J Work Environ Health 1997;23(4):311-316, reported by Tossavainen A. Reaffirmed in Wolff H, Vehmas T, Oksa P, Rantanen J, Vainio H**. Asbestos, asbestosis, and cancer, the Helsinki criteria for diagnosis and attribution 2014: recommendations**. Scandinavian journal of work, environment & health. 2015;41(1):5-15.

[49] *Id*.

[50] June 12, 2012 Deposition in **Adams v. AW Chesterton** of defense expert and Helsinki Participant, Victor L Roggli

[51] Subcommittee on the Epidemiology of Asbestos-Associated Disease in Quebec. **The Epidemiology of Asbestos-Related Diseases in Quebec,** 7/2004; http://hesa.etui-rehs.org/uk/dossiers/files/293-EpidemiologyAsbestosQuebec.pdf ("The level of cumulative asbestos exposure, whether the source of this exposure was residential, occupational, domestic, or all origins combined, was always higher among cases [of mesothelioma] than among controls…This study confirmed the known link between occupational asbestos exposure and the development of mesothelioma, but it also shows, for the first time, an exposure-risk relationship ("dose-response") between mesothelioma of the pleura and cumulative exposure to asbestos from all sources combined in a population of women. In fact, the study suggests that it is cumulative exposure or dose that determines risk, independent of source (residential, occupational, or domestic)", pp. 30-31.

- The great majority of mesotheliomas are due to asbestos exposure.

- A history of significant occupational, domestic, or environmental exposure to asbestos will suffice for attribution.

- Mesothelioma can occur in cases with low asbestos exposure. However, very low background environmental exposures carry only an extremely low risk.

- About 80% of mesothelioma patients have had some occupational exposure to asbestos, and therefore a careful occupational and environmental history should be taken.

- An occupational history of brief or low-level exposure should be considered sufficient for mesothelioma to be designated as occupationally related.

- A minimum of 10 years from the first exposure is required to attribute the mesothelioma to asbestos exposure, though in most cases the latency interval is longer (e.g. On the order of 30 to 40 years).

- Smoking has no influence on the risk of mesotheliomas.

In addition to considering the general causation methodology of IARC and the specific Helsinki Criteria for individual attribution, my personal methodology for the assessment of Donald A. Varney's asbestos exposure goes further with the following inquiries to determine if an asbestos exposure is significant:

- Are his asbestos exposures real? Documented, witnessed, or inevitable given the circumstances of his work as a marine machinist in shipyards?
- Are his asbestos exposures significantly above normal background ambient air? [This question applies to his cumulative asbestos exposure and to his exposure to asbestos products manufactured by each of the Defendants.]
- How are his asbestos exposure levels known? Either visible dusts or measurement (actual or simulated). [These questions are addressed by witness testimony, testing of fiber release, and testing of asbestos content of the product.]
- Are his exposures repetitive? Better yet, routine and regular.
- The risk or rate of mesothelioma is a dose-response function. High component dose, high component risk; low component dose, low component risk.
- The exposures should be within a reasonable latency period (i.e., 10 years by Helsinki criteria).

Pursuant to the Helsinki criteria method, my own interpretation of those criteria, and my understanding of the current medical literature, as set forth above, I have reviewed Mr. Varney's available asbestos product exposure history information.

It is my opinion that if a cumulative exposure is sufficient to cause mesothelioma, and the component parts of that cumulative exposure are also each sufficient to cause mesothelioma, the consequence is simply that multiple sufficient causes have cumulatively caused the mesothelioma. In Varney's case, his repetitive, high, and prolonged exposures to gaskets and packing were sufficient to cause mesothelioma. Collectively and cumulatively, these exposures, together with

all the other substantial and sufficient exposures he received from other products, caused his mesothelioma.

Both IARC and Helsinki comply with this "broad range of scientific evidence," and "weight of the evidence" approach.

In reaching my opinions concerning the causation of mesothelioma from asbestos exposure, over the course of my medical/scientific career I have reviewed thousands of articles, chapters, books and other learned treatises regarding lung diseases caused by asbestos exposure, including mesothelioma. My reliance list contains the most commonly referenced and relied upon scientific publications in this area, and my collection of documents contains the essential core of studies for stating opinions on the state on the scientific literature.[52]

Consistent with IARC and the Hill methods, I do not believe that all studies are equally reliable, and I give more weight and consideration to properly performed and executed studies. Epidemiology is a prime example. Sufficiently large epidemiology studies with reasonably accurate exposure information such as the Carolina chrysotile textile studies are given great weight, whereas studies without adequate exposure information or those that lack enough power to detect increases in disease may be given little or no weight at all.[53]

My methodology is generally accepted in the relevant scientific and medical communities; and as referenced by Bradford Hill, Helsinki and IARC above, it employs consideration of fiber potency, thresholds, cumulative exposure, epidemiology, available exposure information, case reports, published experimental animal studies (i.e. toxicology, fiber biology, in vivo, in vitro, etc.), consensus causation criteria, and autopsy studies such as those published by Mt. Sinai's Dr. Suzuki. [54] [55]

## ALL FORMS AND FIBER LENGTHS OF ASBESTOS, INCLUDING CHRYSOTILE, CAUSE MESOTHELIOMA IN HUMAN BEINGS

---

[52] See Dr. Maddox's Reliance list in the instant case, attached hereto.

[53] Egilman DS, Billings MA. **Abuse of epidemiology: automobile manufacturers manufacture a defense to asbestos liability**. Int J Occup Environ Health. 2005, 11:360-71; also see Loomis D, Dement JM, Wolf SH, Richardson DB. **Lung cancer mortality and fibre exposures among North Carolina asbestos textile workers**. Occup Environ Med 2009;66(8):535-542. http://oem.bmj.com/content/66/8/535.abstract; Mirabelli D, Calisti R, Barone-Adesi F, Fornero E, Merletti and Magnani C. **Excess of mesotheliomas after exposure to chrysotile in Balangero, Italy.** Occup Environ Med, 2008;65:815–819. doi:10.1136/oem.2007.037689 PMID:18524838 http://oem.bmj.com/content/65 /12/815.abstract

[54] Suzuki Y and Yuen SR. **Asbestos fibers contributing to the induction of human malignant mesothelioma.** Ann NY Acad Sci, 2002;982:160-176. http://www.ncbi.nlm.nih.gov/pubmed/12562635; Suzuki Y, Yuen SR, Ashley R. Short, thin asbestos fibers contribute to the development of human malignant mesothelioma: pathological evidence. Int J Hyg Environ Health, 208 (3):201-10 (2005); See also Sebastian P, Janson X, Gaudichet A, Hirsch A, Bignon J, 1980. **Asbestos Retention in Human Respiratory Tissues: Comparative Measurements in Lung Parenchyma and in Parietal Pleura**, Biological Effects of Mineral Fibers, 1. IARC Scientific Publication (1980)

[55] I am also in agreement with the methodology and conclusions expressed in Markowitz S. **Asbestos-related lung cancer and malignant mesothelioma of the pleura**: selected current issues. Semin Respir Crit Care Med. 2015;36(3):334-46.

The overwhelming global scientific consensus is that all three commercial types of asbestos - amosite, crocidolite and chrysotile - are capable of causing diffuse mesothelioma.  See e.g., **The International Agency for the Research on Cancer, Monographs on the Evaluation of the Carcinogenicity of Chemical to Humans** (1977), ("many pleural and peritoneal mesotheliomas have been observed after occupational exposure to crocidolite, amosite and chrysotile asbestos"); Occupational Safety and Health Administration, **Occupational Exposure to Asbestos, Tremolite, Anthophylite, and Actinolite; Final Rules,** (1986), ("all fiber types, alone or in combination, have been observed in studies to induce lung cancer, mesothelioma, and asbestosis in exposed workers"); Environmental Protection Agency, **Asbestos: Manufacture, Importation, Processing and Distribution in Commerce Prohibitions; Final Rule** (July 12, 1989); Occupational Safety and Health Administration, 29 CFR Parts 1910, et al, Occupational Exposure to Asbestos; Final Rule, (August 10, 1994), ("although there is some evidence linking chrysotile to a lower mesothelioma rate than some amphibole fiber types, OSHA believes that there is insufficient evidence to show that chrysotile does not present a significant mesothelioma risk to exposed employees"); Asbestos Bibliography, U.S. Department of Health and Human Services (September 1997), ("both epidemiologic evidence and experimental confirmation indicate that chrysotile, amosite, and crocidolite asbestos are causative agents for mesothelioma").

The causal relationship between exposure to chrysotile asbestos and mesothelioma has been observed across several different cohorts of workers exposed to chrysotile and is now well established. For example, studies of chrysotile miners have revealed increased mortality rates for mesothelioma.  McDonald et al., **Mesothelioma in Quebec Chrysotile Miners and Millers: Epidemiology and Aetiology,** Ann. Occup. Hyg., 41(6):707-719 (1997), (rate of 35.3 per one hundred thousand person years in main mines and 16.6 per one hundred thousand person years in the smaller mines);  Mirabelli D, Calisti R, Barone Adesi F, Fornero E, Merletti F, Magnani C. **Excess of Mesotheliomas after Exposure to Chrysotile in Balangero, Italy,**  Occup Environ Med. 2008 Jun 4 (27 mesotheliomas of both blue collar workers and white collar workers in a tremolite-free chrysotile mining community, a greatly excessive mortality rate).  Similarly, a study of the mortality of 2,242 women with environmental and/or household exposure who lived in two chrysotile asbestos mining areas of the province of Quebec found seven "pleural cancers" (i.e. mesothelioma).  Camus, et al., **Nonoccupational Exposure to Chrysotile Asbestos and The Risk of Lung Cancer,** New England J. Med. 338(22):1565-1571 (1998), ((SMR of 7.63 (95% CI 3.06 to 15.73)).

A study of 5,932 male employees of a plastics research facility that manufactured products from the mined chrysotile asbestos found a SMR for mesothelioma of 3.73 (95% CI 1.21 to 8.70). Dell & Teta, **Mortality Among Workers at a Plastics Manufacturing and Research and Development Facility: 1946-1988**, Am. J. Indus. Med. 28:373-384 (1995).  A study of plasterers, individuals who used joint compounds that contained chrysotile asbestos reported a Proportionate Mortality Ratio (PMR) of 2.03 for mesothelioma deaths.  See Hodgson, et al., **Mesothelioma Mortality in Britain:  Patterns by Birth Cohort and Occupation**, Ann. Occup. Hyg. 41(Supp. 1):129-133 (1997), see also Coggon, et al., **Differences in Occupational Mortality from Pleural Cancer, Peritoneal Cancer, and Asbestosis**, Occup. & Envtl. Med. 52:775-777 (1995), (reporting SMR of 2.07 for pleural cancers).

In a recent epidemiological study from China, two cases of mesothelioma were encountered in a 25-year longitudinal study of 515 workers employed in the manufacture of products containing virtually amphibole free chrysotile asbestos. Given the size of the population studied, the finding of two mesothelioma cases constituted a significant finding. *See* **Cancer Mortality Among Workers exposed to Amphibole-Free Chrysotile asbestos,** Am. J. of Epid., 154(6):538-43 (2001). More recently, Jiang Z, et al. (**Hand-spinning chrysotile exposure and risk of malignant mesothelioma: a case-control study in Southeastern China**. Int J Cancer. 2017 Sep 26. doi: 10.1002/ijc.31077) demonstrated "chrysotile exposure was associated with significantly elevated risk of mesothelioma, reaching OR = 10 [CI 1.4-65] for possible exposures and 64 [CI 12-328] for definite exposures. A dose-response relationship of cumulative exposure index (CEI) with risk of mesothelioma was found, reaching 28 (CI 6-137) for CEI at 0-0.5f/ml-years," and even higher for greater exposures.

Further support of chrysotile's ability to cause mesothelioma was found in a review of death certificates of workers in an asbestos textile plant in South Carolina that utilized a total quantity of 2000 pounds of crocidolite and approximately 500 million pounds of chrysotile, which revealed three cases of mesothelioma. Hein, et al., **Follow-up study of chrysotile textile workers: cohort mortality and exposure-response**, Occup Environ Med April 20, 2007 [Epub ahead of print]. See also Li, et al., **Cohort Studies on Cancer Mortality Among Workers Exposed Only to Chrysotile Asbestos: a Meta-analysis**, Biomedical and Environmental Sciences 17:459-468 (2004), (a meta-analysis of 26 cohort studies which demonstrated an excessive rate of mesothelioma and lung cancer among workers exposed solely to chrysotile asbestos). See also Everatt et al, **Occupational Asbestos Exposure Among Respiratory Cancer Patients in Lithuania,** Am. J. Ind. Med., 50:455-463 (2007), (Retrospective analysis of patients in Lithuania where the predominate fiber was chrysotile containing only a small amount of tremolite. One of the four mesothelioma patients had an 8.8 fiber years cumulative exposure estimate and three remaining mesothelioma patients had estimated cumulative exposure to asbestos <0.01 fiber years. Chrysotile was the only fiber type found in the lungs.).[56]

There have been several recent studies and reviews, which found an increased incidence of mesothelioma from exposures that were primarily or exclusively attributable to chrysotile asbestos. Please see: Kanarek M, **Mesothelioma from Chrysotile Asbestos**: Update, Ann. Epidemiology 21(9):688-697 (Sept. 2011);  **Erratum** in Ann Epidemiol. 2012 May;22(5):377; Madkour MT, **Environmental exposure to asbestos and the exposure-response relationship with mesothelioma,** E. Mediterranean Health J. 15(1):25-38 (2009);  Loomis D, et al., **Lung cancer mortality and fibre exposures among North Carolina asbestos textile workers,** Occup and Envir Med. 66(8):535-542 (Aug. 2009); Pira et al., **Mortality from cancer and other causes in Balangero cohort of chrysotile asbestos miners**, Occup Environ Med 66(12):805-809 (2009); Shcherbakov SV, et al., **The Health Effects of Chrysotile Asbestos: Contribution of Science to Risk-Management Decisions**, Can. Mineral., Spec. Publ. 5:187-198 (2001).

---

[56] Fiber-years is a measure of cumulative asbestos exposure and can be calculated by concentration (fibers/ml or fibers/cc) times duration of exposure (in years or fractions of years), and its notation is synonymous with fibers per cc/years. A cubic centimeter (cc) is about the size of a small thimble or a sugar cube, and a person will inhale about six to eight million cubic centimeters of air in a typical day.

The capability of chrysotile asbestos to cause mesothelioma is further supported by molecular biological studies, animal experiments, epidemiological studies, case reports, and asbestos tissue burden studies. For example, in a study by Dr. Suzuki and Yuen, 151 human malignant diffuse mesothelioma cases were identified and characterized by high-resolution analytical electron microscopy. Chrysotile alone, in the absence of amosite or crocidolite, was found in the lungs in over 23% of the cases. See Suzuki and Yuen, **Asbestos Tissue Burden Study on Human Malignant Mesothelioma**, Industrial Health, 39:150-160 (2001).

As previously discussed, IARC has conducted an exhaustive review of epidemiological studies and other studies on the occurrence of cancer worldwide and maintains a series of monographs on the carcinogenic risks to humans posed by a variety of agents, mixtures and exposures. IARC met in 2009 to update the carcinogenicity of asbestos, and they concluded: "epidemiological evidence has increasingly shown an association of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite) with an increased risk of lung cancer and mesothelioma." IARC also concluded that there are now a number of "established mechanistic events" associated with damage from asbestos and the development of mesothelioma. IARC concluded that chrysotile asbestos is a genotoxic carcinogen for mesothelioma. **A Review of Human Carcinogens – Part C: Metals, Arsenic, Dust, and Fibres**, comment in The Lancet, 10:453-454 (2009). (The updated IARC monograph on asbestos was published in 2012.) http://monographs.iarc.fr/ENG/ Monographs/vol100C/mono100C-11.pdf

Also, on June 4, 2012, the Joint Policy Committee of the Societies of Epidemiology issued its Position Statement on Asbestos. This is a consortium of epidemiology societies and organizations, both national and international, including the American College of Epidemiology. They called for a global ban on the use of asbestos because "[a] rigorous review of the epidemiologic evidence confirms that all types of asbestos fibre are causally implicated in the development of various diseases and premature death . . . all forms of asbestos are capable of inducing mesothelioma, lung cancer, asbestosis and other diseases." Id. at p. 2. This consortium of epidemiological societies also noted that "[a] large number of studies have reported an excess of mesothelioma and lung cancer among workers who were predominantly exposed to chrysotile asbestos," id. at p. 11, and that "evidence from other scientific disciplines also demonstrates that chrysotile alone causes not only lung cancers (and asbestosis), but also pleural and peritoneal mesothelioma." Id. at p. 13. Please see: **Position Statement on Asbestos, from the Joint Policy Committee of the Societies of Epidemiology (JPC-SE) June 4, 2012**. http://www.jpc-se.org/documents/03.JPC-SE-Position_Statement_on_Asbestos-June_4_2012-Full_Statement_and_Appendix_A.pdf

Every scientific or governmental agency that has examined this issue has concluded that all asbestos fiber types, including chrysotile, are capable of causing of malignant mesothelioma.[57]

---

[57] **The International Agency for the Research on Cancer, Monographs on the Evaluation of the Carcinogenicity of Chemical to Humans** (1977) ("many pleural and peritoneal mesotheliomas have been observed after occupational exposure to crocidolite, amosite and chrysotile asbestos"); Occupational Safety and Health Administration, **Occupational Exposure to Asbestos, Tremolite, Anthophylite, and Actinolite; Final Rules**, (1986) ("all fiber types, alone or in combination, have been observed in studies to induce lung cancer, mesothelioma, and asbestosis in exposed workers"); Environmental Protection Agency, **Asbestos: Manufacture, Importation, Processing and Distribution in Commerce Prohibitions; Final Rule, (July 12, 1989)**; Occupational Safety and Health

It has been well established through animal injection studies that chrysotile fibers, when placed in direct contact with the pleura, have the capability of causing malignant changes in the mesothelial cells.[58]

For the disease mesothelioma, occupational, para-occupational, or domestic asbestos exposures that are as short as a day to a few days have caused mesothelioma in humans, see e.g., Greenberg, M., Lloyd Davies, TA.  Mesothelioma Register-1967-'68.  British Journal of Industrial Medicine, 1974; 31:91-104.  Skammeritz E, Omland LH, Johansen JP and Omland.  **Asbestos Exosure and Survival in Malignant Mesothelioma: A Description of 112 Consecutive Cases at an Occupational Clinic,** The International Journal of Occupational and Environmental Medicine,Vol 2, No 4 October (2011), **NIOSH Revised Recommended Asbestos Standard**, U.S. Dept. of Health, Education, and Welfare, Public Health Service, Center for Disease Control, Table IIII-2, Mesothelioma from Occupational Exposure of One Day, p. 55 (1976) (9 cases from mesothelioma from one day of exposure to asbestos); Lieben and Pistawka, **'Mesothelioma and Asbestos Exposure,** Arch. Environ. Health 14:559-566 (1967)., One case involved exposure for only one day; multiple cases involved simply living in the neighborhood of an asbestos factory. As OSHA had stated, "[a]sbestos exposures as short in duration as a few days have caused mesothelioma in humans," and "[e]very occupational exposure to asbestos can cause injury [or] disease." OSHA Asbestos Fact Sheet 2013.  Many cases of mesothelioma are caused by exposures to asbestos that are much lower than occupational exposures, such as from living in the same house as an asbestos exposed worker e.g, **Fiber Types, Asbestos Potency, and Environmental Causation – A Peer Review of Published Work and Legal and Regulatory Scientific Testimony**, Egilman D, Int J Occup Environ Health 2009: 15:202-228 (2009) or living a half mile away from an asbestos manufacturing plant where the levels of exposure can be less than 0.01 f/cc, e.g. Madkour 2009, and that the Everatt case series showed mesothelioma caused by chrysotile

---

[58] Administration, 29 CFR Parts 1910, et al, **Occupational Exposure to Asbestos; Final Rule, (August 10, 1994**) ("although there is some evidence linking chrysotile to a lower mesothelioma rate than some amphibole fiber types, OSHA believes that there is insufficient evidence to show that chrysotile does not present a significant mesothelioma risk to exposed employees);" **"Asbestos Bibliography,"** U.S. Department of Health and Human Services (September 1997) Pl. Ex. 1-17 ("While the number of mesothelioma cases from populations exposed only to chrysotile has been small, an association with chrysotile exposure has been definitively established"); **Atlas of Respiratory Disease Mortality**, United States: 1982-1993, U.S. Department of Health and Human Services, National Institute for Occupational Safety and Health, 1998; Agency for Toxic Substances and Disease Registry (2001)("There is general agreement among scientists and health agencies . . . [e]xposure to any asbestos type (i.e., serpentine or amphibole) can increase the likelihood of lung cancer, mesothelioma, and nonmalignant lung and pleural disorders").

[58] *See* Bolton, Davis, Donoldson and Wright, **Variations in the Carcinogenicity of Mineral Fibers**, Ann. Occup. Hyg. 26:569-583 (1982); Craighead et al, Characteristics of Tumors and Tumor Cells Cultured From Experimental Asbestos-Induced Mesotheliomas in Rats.  American Journal of Pathology, 129:448-462 (1987).

exposures lower than 0.01 fiber years of cumulative exposure, which could be reached in a few days of exposure at occupational exposure levels or para-occupational exposure levels.[59] [60]

As previously discussed, the overwhelming majority of respirable asbestos fibers resulting from occupational exposures are short fibers, i.e. smaller than the regulatory OSHA fibers which are defined as fibers that are greater than 5 microns long. These short asbestos fibers are the fibers which are typically relocated to extra-pulmonary sites, such as the pleura, where mesotheliomas develop. These short fibers are also toxic and contribute to the genotoxic carcinogenic events leading to mesothelioma.[61] *See, e.g,* articles listed in Category 9 of my Reliance list attached hereto. *see also* Appel, J. D., Johnson E.M. et al. (1988). **Asbestos Fibers Mediate Transformation of Monkey Cells by Exogenous Plasmid DNA.** Proc Natl Acad Sci USA 85(October); Nicholson, W.J. Johnson E.M. et al, **Asbestos, carcinogenicity and public policy. Science** (Lett.) 248, 795-700 (1990); Gan L, Johnson EM et al, **Transfection of human mesothelial cells mediated by different asbestos fiber types,** Environ res. 62(1): 28-42, July 1993); Lezon-Geyda K, Johnson EM et al, **Chrysotile asbestos fibers mediate homologous recombination in Rat2 lambda fibroblasts: implications for carcinogenesis**, Mutat Res. 12; 361(2-3): 113-20 (Dec. 1996).

Some of the most compelling evidence of the fact that mesothelioma is caused by chrysotile is found in the numerous studies of Dr. Suzuki which demonstrated that short chrysotile fibers are the primary type of asbestos fiber found in the space where mesothelioma occurs. [62] [63]

## INDIVIDUAL SUSCEPTIBILITY

---

[59] These peer reviewed articles also support my opinion that chrysotile exposures cause mesothelioma: Markowitz S. **Asbestos-related lung cancer and malignant mesothelioma of the pleura: selected current issues**. Semin Respir Crit Care Med. 2015;36(3):334-46.; Kanarek MS. **Mesothelioma from chrysotile asbestos: update**. Ann Epidemiol. 2011;21(9):688-97.; Li L, Sun TD, Zhang X, Lai RN, Li XY, Fan XJ, Morinaga K. **Cohort studies on cancer mortality among workers exposed only to chrysotile asbestos: a meta-analysis.** Biomed Environ Sci. 2004;17(4):459-68.

[60] Also see Lemen RA. **Chrysotile asbestos as a cause of mesothelioma: application of the Hill causation model**. Int J Occup Envrion Health. 2004;10(2):233-9 and Hill AB. **The Environment and Disease: Association or Causation?** Proceedings of the Royal Society of Medicine. 1965;58(5):295-300.

[61] Dodson and Hammar, **Asbestos Risk Assessment, Epidemiology and Health Effects,** 2d ed. (2006), p. 167.

[62] Suzuki Y and Yuen SR. Asbestos fibers contributing to the induction of human malignant mesothelioma. Ann NY Acad Sci, 2002;982:160-176. http://www.ncbi.nlm.nih.gov/pubmed/12562635

[63] For example, Pathologist Dr. Suzuki of Mt. Sinai Hospital has shown that short chrysotile fibers preferentially translocate to target organ for pleural malignant mesothelioma. Suzuki Y and Yuen SR (2001). Dr. Suzuki examined 151 human mesothelioma cases. In 23% of these cases the only fiber found in the lungs was chrysotile. *Asbestos tissue burden study on human malignant mesothelioma.* Ind Health 39(2): 150-160; Suzuki Y and Yuen SR (2002). **Asbestos fibers contributing to the induction of human malignant mesothelioma.** Ann N Y Acad Sci 982: 160-176; and Suzuki Y, et al (2005), **Short, thin asbestos fibers contribute to the development of human malignant mesothelioma: pathological evidence.** Int J Hyg Environ Health 208(3): 201-210; . Sebastien P, Janson X, Bonnaud G. **Translocation of Asbestos Fibers Through Respiratory Tract and Gastrointestinal Tract According to Fiber Type and Size**, in Lemen R and Dement JM, Eds. Dusts and Disease (1979); Bignon, et al., **Human and Experimental Data on Translocation of Asbestos Fibers Through the Respiratory System**, Annals New York Academy of Sciences, 745-750 (1979)

There is a substantial individual susceptibility component to asbestos-induced malignancies. Just as some people are more susceptible to the common cold, the flu, other ailments or even inebriation, different people have different susceptibilities to mesothelioma. For example, one study found that two family groups have extraordinary levels of mesothelioma. None had the high occupational or para-occupational exposures, but it was determined that all members of both families lived in homes that had low levels of chrysotile contamination. [64]   Indeed, Testa, et al. noted:

> "Some individuals develop mesothelioma following exposure to small amounts of asbestos, whereas others exposed to heavy amounts do not. We have reported mesothelioma clustering in some US and Turkish families in which up to 50% of members developed mesothelioma. This incidence far exceeds that observed in cohorts exposed to high levels of asbestos.[65]"

Individual susceptibility is a major factor in explaining why as many as 90% of people with huge asbestos exposures, such as pipe coverers never develop mesothelioma while other people with low environmental or domestic exposures do develop mesothelioma.

There is a range of strength of immunosuppressive and other defense factors, such as variable fiber clearance efficiency among the general population. Individual susceptibility may also be affected by other factors, including BAP1 tumor predisposition syndrome, which is a rare genetic disorder. [66]   Every person who develops mesothelioma is someone whose body defenses are overwhelmed by the dose of asbestos that he or she received.  No one can predict in advance how much asbestos exposure is needed for any specific individual to develop mesothelioma.  Once someone does develop mesothelioma, it is the result of that person's cumulative asbestos exposure, although each component exposure, by itself, may not necessarily be significant.   We know from animal studies, in vitro and in vivo studies, and genotoxic studies that all asbestos fibers that reach the target area both initiate and promote a carcinogenic response.

## MESOTHELIOMA IS A DOSE-RESPONSE DISEASE:

---

[64] Testa et al, **Germline BAP1 Mutations predispose to malignant mesothelioma**, Nature Genetics, published online August 28, 2011.

[65] Testa, id.

[66] Individual susceptibility can radically alter an asbestos-exposed individual's risk of mesothelioma and consequently traditional notions of dose response.  In heavily exposed insulators less than 10% of the workers developed mesothelioma with over 90% of workers showing a certain resistance to developing this cancer. J. Ribak, et al., **Malignant Mesothelioma in a Cohort of Asbestos Insulation Workers: Clinical Presentation, Diagnosis, and Causes of Death**, 45 Brit. J. Ind. Med. 182 (1988). On the other hand, in just low level chrysotile contamination of homes, families carrying BAP1 germ line mutations have extremely high incidences of mesothelioma. Id.  Joseph R. Testa, et al., **Germline BAP1 Mutations Predispose to Malignant Mesothelioma**, 43(10) Nature Genetics (2011).

## THE GREATER THE DOSE OF ASBESTOS, THE GREATER THE RISK FOR DEVELOPING MESOTHELIOMA

There is a generally accepted consensus in the medical community that cumulative dose contributes both to the prospective risk of getting mesothelioma and to the retrospective cause of the disease if it occurs.[67] This is consistent with a linear dose response model that was first used by the world-famous Dr. Julian Peto in his studies of mesothelioma in England.[68]

This model was used in a major epidemiological study in France where a large French cohort was investigated to determine what exposures influenced the risk and causation of mesothelioma. That study found that with every isolated exposure parameter where the dose increased, the total cumulative exposure was the best indicator of risk and causation.

*A dose-response relationship was observed with the cumulative exposure index (CEI)...*

In this study, we used several surrogate parameters for dose to examine the dose response relationship. We considered separately the intensity, frequency and duration of exposure, and each parameter was significantly related to mesothelioma. The relationship increased together with each parameter. In addition, when each of these parameters was adjusted for the others, the relative risk of each, although lower, remained significant. *These results suggests that each exposure parameter contributed to some extent to the mesothelioma, although the dose-response relationship seemed to be best described by the CEI...*

We observed a dose–response relationship with cumulative exposure for both intermittent and continuous patterns of exposure. (emphasis added) [69]

Simply stated, the more someone is exposed to asbestos, the greater their risk for the development of mesothelioma. To illustrate this point, occupational asbestos product users have a higher rate of mesothelioma than bystanders who don't directly use asbestos products; occupational bystanders have a higher rate of mesothelioma than the families of asbestos product users; and the lowest rate of mesothelioma is in persons that have mesothelioma from living close to a major source of asbestos exposure, like a shipyard, an asbestos mine, or an asbestos factory.

---

[67] Dail & Hammar's **Pulmonary Pathology**, Third Edition, Vols I and II (Chapter 43), especially pp 579-582 and p587; also see other Peto derived models including the 1986 EPA Asbestos Risk Assessment Model, the 1986 OSHA Asbestos Risk Assessment Model, and the 1984 National Academy of Science Asbestiform Fibers Nonoccupational Health Risk.

[68] Dr. Peto is a world-renowned epidemiologist and statistician who teaches at Oxford University. He is famous for his work on complex statistical models including meta-analysis and the "Peto Model" which is the basis for almost all asbestos related risk models. He is also well known for his publications with Sir Richard Doll, who was a pioneer in tobacco and asbestos hazards, including the first conclusive epidemiological proof of human cancer from asbestos.

[69] **Mesothelioma**, eds Bruce W.S. Robinson & A. Philippe Chahinian, 2002, especially Chapter 2 by Bignon J, Iwatsubu Y, Galateau-Salle F, and Valleron AJ. at p 36-37.

Based on these epidemiologic studies and others on my reliance list, there is a linear dose response relationship between the amount of asbestos to which an individual is exposed and the risk of developing mesothelioma. This concept is decades old and is generally accepted in the medical and scientific communities.  The linear dose-response relationship attempts to predict the expected rates of mesothelioma at various exposure levels over various periods of time.

This first chart illustrates "relative risk" and it simply demonstrates mathematically, that with various levels of exposure (as calculated by the Environmental Protection Agency and OSHA), with increasing exposure the number of people who develop mesothelioma will likewise increase. [70]  This is known as a linear dose response curve.

| Source | Exposure | Year(s) [year] | Dose [fiber-yr/mL] | Risk | Relative Risk |
|---|---|---|---|---|---|
| ATSDR, 2001 McDonald,1996 Hillerdal, 1999 | 0.0001 to 0.00000001 [medium 0.000001] | 70 | 0.007 to 0.0000007 [medium 0.00007] | 1-2 per million or less | No increased risk "Referent" "1x" |
| EPA, 1986 | 0.0001 | Starting the exposure at the age of 20 for 20-years. | 0.002 | 0.4 per 100,000 [4 per million] | 2-4 times |
| EPA, 1986 | 0.0001 | 70 | 0.007 | 1.9 per 100,000 [19 per million] | 9-19 times |
| EPA, 1986 | 0.01 | Starting the exposure at the age of 20 for 1-year | 0.01 | 4.1 per 100,000 [41 per million] | 20-40 times |
| OSHA, 1986; MSHA, 2008 | 0.1 | Starting the exposure at the age of 25 for 1-year | 0.1 | 6.9 per 100,000 [69 per million] | 35-70 times |
| EPA, 1986 | 0.01 | Starting the exposure at the age of 20 for 20-years | 0.2 | 44.5 per 100,000 [445 per million] | 220-445 times |
| EPA, 1986 | 0.01 | Starting the exposure at the age of 20 for a 70-year lifetime or 50 years of exposure | 0.5 | 51.7 per 100,000 [517 per million] | 260-517 times |
| OSHA, 1986 | 0.1 | Starting the exposure at the age of 25 for 20-years | 2.0 | 73 per 100,000 [730 per million] | 365-730 times |
| OSHA, 1986 | 0.1 | Starting the exposure at the age of 25 for 45-years | 4.5 | 82 per 100,000 [820 per million] | 410-820 times |

Relative risk can be understood more intuitively as a measure of association.  Relative risk can be directly determined in a cohort study by calculating a risk ratio (RR).  The relative risk (RR) is the probability that a member of an exposed group will develop a disease relative to the probability that a member of an unexposed group will develop that same disease.  In other words, the risk of mesothelioma in an exposed population when compared to the risk of mesothelioma in a "normal" or unexposed population.  This method is often used with "prospective" cohort studies.

[70] Nicholson.  **Risk Assessment Asbestiform Fibers: Nonoccupational Health Risks**, published by the National Research Council/National Academy of Sciences in 1984

RR = $\dfrac{\text{P(disease | exposed)}}{\text{P(disease | unexposed)}}$

Please notice the difference between Odds Ratio and Relative Risk:  Odds ratios (OR) are commonly reported in the medical literature as the measure of association between exposure and outcome.  In the mesothelioma literature, ORs are generally a comparison of the frequency of exposure in patients with mesothelioma with the frequency of exposure in matched patients without mesothelioma.  They are commonly used in retrospective, case-control studies.

The odds ratio (OR) is the odds of disease among exposed individuals divided by the odds of disease among unexposed.

OR = $\dfrac{\text{P(exposure | disease)}}{\text{P(exposure | nondisease)}}$ / $\dfrac{(1 - \text{P(exposure | disease)})}{(1 - \text{P(exposure | nondisease)})}$

| Source | Fiber-type | Fiber-years/mL | OR (Odds Ratio) |
|---|---|---|---|
| Iwatsubo - Pleural Mesothelioma...French Population - 1998 | Not stated | 0.001-0.49 0.5-0.99 | 1.2 (0.8-1.8) 4.2 (2.0-8.8) |
| Rodelsperger - Asbestos and Man Made... - 2001 | Not stated | >0-0.15 >0.15-1.5 | 7.9 (2.1 - 30.0) 21.9 (5.7-83.8) |
| Rolland - Risk of pleural Mesothelioma...1998-2002 - 2006 | Not stated | >0.0-0.07 | 2.8 (95% CI 1.7-4.7) |
| Lacourt - Occupational and Non-occupational... Mesothelioma - 2014 | Not stated | <0.1 | 4.0 (1.9 to 8.3) |
| Ferrante – Occupational and non-occupational – 2015 | Not stated | ≥0.1-<1 | 4.4 (1.7 to 11.33) for all subjects. 3.8 (1.3 to 11.1) for non-ccupational exposure. |
| Jiang – Hand-spinning Chrysotile and Meso Risk - 2017 | Chrysotile | 0-0.5 0.5-28.6 >28.6 | 28 (6-137) 36 (7-184) 79 (14-451 |

A basic discussion of the mathematical similarities and differences between RR and OR can be found in the article by:  Viera AJ.  **Odds ratios and risk ratios: what's the difference and why does it matter?**  South Med J. 2008 Jul;101(7):730-4.

Because asbestos dust is so strongly associated with mesothelioma, proof of significant exposure to asbestos dust is proof of specific causation. *See* Boffetta, **Health Effects of Asbestos Exposure in Humans: A Quantitative Assessment**, Med Lav 89(6):471-480 (1998), ("Because of the rarity of the disease and the specificity of the causal association, all cases occurring among asbestos exposed workers are attributed to this exposure"). Indeed, the causal relationship between exposure to asbestos dust and the development of mesothelioma is so firmly established in the scientific literature that it is accepted as a scientific "fact."

Mesothelioma is known as a "Signal Tumor" for asbestos exposure.[71] This is because mesothelioma is a rare disease and the causal link between asbestos exposure and mesothelioma is so well established that when mesothelioma occurs it "signals" prior asbestos exposure even when the victim cannot recall the exposure which may have occurred 40 years previously and have been invisible at the time.

Mesothelioma is a disease in which the disease itself, with a reasonable degree of medical certainty, tells you the cause. In this regard it is different from lung cancer, which has many causes, including asbestos.

It is my opinion that mesothelioma is a dose-response disease and that the resulting disease is the cumulative result of the exposures to asbestos that a person receives. Mesothelioma is a single indivisible injury or disease process caused by the cumulative asbestos exposure of an individual. Due to individual susceptibility there is no way to determine from epidemiology or otherwise who will get mesothelioma from a specific dose and who will not. Instead, the generally accepted view of the medical community is that if someone gets the disease mesothelioma, and if there is an identifiable exposure that is clearly and significantly above background levels, e.g. several orders of magnitude, as discussed above, it does contribute to causation of that mesothelioma.[72] The cumulative exposure to asbestos that a mesothelioma victim has received in his/her lifetime has caused impact to the lungs and pleura, has overwhelmed the body's defense mechanisms and has caused that mesothelioma.

This process takes place as fibers inhaled into the lungs are transported to the pleura and peritoneum and cause injury there, including injury to the mesothelial cells, regeneration of mesothelial cells, and genetic changes to mesothelial cells caused by interaction between the asbestos fibers and the chromosomes of those individual cells. Eventually in a person who develops a mesothelioma, there will be a conversion of one or more of those mesothelial cells to a

---

[71] See e.g. Henry Anderson, Irving Selikoff, et al. **Household Exposure to Asbestos and Risk of Subsequent Disease**, published in Dust and Disease, edited by Richard Lemen and John Dement (1979)

[72] Individual susceptibility can radically alter an asbestos-exposed individual's risk of mesothelioma and consequently traditional notions of dose response. In heavily exposed insulators less than 10% of the workers developed mesothelioma with over 90% of workers showing a certain resistance to developing this cancer. J. Ribak, et al., **Malignant Mesothelioma in a Cohort of Asbestos Insulation Workers: Clinical Presentation, Diagnosis, and Causes of Death**, 45 Brit. J. Ind. Med. 182 (1988). On the other hand, in just low level chrysotile contamination of homes, families carrying BAP1 germ line mutations have extremely high incidences of mesothelioma. Joseph R. Testa, et al., **Germline BAP1 Mutations Predispose to Malignant Mesothelioma**, 43(10) Nature Genetics (2011).

malignant phenotype, which then eventually grows into a tumor that presents clinically as a mesothelioma.

The more asbestos fibers that are inhaled into the lung, the more likely it is that more of them will be translocated to the pleura and peritoneum. Animal studies have shown that the transfer of asbestos fibers from the time of inhalation to the pleura can be as short as seven days.[73] Of course, some of the fibers inhaled may be removed by the mucociliary escalator, some fibers will be deposited in the alveolar spaces, some coughed-up, and some may be taken up by macrophages. Other fibers may work their way into the interstitium or make their way to the lymph nodes. But there are fibers from each significant exposure that make their way to the pleura and peritoneum, which are comprised of mesothelial cells that are the target cells for mesothelioma. The occurrence of mesothelioma is a certain sign that the body's defenses have been overwhelmed.

If a person is exposed to few asbestos fibers, then there will be fewer fibers that ultimately make their way to the pleura and peritoneum. Conversely, if a person is exposed to more asbestos fibers, there will be more fibers that make their way to the pleura and peritoneum. This is the nature of the dose-response relationship between asbestos exposure and mesothelioma: the more asbestos exposure a person has, the greater his/her chance of developing mesothelioma. In a person who develops mesothelioma, that disease is the result of the total cumulative *exposure* to asbestos.[74]

The reality of disease causation with respect to mesothelioma is generally accepted in the scientific community and has been eloquently summarized in the article **Asbestos Exposure Causes Mesothelioma, But Not This Asbestos Exposure: An Amicus Brief to the Michigan Supreme Court**, Int J Occup Environ Health 2007; 13:318-327. This paper was written by Laura S. Welch, M.D., Medical Director of the Center to Protect Worker Rights, who was joined by 51 other signers onto the communication, including numerous prominent physicians and scientists, who, together, "represent hundreds of years of experience researching, diagnosing, and treating asbestos-related diseases in workers and their families[,] have published extensively in this filed for more than 30 years and have conducted dozens of epidemiological and other studies into the issues of asbestos and disease." See *id*. at 318, 323-25. [75]

---

[73] Viallat JR, Raybaud F, Passarel M and Boutin C. **Pleural Migration of Chrysotile Fibers after Intratracheal Injection in Rats.** Archives of Environmental Health: An International Journal, September/October 1986 (Vol. 41, No. 5), pp. 282-286.

[74] **Asbestos, Asbestosis, and Cancer: the Helsinki criteria for Diagnosis and Attribution, Consensus report**, Scandinavian Journal of Work and Environmental Health, 23, 311-316 (1997); Robinson & Chaninian, Eds. **Mesothelioma**, - Chapter 2 - Bignon, et al. HISTORY AND EXPERIENCE OF MESOTHELIOMA IN EUROPE (2002), p. 36-37.

[75] Also see expert amicus briefs in the ***Rost v. Ford Motor Co.*** "Cumulative exposure is merely an extension of the ancient concept of dose-response: "…'the dose makes the poison' is the oldest maxim in the field." Toxicologists generally posit two main dose-response curves: those that have a "threshold" and those that do not…The second general type of a dose-response curve is one that is considered to have no threshold. The most important example for toxic torts is that of cancer. The underlying cause of many cancers is a persistent genetic mutation allowing the unbridled growth of a cell which then results in a clone of cancer cells" quoting Bernard D. Goldstein, *Toxic Torts: The Devil is in the Dose,* 16(2) J.L. & Polly, 551 (2008). Bernard D. Goldstein is Professor of Environmental and Occupational Health and former Dean of the University of Pittsburg Graduate School of Public Health.; ***Dixon v. Ford Motor Co.***

In this paper, at 320-321, Dr. Welch, et al., state the following:

*Accepted Method for Evaluating Disease Causation in an Individual: Generally and as Applied to Asbestos Exposure and Mesothelioma*

Examining the question of causation of disease in an individual generally involves four questions: 1) was the individual exposed to a toxic agent 2) does the agent cause the disease present in the individual; 3) was the individual exposed to this substance at a level where disease has occurred in other settings; and 4) have other competing explanations for the disease been excluded?

There is no reasonable dispute regarding Question 2 - asbestos causes mesothelioma. Additionally, there are no well-accepted competing explanations regarding mesothelioma that must be excluded, resolving Question 4. As a result, when considering the issue of causation of a mesothelioma, once an occupational or para-occupational exposure to asbestos has been established (Question 1), the sole question remaining for examination is whether the exposure or set of exposures of that individual is similar to exposures that have been documented to cause mesothelioma in others (Question 3).

The mainstream scientific community is in consensus regarding the resolution of Question 3. As discussed above, there is no safe level of exposure to asbestos.  Even exposure at current regulatory levels results in excess mesotheliomas.   Accordingly, the consensus of the scientific community is that any occupational or para-occupational exposure to asbestos, even brief or low-level exposures, must be considered causal in an individual with a mesothelioma.

## EPIDEMIOLOGIC STUDIES HAVE DEMONSTRATED THAT LOW LEVELS OF EXPOSURE TO ASBESTOS CAN CAUSE MESOTHELIOMA

Several epidemiologic studies have demonstrated increases in the incidence of mesothelioma associated with low asbestos exposure.  The asbestos exposure estimates in these articles were made retroactively and represent qualitative assessments of the risk since no contemporaneous measurements were made of these mesothelioma victims.

A large case-controlled epidemiological study in France attempted to quantify the minimum dose of asbestos that will result in mesothelioma through epidemiology.[76] The study demonstrated that "[a] significant excess of mesothelioma was observed far below the limits adopted in most industrial countries during the 1980s."  Iwatsubo, et al., **Pleural Mesothelioma: Dose-Response Relation at Low Levels of Asbestos Exposure in a French Population-based Case-Control Study**, Am J Epid 148(2):133-142 (1998).  Iwatsubo and his colleagues calculated

---

[76] Epidemiology studies require an adequate size of participants in order to have enough "power" to detect an increase in risk.  Especially with a rare disease and low levels of exposure, a study will lack adequate power to detect an increase in risk without an impossibly large number of participants.  Especially with a signature disease, case reports and biologic plausibility become important when analyzing low dose responses.

that cumulative intermittent exposures as low as 0.5 f/cc resulted in a four-fold increase in the risk of mesothelioma with a 95% CI of 1.7-9.7. They further demonstrated that as the intensity of the exposure increased, so did the risk. For continuous exposure resulting in a cumulative dose of between 0.5 and 0.99 f/cc, the authors recorded a relative risk of 4.6 (95% CI 1.4-15.4). The authors made the following points:

- Mesothelioma is a rare cancer that is mainly due to occupational or nonoccupational asbestos exposure. The background level is assumed to be as low as 1-2 per million inhabitants [per year]. (p. 133);
- This report is based on data collected in a hospital-based case-control study of pleural malignant mesothelioma (hereafter referred to as mesothelioma). (p. 134)
- This study, one of the larger population-based case-control studies published (24-37) sheds light on several important aspects of mesothelioma and asbestos. (p. 137)
- As far as we know, our study is the first conducted in a general population that uses a semiquantitative assessment of exposure to examine the dose-response relation between asbestos exposure and mesothelioma. (p. 137)
- Illgren and Browne considered whether a threshold exposure might exist and concluded that mesothelioma was unlikely in persons exposed for less than 5 f/ml-years. Our results indicate, however, that mesothelioma cases occurred below a cumulative exposure of 5 f/ml-years and perhaps below 0.5 f/ml-years. (p. 141)
- We found a clear dose-response relation between cumulative exposure to asbestos and pleural mesothelioma in a population-based case-control study with retrospective assessment of exposure. A significant excess of mesothelioma was observed for levels of cumulative exposure that were probably far below the limits adopted in many industrial countries during the 1980s. (p. 141)

Other researchers have also found a significantly increased risk of mesothelioma at extremely low cumulative exposure levels. *See* Rodelsperger et al., Asbestos and Man-Made Vitreous Fibers as Risk Factors for Diffuse Malignant Mesothelioma: Results From a German Hospital-Based Case-Control Study, Am J Indus Med, 39: 262-275 (2001) (Odds ratio of 7.9 CI 2.1-30.0 for cumulative exposures of greater than 0.00 up to 0.15 f/cc-years and Odds ratio of 21.9 for cumulative exposures between 0.15 and 1.5 f/cc-years). Rodelsperger and his colleagues made the following points:

- **Results**. Exposure to asbestos shows the expected sharp gradient with an OR of about 45 for a cumulative exposure> 1.5 *fiber years (arithmetic mean* 16 *fiber years). A significant OR was calculated even/or the lowest exposure category">* 0 - <0.15 *fiber years".* (p. 262)
- **Conclusions.** Despite a possible influence as a result of selection and information bias, our results confirm the previously reported observation of a distinct dose-response relationship even at levels of cumulative exposure below 1 fiber year. (p. 262)
- A risk estimate based on accurate workplace measurements is not yet available. Nevertheless, it has recently been demonstrated that an increase of risk may occur even below a cumulative exposure of a few fiber years (fibers/mL x years) [Iwatsubo et al., 1998]. (p.263)
- The ORs observed in our study fully support the well-established epidemiologic evidence for the carcinogenicity of asbestos with respect to mesothelioma. (p. 272)

- A clear dose-response relationship is obtained even for these hospital controls and even for an exposure> 0.15-1.5 fiber years, there is a significantly increased OR of 3.2 (95% CI: 1.7-6.1). (p.272)
- A further case-control analysis, based on lung tissue fiber concentrations in addition to the interview, yields similar ORs, if reference intervals and uppermost exposure intervals contain similar percentages of all cases. These results confirm the distinct dose-response relationship of the interview study even at a cumulative exposure below 1 fiber year. They clearly support the outcome of the French mesothelioma case-control study. (p.273)

The abstract by Rolland, et al: **Risk of pleural mesothelioma: A French population-based case-control study (1998-2002)**, was presented at the IMIG Meeting, Friday, October 20, 2006.  "A significant dose-response relationship was found between cumulative occupational asbestos exposure and pleural mesothelioma, even for the lowest exposure category >0-0.07 fibres/mLyears (OR 2.8, 95% CI 1.7-4.7)."

A recent case-control study by the French National Mesothelioma Surveillance Program (PNSM) found "a clear dose-response relationship was observed between occupational asbestos exposure and pleural mesothelioma (OR=4.0 (99% CI 1.9 to 8.3) for men exposed at less than 0.1 f/ml-year vs 67.0 (99% CI 25.6 to 175.1) for men exposed at more than 10 f/ml-year)…A higher risk of pleural mesothelioma was observed in subjects non-occupationally exposed compared to those never exposed…" Please see: Lacourt A, Gramond C, Rolland P, et al. **Occupational and non-occupational attributable risk of asbestos exposure for malignant pleural mesothelioma**. Thorax 2014;0:1-8.  doi:10.1136/thoraxjnl-2013-203744.

A chrysotile mine in Italy free of amphibole contamination had been found in 1990 to have a moderately increased level of mesothelioma that included two (2) miners. Piolatto, et al*., **An Update of Cancer Mortality Among Chrysotile Miners in Balangero, Northern Italy**, Br J Indus Med 47:810-814 (1990).  After several more years of latency and expanding the scope of the investigation to include lower exposed individuals, the total sky-rocketed to 27 cases, including thirteen (13) non-miners including white collar only workers exposed as bystanders and five (5) environmental cases. Although as is often the case quantitative exposure number ranges were not possible to develop, these white collar and environmental only exposure cases point to the capacity of chrysotile asbestos to induce mesotheliomas at low exposure levels. Mirabelli, et al., **Excess of mesotheliomas after exposure to chrysotile in Balangero**, Italy, 65 Occup. Environ. Med. 815 (2008).

Again, the asbestos exposures that Varney received for four years from repetitive fabricating and removing asbestos gaskets and packing, and working around others who were also polluting the atmosphere of the engine rooms where he worked by their own fabrication and removal of asbestos gaskets and packing, were not low exposures–they were high occupational exposures, thousands of times higher than background levels.

## SECONDARY EXPOSURE TO ASBESTOS FROM CONTAMINATED CLOTHING IS A CLEAR EXAMPLE OF HOW LOW LEVELS OF EXPOSURE CAN CAUSE MESOTHELIOMA

Dozens of reports and studies have documented hundreds of instances where wives and family members contracted mesothelioma from the work clothes, shoes, hair, and body of asbestos workers who brought their occupational asbestos exposure home on their clothes. (See Quotations and bibliography from my reliance list of mesothelioma cases from domestic exposure, **Exhibit 2**). In my personal experience at Riverside Hospital in Newport News, I have seen about four dozen of these cases. I have concluded from my review of the exposure history of these family members that they did not have any occupational exposure and that the contamination of clothing from workers who used asbestos products constitutes a serious and real mesothelioma risk. I also have examined the lung tissue of many of these victims and determined that the asbestos in their lungs was comparable to occupational exposure of the workers themselves.

The relevance of this information to the Varney case is that when Varney manipulated, installed, and removed asbestos gaskets, packing, and thermal system insulation, he contaminated his clothes with asbestos dust that he carried with him for the rest of the day, creating the possibility of ongoing exposure even when he was not working. Also, to the extent that his father carried home dust on his work clothes from asbestos-containing automotive friction materials (brakes and clutches), that asbestos dust also contributed to Mr. Varney's cumulative asbestos dose.

## CHRYSOTILE IS A GENOTOXIC CARCINOGEN
## AND GENOTOXIC CARCINOGENS HAVE NO THRESHOLD

Malignant transformation is a multi-stage process involving both direct and indirect actions from asbestos fibers. In 2012 IARC published its research which concluded that chrysotile asbestos is a genotoxic carcinogen. As a genotoxin, chrysotile asbestos is involved in both direct tumor generation (initiation) and indirect tumor growth (promotion) in that it can both mutate genes that lead to a cancerous tumor in the first place, and it can promote the growth of the tumor through indirect means. Direct effects are related to the physical interaction of asbestos fibers with target cells in the pleura or by the generation of free radicals and reactive oxygen species (ROS) on the surface of fibers. Indirect effects are related to an inflammatory response to chrysotile fibers, including the generation of ROS, cytokines, and other factors, which stimulate cell proliferation and cause inflammation and suppression of the body's immune response and ability to kill mutant cells through apoptosis.

The mechanisms of mesothelioma induction discussed throughout this report all point to the fact that the cumulative dose greatly impacts immunity, and that all of the millions of fibers making up even a short term "low" exposure that actually touch the cells of the exposed person are eliciting some or all of the direct and indirect biological reactions cited above including immune suppression, thereby setting the stage for the development of cancer via both initiation and promotion. [77] Pages 587 and 598 of the Dail and Hammar textbook recite many of the major

---

[77] Id. especially at pp587-589; Lung Biology in Health and Disease, Vol 78, **The Mesothelial Cell and Mesothelioma,** Executive Editor Claude Lenfant, Edited by Marie –Claude Jaurand and Jean Bignon (1994); Wu J, Liu W, Koenig K, Idell S and Broaddus VC. **Vitronectin adsorption to chrysotile asbestos increases fiber phagocytosis and toxicity for mesothelial cells.** Am J Physiol Lung Cell Mol Physiol, 2000:279:L916-L923.http://www.ncbi.nlm.nih.gov/pubmed/11053028;

conclusions of that chapter concerning the causation of mesothelioma, both generally and in specific individuals, and contain schematic demonstrations of the various cell reactions, mechanisms, and progressions which lead to the development of mesothelioma from cumulative asbestos exposure.

I rely on the research of cell biology experts relating to the mesothelium, translocation of fibers, transfection, and the carcinogenic effect of different fiber types upon mesothelial cells. The relevance of these studies is that autopsy studies have shown that in human beings that were exposed to various forms of asbestos, chrysotile fibers outnumber amphibole fibers in the parietal pleura—the site of the tumor—even though amphibole asbestos fibers are more prevalent in the lung where the tumor does not occur.

All asbestos fibers, including chrysotile, have the ability to damage the DNA of cells by entering the cell nuclei and causing changes to cell chromosomes. [78]  This causes cells to mutate and to eventually cause tumors.  Asbestos fibers, including chrysotile, can also bind free DNA outside of cells and carry it into cells by means of a process called transfection where the entering DNA causes changes in the natural chromosomal DNA of the cells.  These changes persist for generations.  All of the major types of asbestos fibers—chrysotile, amosite, crocidolite, and tremolite—all mediate mutagenic transfection of human mesothelial cells.

There is a consensus among current cancer researchers that virtually all cancers are caused by mutations in the vicinity of specific cellular genes.  Depending upon how they act in cells, these genes are called either oncogenes or tumor-suppressor genes.  Researchers have documented various molecular mechanisms involving a process called homologous recombination through which asbestos fibers in contact with DNA can damage genes in chromosomes. [79] [80]

It is well accepted in the medical and scientific community that there is no safe level of exposure to genotoxic carcinogens of which chrysotile is one.  Other examples include radiation for which no threshold can be found for carcinogenic responses to radiation. [81]    Most animal studies that seek to demonstrate a threshold for carcinogenic risk use small numbers of animals for practical considerations but increase the dosage so that statistical significance can be found under this constraint. Several very large animal studies involving thousands of animals were conducted expressly for the purposes of looking for a "no effect level" (or threshold of exposure below which the cancer would not occur) involving a genotoxic carcinogen (not asbestos). The clear conclusion in all of these studies is that there was no threshold or minimum dose required to induce cancer if the substance was genotoxic. These studies also came to another conclusion that was previously shown by human epidemiological studies – that as the dose increases so does the risk of cancer. [82]

---

[78] Wang NS, Jaurand MC, Magne L, Kheuang L, Pinchon MC, Bignon J.  **The interactions between asbestos fibers and metaphase chromosomes of rat pleural mesothelial cells in culture**. A scanning and transmission electron microscopic study. Am J Pathol. 1987 Feb;126(2):343-9.
[79]Lezon-Geyda, K., Jaime, C.M., Godbold, J.H., Savransky, E.F., Hope, A., Kheiri, S.A., Dzmura, Z.M., Uehara, H., Johnson, E.M. and Fasy, T.M. (1996) **Chrysotile asbestos fibers mediate homologous recombination in Rat2l fibroblasts: implications for carcinogenesis.** Mutation Res. 361, 113-120;
[80] Dail and Hammar, **Pulmonary Pathology**, 3rd ed. pp. 587-599 (2008)
[81] Health  Risks  From Exposure  to  Low Levels of Ionizing  Radiation: BEIR VII – Phase 2 Committee to Assess Health Risks from Exposure to Low Levels of Ionizing Radiation, National Research Council (2006). *See also*
[82]J Environ Pathol Toxicol.: Innovations in cancer risk assessment (ED01 study) Staffa, JA, Mehlman, MA).



**The interactions between chrysotile asbestos fibers and metaphase chromosomes of rat pleural mesothelial cells in culture**

In summary, it is my opinion, consistent with the opinion that is generally accepted by scientists in scientific and research organizations and agencies that have studied the question, including IARC, WHO, NCI, EPA, NIOSH, OSHA, Surgeon General, and the Helsinki Conference that brief, intermittent, or "low dose" exposures to chrysotile asbestos can and do cause mesothelioma in humans as a result of chrysotile's genotoxicity.

**THERE IS A MEDICAL CONSENSUS THAT NO COMPLETELY SAFE LEVEL OF ASBESTOS EXPOSURE HAS BEEN IDENTIFIED FOR MESOTHELIOMA RISK**

While theoretically possible, mesothelioma has not been proven to occur at levels at or below normal ambient air concentrations.[83]   *But see* **Consensus Report, Asbestos asbestosis and cancer:  The Helsinki criteria for diagnosis and attribution**, Scand J Work Environ Health, 23:311-16 (1997) ("very low background environmental exposures carry only an extremely low risk").  See Pan XL, Day HW, Wang W, Beckett LA, Schenker MB.  **Residential Proximity to Naturally Occurring Asbestos and Mesothelioma Risk in California.**  Am J Respir Crit Care Med. 2005 Jun 23.

There is a normal (very low) background/ambient level of asbestos exposure which exists in the environment, and I do not believe that normal background/ambient levels of exposure cannot be proven to cause mesothelioma by the method of comparative epidemiology.  This is because in order to prove a causal association in comparative epidemiology, an exposed person is compared to an unexposed person. Since there is a background/ambient level of asbestos, there is technically no unexposed population to compare to.  In other words, no epidemiological evidence could ever be established to support a causal relationship between background asbestos exposure and mesothelioma because, by definition, everyone is exposed to background levels; and there could never be a cohort of millions of people who were not exposed to background levels.  As a general proposition, all asbestos exposures are cumulative in their effect, but background asbestos exposure is simply too low to make a significant or substantial contribution to the development of mesothelioma; consequently, I do not consider normal background ambient air exposure to be a significant factor in the development of mesothelioma.

Nevertheless, it is generally accepted in the scientific community that there is no known level of asbestos exposure significantly above ambient air levels, which has been shown not to contribute to the development of mesothelioma.

Mesothelioma is frequently seen in those with low levels of asbestos exposure.   In accordance with the generally accepted attribution criteria contained within the Consensus Report, Asbestos, Asbestosis, and Cancer:  The Helsinki criteria for diagnosis and attribution.  Scan J. Work Environ Health, 23:311-16 (1997), a documented history of brief or low level exposure is sufficient to consider a mesothelioma as asbestos induced.[84]

The generally accepted scientific opinions that there is no safe threshold are based upon looking at all available evidence: this includes epidemiology and exposures studies (see references

---

[83] Mesothelioma is a single indivisible injury or disease process caused by the cumulative asbestos exposure of an individual.  Due to individual susceptibility there is no way to determine from epidemiology or otherwise who will get mesothelioma from a specific dose and who will not; instead the generally accepted view of the medical community is that if someone gets the disease and if there is an identifiable significant exposure that is significantly ( at least several orders of magnitude ) above background levels it likely  contributes to causation.

[84] The 1997 document was reaffirmed in slightly amended in ways not relevant to this discussion in 2015. Henrik Wolff, et al., **Consensus Report: Asbestos, Asbestosis, and cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations**, 41(1) Scand. J. Work Environ. Health 5 (2015).

and quotations listed below); the Mt. Sinai and Massachusetts General Hospital/Harvard University autopsy studies [85] [86]; pathology/autopsy studies of the pleura;[87] and in vitro and in vivo mechanistic studies[88] showing the high potency of all forms of commercial asbestos.  I am in agreement with this generally accepted position that there is no threshold of exposure to asbestos significantly above background—in my opinion at least several orders of magnitude above background—which is "safe" or that carries no risk of mesothelioma; I hold the generally accepted opinion that all such significant exposures form part of the cumulative dose. But more importantly, it is my opinion that the measured exposures from fabricating and removing gaskets are thousands of times higher than background and, therefore, the regular and prolonged fabrication and removal of asbestos gaskets is sufficient to cause mesothelioma without any other contribution.

The "no threshold" concept is a generally accepted opinion in the scientific community for all genotoxic carcinogens — especially with asbestos and mesothelioma as all available scientific evidence shows that very low doses cause mesothelioma.  As succinctly stated by Dr. John J. Godleski, Professor of Pathology at Harvard Medical School and numerous other scientists and scientific and regulatory bodies, "There is no known threshold limit for asbestos exposure below which there is no risk of MM."[89] [90]

The proposition that there is no known safe level of exposure to asbestos and therefore no safe threshold is generally accepted in the scientific community.

In support of these conclusions, I rely on the following studies and documents:

A.   **Biological Effects of Asbestos**, Annals of the New York Academy of Sciences, Volume 132, Art. 1, 1965 (C.G. Addingley (*British Belting and Asbestos Ltd., Cleckheaton, England*):  "...We do not believe there is any safe limit.  We have our ideas as to how low we can get and we are always striving to get right down to zero.  We also have our ideas about the American limit of 5 million particles per cu. ft. as a safe limit.  We know that there is no scientific basis for that limit whatever...")  John Wells (*U.S. Rubber Co., Newnan, Ga.)*: "...as far as a safe level of asbestos dust is concerned, our own conclusion

---

[85] Strauchen JA. **Rarity of malignant mesothelioma prior to the widespread commercial introduction of asbestos: the Mt. Sinai autopsy experience 1883-1910**, Am J Ind Med. 2011 Jun;54(6):467-9.

[86] Mark EJ, Kradin RL. **Pathological Recognition of Diffuse Malignant Mesothelioma of the Pleura, The Significance of the Historical Perspective as Regards This Signal Tumor**. Semin Diagn Pathol 2006 Feb:23(1):25-34); Mark EJ, Yokoi T.  **Absence of evidence for a significant background incidence of diffuse malignant mesothelioma apart from asbestos exposure,** Ann N Y Acad Sci. 1991 Dec 31; 643:196-204;

[87] Suzuki Y, Yuen SR, Ashley R.  **Short, thin asbestos fibers contribute to the development of human malignant mesothelioma: pathological evidence.**  Int J Hyg Environ Health, 208 (3):201-10 (2005)

[88] See Roggli, **Pulmonary Pathology,** 2d edition, Chapter 10, (2004) **Experimental Models of Asbestos Disease**, pp. 256-299

[89] Godleski JJ.  **Role of Asbestos in Malignant Pleural Mesothelioma**, Thoracic Surgery Clinics, 14, (2004) at 479-487.

[90] Also see Markowitz S. **Asbestos-related lung cancer and malignant mesothelioma of the pleura: selected current issues.** Semin Respir Crit Care Med. 2015;36(3):334-46; and Ferrante D, Mirabelli D, Tunesi S, Terracini B, Magnani C. **Pleural mesothelioma and occupational and non-occupational asbestos exposure: a case-control study with quantitative risk assessment**. Occup Environ Med. 2015.  For the proposition that cumulative exposures drive risk even at low levels, also see the 2001, 2005, 2008 affidavits of Victor L. Roggli.

in Hogansville, Ga., is that there is no safe level.  The safe level is nil and anything above the safe level represents certain risk...”).

B.   **Two Cases of Malignant Mesothelioma After Exposure to Asbestos**, Paul Champion, American Review of Respiratory Disease, Volume 105, 1971 (“There is probably no really safe level of asbestos exposure....It is clear that only minor exposure is required for the development of malignant tumors...”).

C.   **Mesothelioma Register 1967-1968**, Greenberg and Davies, British Journal of Industrial Medicine, 1974, 91-104 (“In this study the briefest occupational exposure to asbestos associated with a mesothelial tumour was three weeks, but if asbestos was a cause of mesothelioma it cannot be assumed that lesser exposures are safe.”)  (p.  103)

D.   **Consumer Product Safety Commission.  Ban of Consumer Patching Compounds containing Respirable Free-Form Asbestos**.  16 CFR Ch 11, 1304.5 (1-1-97 Ed., source 42 FR 63362) (“The Commission noted that in the scientific literature, there is general agreement that there is no known threshold level below which exposure to respirable free-form asbestos would be considered safe.”) .

E.   **Malignant Mesothelioma with Minimal Asbestos Exposure**, Chen and Mottet, Human Pathology, Volume 9, Number 3, May 1978 (“Estimation of the number of asbestos fibers in the lungs suggests the low level exposure and establishes that, for some individuals at least, slight exposure to asbestos can result in malignant mesothelioma.”)  (p. 253).

F.   **Workplace Exposure to Asbestos, Review and Recommendations,** DHHS (NIOSH) Publication No. 81-103, NIOSH-OSHA Asbestos Work Group, April 1980 (“Available data show that the lower the exposure, the lower the risk of developing asbestosis and cancer.   Excessive cancer risks, however, have been demonstrated at all fiber concentrations studied to date.   Evaluation of all available human data provides no evidence for a threshold or for a “safe” level of asbestos exposure.”)  (p. 3)   (“Second, all levels of asbestos exposure studied to date have demonstrated asbestos-related disease, and a linear relationship appears to best describe the shape of the dose-response curve.  These considerations led the committee to conclude that there is no level of exposure below which clinical effects do not occur.  Third, the absence of a threshold is further indicated by the dramatic evidence of asbestos-related disease in members of asbestos-worker households and in persons living near asbestos-contaminated areas.  These household and community contacts involved low level and/or intermittent casual exposure to asbestos.  Studies of duration of exposure suggest that even at very short exposure periods (1 day to 3 months) significant disease can occur.”)  (p. 3).

G.   **Pleural mesothelioma and exposure to asbestos: evaluation from work histories and analysis of asbestos bodies in bronchoalveolar lavage fluid or lung tissue in 131 patients**,   C Pairon, E Orlowski, Y Iwatsubo, M A Billion-Galland, G Dufour, S Chammings, C Archambault, J Bignon, P Brochard, Occup Environ Med 1994; 51:244-249 (“Malignant mesothelioma has long been recognized as one of the most specific occupational cancers; epidemiological evidence has accumulated concerning the strong

association between exposure to asbestos and the outcome of an excess of mesotheliomas in various occupational groups.")  (p. 244) ("Our results showed that only a few patients with mesothelioma had experienced significant occupational exposure to asbestos...") (p. 247)

H.    **Report to Congress on Worker's Home Contamination Study Conducted Under the Workers' Family Protection Act**, U.S. Dept. of Health and Human Services, Public Health Service, Center for Disease Control and Prevention, National Institute for Occupational Safety and Health, (1995) ("Mesothelioma has occurred following short term asbestos exposures of only a few weeks, and can result from very low levels of exposure.") (p. 7).

I.    **The Riddle of Risk Assessment in Asbestos Carcinogenicity,** Arthur Frank, MD, Ph.D., Med Lav 1997; *88*, 4; 333-338 ("There is no safe level of asbestos"  I.J. Selikoff, MD, Third Wave Conference) (p. 333) ("There appear to be four main issues with regard to the carcinogenic risks of asbestos.  The first is the question of a threshold, which clearly exists for the development of asbestosis, and most, but not all, agree that there is no safe level of exposure to asbestos, leading to the conclusion that there is no threshold for this carcinogenic substance, just as there does not appear to be a threshold for other carcinogens.") (p. 335).

J.    **Consensus Report**[91]**, Asbestos, Asbestosis, and Cancer: The Helsinki criteria for diagnosis and attribution**.   Scand. J. Work Environ. Health 1997 23:311-6 (1997) ("Mesothelioma can occur in cases with low asbestos exposure.  However, very low background environmental exposures carry only an extremely low risk.") ("An occupational history of brief or low-level exposure should be considered sufficient for mesothelioma to be designated as occupationally related.").

K.    **Mesothelioma: cases associated with non-occupational and low dose exposures**, Hillerdal, Occup Environ Med 1999;56:505-513 ("There is no evidence of a threshold level below which there is no risk of mesothelioma.  Low-level exposure more often than not contains peak concentrations which can be very high for short periods.  There might exist a background level of mesothelioma occurring in the absence of exposure to asbestos, but there is no proof of this and this "natural level" is probably much lower than the 1-2/million/year which has been often cited.") (p. 505) ("Most researchers agree that there is a positive dose-response curve for mesothelioma: the heavier the exposure to asbestos, the greater the risk.")  (p. 506).

---

[91] The Helsinki Consensus Report was published as a result of the International Expert Meeting on Asbestos, Asbestosis and Cancer, which took place in Helsinki, Finland in January 1997.  The meeting was held to discuss and agree on state-of-the-art criteria for the diagnosis and attribution of asbestos-related diseases.  It was attended by 19 participants from around the world, and the group was comprised of pathologists, radiologists, occupational and pulmonary physicians, epidemiologists, toxicologists, industrial hygienists and clinical and laboratory scientists specializing in tissue fiber analysis.  Collectively, the group had published over 1000 papers on asbestos and asbestos-related diseases.  The participants decided to name the published report **The Helsinki Criteria**. This statement was reaffirmed in 2014: Henrik Wolff, et al., **Consensus Report: Asbestos, Asbestosis, and cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations**, 41(1) Scand. J. Work Environ. Health 5 (2015).

L.   **The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure**, John T. Hodgson and Andrew Darnton,  Ann. Occup. Hyg, Vol 44, No. 8. pp. 565-601, 2000 ("Some authors (Ilgren and Browne, 1991; Liddell, 1993) have argued for a mesothelioma threshold, or threshold-like behaviour of the dose-response.  Such arguments are fraught with statistical and logical difficulties.  The attempt (Ilgren and Browne, 1991) to deduce a 'threshold' by identifying the lowest estimated dose received by any observed case is a logical nonsense. .... Taking this evidence together we do not believe there is a good case for assuming any threshold for mesothelioma risk.") (p. 583).

M.   **European Communities - Measures Affecting Asbestos and Asbestos-Containing Products, Report of the Panel,** World Trade Organization, WT/DS1135/R/ 18 September 2000 ("The concept of the threshold of harmlessness is a biological and medical one: the aim is to establish whether biological effects are caused by chrysotile below a given level of exposure.  There is thus no contradiction between the fact that it is scientifically accepted that there is no biological threshold of harmlessness and the fact that, nonetheless, an exposure limit is set at a certain level that can be achieved and easily measured for control purposes.  The 1998 WHO report carried out under the International Programme on Chemical Safety states that, for chrysotile: "No threshold has been identified for carcinogenic risks".  This international authority thus confirms the conclusions of the INSERM report on this point.")  (p. 35).

N.   **STATEMENT ON MALIGNANT MESOTHELIOMA IN THE UNITED KINGDOM**, British Thoracic Society Standards of Care Committee, Thorax 2001;56:250-265  ("There is no evidence for a threshold dose of asbestos below which there is no risk.") (p. 252).

O.   **Pathology of Malignant Mesothelioma**, edited by Francoise Galateau-Salle, Springer Science + Business Media, 2006 ("Substantial numbers of mesotheliomas are now seen as a consequence of nonoccupational exposures, including occasional 'handyman'-type exposure, domestic exposure (e.g., from laundering asbestos-contaminated work clothes), and other types of occasional or non-occupational exposures.  Mesothelioma has been reported to occur after brief low-level or indirect exposure.").

P.   **Expert Report of Douglas W. Henderson, re: Supplementary Report on Causation for Mrs. Frank Gregory Lansley, dated February 27, 2006** ("No lower threshold level of exposure to asbestos has been delineated below which there is no increase in the risk of mesothelioma, and most authorities approach causation of mesothelioma by asbestos from the perspective of a no-threshold model.")  (p. 3).

Q.   **Position on Asbestos, World Health Organization**, Letter from Susanne Weber-Mosdorf, Assistant Director-General, Sustainable Development and Health Environments, to Professor Joseph LaDou, dated May 5, 2006 ("...all types of asbestos cause asbestosis, mesothelioma and lung cancer;...there is no safe threshold level of exposure...").

R.    **National Institute of Occupational Health and Safety (NIOSH)** published nine cases in its report to Congress in 1976 of mesothelioma resulting from one day of exposure to asbestos.  See Table III-2, Studies of Human Population Carcinogenicity.

S.    Dr. Irving Selikoff's Textbook, **Asbestos and Disease** (1978) at page 266 recited numerous studies where mesothelioma had occurred as a consequence of "virtually trivial," or "peripheral exposure," and "low exposure," e.g. only two months.

Elmes found that in only one-third of his cases was the exposure of the intensity that is usually associated with pulmonary fibrosis; in one-third the exposure was virtually trivial. (215) [Elmes, P.C., the epidemiology and clinical features of asbestosis and related diseases, *Postgrad. Med. J.* 42, 623 (1966)]  Harries found that 53 out of 55 cases in the Royal Navy shipyards occurred in those who were only peripherally exposed, (318) [Harries, P.G., Experience with asbestos disease and its control in Great Britain's naval dockyards. *Environ. Res.* 11, 261 (1976)] while Planteydt found that none of the cases seen from Dutch shipyards were directly exposed to asbestos. (575) [Planteydt, H.T. Mesothelioma and asbestos bodies in the sputum of workers in a shipyard. *Poumon Coeur* 5, 545 (1968)] Demy and Adler drew attention to one case in which the exposure was of only six months duration (185) [Demy, N.G. and Adler, H. Asbestosis and malignancy. *Am. J. Roentgenol., Radium Ther. Nucl. Med. [*N.S.] 100, 597 (1967)], while one of Newhouse's cases had been exposed for only two months. (546) [Newhouse, M.L., and Thompson, H. Mesothelioma of pleura and peritoneum following exposure to asbestos in the London area. *Br. J. Ind. Med.* 22, 261 (1965)]  Other instances in which low exposure was sufficient were reported at the 1965 Conference organized by the New York Academy of Sciences. (221, 693, 759) [Elmes, P.C., and Wade, O.L. Relationship between exposure to asbestos and pleural malignancy in Belfast. *Ann. N.Y. Acad. Sci.* 132, 549 (1967); Sluis-Cremer, G.K. Asbestosis in South Africa—certain geographical and environmental consideration. *Ann. N.Y. Acad. Sci.* 132, 215 (1965); Vigliani E.C., Mottura G, and Maranzana P. Association of pulmonary tumors with asbestosis in Piedmont and Lombardy. *Ann. N.Y. Acad. Sci.* 132, 558 (1965)]

## FIBER TYPES, POTENCY, AND MIXED EXPOSURE

Although there is a broad consensus that chrysotile asbestos causes mesothelioma, it is frequently argued that amphibole asbestos, i.e. amosite, crocidolite, or tremolite, are more potent. There is, in fact, a significant controversy in the medical literature concerning the relative potency of chrysotile versus amphibole asbestos.[92]  This is an academic debate because 95% of the asbestos

---

[92] Some studies have found that the potency ratio between amphiboles and chrysotile is 1:1, i.e. that is, equal. OSHA and the Landrigan and Nicholson study.  Others have found that amphiboles are more potent by a factor of 10-15:1. Leigh & Robinson 14:1, Hodgson & Darnton 10:1, Henderson 15:1 (WTO, Helsinki). These potency ratios are based upon a mega-analysis of a limited number of studies which explains the wide variation in the results and also the unreliability of any specific numerical potency ratio.

imported into the United States was chrysotile, less than 3% of products was amosite, and only 2% was crocidolite.

The medical literature concerning exposure to mixes of different asbestos fiber types is clear.  A mixture of chrysotile and amphibole asbestos is more potent cause of mesothelioma than exposure to pure chrysotile or pure amphibole.  This fact has been pointed out in two significant publications:  The first by E.D. Acheson and M.J. Gardner[93] and the second Art Langer and Robert Nolan.[94]  Acheson found 4 cases of mesothelioma from chrysotile exposure only; 12 cases from amosite only; and 61 cases where the exposure was to a mixture of amosite and chrysotile.  Langer reported similar results, as follows:

> *Exposure to mixtures of asbestos fibres is more dangerous than exposure to a single type.* These data allow re-examination of risk following exposure to mixed-fibres as compared with the risk following exposure to the commercial asbestos minerals alone. Mesothelioma occurred in four cases where chrysotile was the only asbestos fibre found as compared to seven cases where only a single amphibole asbestos fibre type was found. Mixed-fibre populations were associated with 22 of the 33 mesotheliomas. These numbers only roughly approximate the multiplicative model postulated by ACHESON and GARDNER [15].

Churg's pathology textbook has reported that workers who were only exposed to amosite had a 4% death rate from mesothelioma.[95]  The factories where that study was performed reported that the exposure levels were very high, an average of 50 f/cc.[96]  He also reported that the mesothelioma death rate for pipecoverers who were exposed to a mixture of amosite and chrysotile was close to 10%.[97] According to Nicholson and other industrial hygienists who have studied the exposure of pipecoverers, their average exposure was 5-10 f/cc.[98] Churg has also reported that the large number of mesotheliomas in Canadian chrysotile workers is due to the tremolite in Canadian chrysotile, even though that tremolite was only approximately 1% of the asbestos fiber that the workers breathed.[99]  These studies support my opinion that mixtures of asbestos fibers are more potent than exposure to a single fiber type.  It is my opinion that the asbestos-containing products

[93] Acheson ED, Gardner MJ.  **Mesothelioma and exposure to mixtures of chrysotile and amphibole asbestos**. *Arch Env Health* 1979; 34: 240-242.
[94] Langer AM and Noland RP.  **Asbestos in the Lungs of Persons Exposed in the USA**.  Monaldi Arch Chest, 1998, 53: 2, 168-180.
[95] Thurlbeck and Churg, **Pathology of the Lung**, Second Edition,  pp. 1083-1088,  1105-1106 (1995)  Churg Table Mixed Exposures/Relative Risk Chart (p.  1087).
[96] Seidman, Herbert, Selikoff, Irving J., and Gelb, Steven K., **Mortality Experience of Amosite Asbestos Factory Workers: Dose-Response Relationships 5 to 40 Years After Onset of Short-Term Work Exposure,** American Journal of Industrial Medicine, 10:479-514 (1986)
[97] Selikoff IJ, Hammond EC, and Seidman H.  **Mortality Experience of Insulation Workers in the United States and Canada, 1943-1976.**  Annals New York Academy of Sciences (1979)
[98] Nicholson, W.J., et al., **Direct and Indirect Occupational Exposure to Insulation Dusts in United States Shipyards, Safety and Health in Shipbuilding and Ship Repairing,** pp. 37-48 (1972)
[99] McDonald, JC and McDonald, AD, "**Chrysotile, Tremolite and Carcinogenicity,**" Annals of Occupational Hygiene 41:699-705, (1997)

that were manufactured with Canadian chrysotile that was contaminated with tremolite were more potent than pure chrysotile.

## SMOKING

Cigarette smoking does not cause or contribute to cause mesothelioma, and cigarette smoking did not cause or contribute to cause Varney's mesothelioma. This opinion is universally accepted in the medical community and supported by numerous studies. [100]

## LITERATURE REVIEW RELATIVE TO ASBESTOS-CONTAINING  GASKETS

| | | |
|---|---|---|
| **Compilation MVA Articles** | | |
| **Anchor Packing Sheet Gasket** | **1993** | |
| **Crane and Sepco Gaskets** | **1993** | |
| **Crane Packing Materials** | **1993** | |
| **John Crane Sheet Gaskets** | **1993** | |
| **Chesterton Gasket** | **1994** | |
| **Durable Gasket** | **1994** | |
| **Flexitallic Gasket** | **1994** | |
| **Garlock Gasket** | **1995** | |
| **Close Examination of Crane and Garlock Sheet Gaskets** | | **1998** |
| **Close Examination of Sheet Gaskets Including Garlock 900** | | **2003** |
| **Armstrong Gasket** | **2007** | |
| **Cranite Gasket** | **2007** | |
| **Durable Gasket** | **2007** | |
| **Garlock Packing Style 233** | **2007** | |
| **Garlock 7228 Gasket** | **2007** | |
| **John Crane Packing Style 804** | **2007** | |
| **John Crane Packing** | **2007** | |

Bremerton W, Liukonen L.  **Asbestos Exposure from Gasket Operations.  Industrial Hygiene Branch.Occupational and Environmental Health Service.  Naval Regional Medical Center May; 1978**

**Dear Customer Letter by Kurt Salomon October 20, 1986**

Cheng R, McDermott H.  **Exposure to Asbestos from Asbestos Gaskets.** Appl. Occup. Environ. Hyg. 1991 6(7)

---

[100] Selikoff, IJ.  **Asbestos Disease in the United States 1918-1975** (p. 16); Becklake MR, **Asbestos-Related Diseases of the Lung and Other Organs: Their Epidemiology and Implications for clinical Practice**, American Review of Respiratory Disease, Vol. 114, pp. 187-227 (1976) (p. 194, references p. 222), p. 211; Selikoff IJ and Lee.  **Asbestos and Disease** (p. 279, reference pp. 498, 520) (1978); Selikoff and Hammond.  **Asbestos and Smoking- JAMA**, Aug. 3, 1979 Volume 242, No. 5 (p. 458, references pp. 458-459); Henderson, Shilkin, Whitaker, Langlois.  **Malignant Mesothelioma-The Cancer Series**  (p. 7, reference p. 8).

McKinnery W, Moore R.  **Evaluation of Airborne Asbestos Fiber Levels During Removal and Installation of Valve  Gaskets and Packing.**  Am Ind Hyg Assoc J. 1992 53(8):531-532

Millette J, Mount M.  **A Study Determining Asbestos Fiber Release During the Removal of Valve Packing.**  Appl Occup Environ Hyg. 1993 8(9) September

Millette J, Mount M.  **Releasability of Asbestos Fibers from Asbestos-Containing Gaskets** EIA Technical Journal, Fall 1995.

Millette JR, Mount MD, MVA**: Report of Results:  MVA 0765.  Asbestos Fiber Release During the Removal of a Sheet Gasket.**  January 27, 1994**.**

Millette J.  **Letter Regarding Asbestos Fiber Re-Suspension from Sweeping Following Gasket Cutting / Report of Results.**  February 27, 1995

Millette, J.  **Letter Regarding Report of Results:  MVA  1307.  Test of Particle Releasability of John Crane Gasket Material.**  May 25, 1995.

Spence S, Rocchi P.  **Exposure to Asbestos Fibres During Gasket Removal.**  Ann. Occup. Hyg. 1996 Vol. 40, No.5:583-588

Fowler D. **Exposures to Asbestos Arising from Bandsawing Gasket Material.**  Applied Occupational and Environmental Hygiene. 2000 Vol 15(5), 404-408.

Boelter F, Crawford G.  **Airborne Fiber Exposure Assessment of Dry Asbestos-Containing Gaskets and  Packings Found in Intact Industrial and Maritime Fittings.** 2002 AIHA Journal 63:732-740.

**Affidavit of Matthew Carroll 03/05/2002**

Longo W, Egeland W**.  Fiber Release During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation.**  Applied Occupational and Environmental Hygiene  2002 Vol 17(1):55-62.

**EPA: Report on the Peer Consultation Workshop to Discuss a Proposed Protocal to Assess Asbestos-Related Risk Final Report May 30, 2003**

Hatfield R, Longo W. **Letter to the Editor:  Asbestos Exposure from Gasket Removal.**  AIHA Journal (64) September/October 2003.

**John Crane Gasket and Packing Analysis, Material Analytical Services, Inc. 2006 June**

**Industrial Hygiene Department Asbestos Dust Study/Document**

Mangold C, Clark K. **.An Exposure Study of Bystanders and Workers During the Installation and Removal of Asbestos Gaskets and Packing.** Journal of Occupational and Environmental Hygiene 2006 3:87-98

**NAVY Safety and Occupational Health (SOH) Program Manual for Forces Afloat. OPNAV Instruction 5100.19E, Volume l.SOH and Major Hazard-Specific Programs. OPNAVINST 5100.19E 2007 May 30**

Madl A, Clark K,  Paustenbach D.  **Exposure to Airborne Asbestos During Removal and Installation of Gaskets and Packings: A Review of Published and Unpublished Studies** Journal of Toxicology and Environmental Health.  Part B, Critical Reviews. July 20, 2007

**Removing Compressed Asbestos Fibre Gaskets and Asbestos Rope Seals.  Health and Safety Executive. 2006**

Hubbard J, Longo W.  **Detection of Amphibole Asbestos in Chrysotile Sheet Gaskets**

Millette J, Brown R.  **A Close Examination of the Surfaces of Asbestos Gasket Materials**

Millette J.  **Asbestos Containing Sheet Gaskets and Packing**

### LITERATURE REVIEW ON HOUSEHOLD / DOMESTIC EXPOSURE

Wagner JC, Sleggs CA, Marchand P  **Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province.**  Br J Ind Med. 1960 Oct;17:260-71.  (Case 15 involved a housewife who lived on a mine near Johannesburg and whose father was an asbestos miner).

Newhouse ML, Thompson   **Mesothelioma of pleura and peritoneum following exposure to asbestos in the London area**.  Br J Ind Med. 1965 Oct;22(4):261-9.  (Seven women and two men with mesothelioma had relatives who worked with asbestos and brought the dust home);

Lieben J, Pistawka H.  **Mesothelioma and asbestos exposure**.  Arch Environ Health. 1967 Apr;14(4):559-63.  (2 peritoneal and 1 pleural mesothelioma in individual with domestic exposure to asbestos).

Heller RM, Janower ML, Weber AL. The radiological manifestations of malignant pleural mesothelioma.   Am J Roentgenol Radium Ther Nucl Med. 1970 Jan;108(1):53-9.   (A woman with mesothelioma whose exposure was obtained through washing her pipefitter husband's dusty work clothes).

Champion P  **Two Cases of Malignant Mesothelioma after Exposure to Asbestos**. American Review of Respiratory Disease 1971 103(6):821-826.  (One case of mesothelioma developed as a result of domestic exposure from his father, a miner).

McDonald AD, McDonald JC. **Epidemiologic surveillance of mesothelioma in Canada**.   Can Med Assoc J. 1973 Sep 1;109(5):359-62.   (Four women and one man with mesothelioma had domestic exposure to dusty clothing of an asbestos worker).

Greenberg M, Davies TA   **Mesothelioma register 1967-68**.  Br J Ind Med. 1974 Apr;31(2):91-104.   (13 cases of mesothelioma which had neighborhood, domestic or hobby exposures);

Lillington GA, Jamplis RW, Differding JR. **Letter: Conjugal malignant mesothelioma**. N Engl J Med. 1974 Sep 12;291(11):583-4.  (Malignant mesothelioma in a man and his wife - his exposure to asbestos was industrial, and hers from washing his dusty clothes);

Letter dated Apr 9, 1976, Re: **Comments of Johns-Manville Corporation with Respect to Notice of the Proposed Rule Making. Occupational Exposure to Asbestos**, in the Federal Register.1975 Oct 9.

**Comments of Johns-Manville Corporation To OSHA**, April 1976, pages 10-11(household exposure is greater in intensity than occupational exposure because the worker and his family are subject to 24 hour exposure due to the reintrainment of asbestos fibers).

Anderson HA, Lilis R, Daum SM, Fischbein AS, Selikoff IJ. **Household-contact asbestos neoplastic risk**. Ann N Y Acad Sci. 1976;271:311-23.  (Reviews of epidemiologic studies demonstrating that eleven countries have reported 37 cases of mesothelioma involving household contact);

Arul JK, Holt PF. **Mesothelioma Possibly Due to Environmental Exposure to Asbestos in Childhood**. Int. Arch. Occup. Environ. Hlth, 1977 Nov.9; 40(2):141-143.

Chen WJ, Mottet NK. **Malignant Mesothelioma With Minimal Asbestos Exposure**. Hum Pathol 1978 May; 9(3): 253-258.

Vianna NJ, Polan AK **Non-occupational exposure to asbestos and malignant mesothelioma in females.** Lancet. 1978 May 20;1(8073):1061-3.   (10 women with mesothelioma that had husbands and/or fathers who worked in asbestos related occupations).  "there have been numerous reports of this rare tumour in individuals exposed at home to dusty clothing" and that "[o]ur results suggest that women run the risk of malignant mesothelioma not only if they work in asbestos-related industries but also if they are indirectly exposed to environmental asbestos. The husband's occupation was clearly the most important risk factor…."

Li FP, Lokich J, Lapey J, Neptune WB, Wilkins EW Jr. **Familial mesothelioma after intense asbestos exposure at home**. JAMA. 1978 Aug 4;240(5):467. (A report of pleural mesothelioma in the wife and daughter of an asbestos handler suggesting that gross asbestos contamination of the home can be a serious health hazard.  The authors opine that the dosage of asbestos to induce mesothelioma in susceptible persons may be low and hardly noticed.).

Anderson HA, Lilis R, Daum SM, Selikoff I J. **Asbestosis Among Household Contacts of Asbestos Factory Workers**. Ann N Y Acad Sci. 1979: 330:387-99. (Household members of

asbestos factory workers in New Jersey were found to have a 26% prevalence of benign pleural disease.)

McDonald AD  **Malignant mesothelioma in Quebec**.  Wagner, J.C. ed. "Biological Effect of Mineral Fibers, IARC Sci Publ.1980;(30):673-80.   (7 domestic exposure mesothelioma cases, 4 daughters and 2 sons of chrysotile miners or millers and a wife of an asbestos insulator).

Tagnon I, Blot WJ, Stroube RB, Day NE, Morris LE, Peace BB, Fraumeni JF Jr  **Mesothelioma associated with the shipbuilding industry in coastal Virginia.** Cancer Res. 1980 Nov;40(11):3875-9.  (4 females diagnosed with mesothelioma whose husbands worked in the shipbuilding industry)

Epler GR, Fitz Gerald MX, Gaensler EA, Carrington CB.    **Asbestos-related disease from household exposure**  .Respiration. 1980;39(4):229-40.  (Reports on four persons with asbestos-related disease from household exposure, two of whom developed a mesothelioma from cleaning their husbands' work clothes.).

Kilburn KH, Lilis R, Anderson HA, Boylen CT, Einstein HE, Johnson SJ, Warshaw R. **Asbestos disease in family contacts of shipyard workers**.    Am J Public Health. 1985 Jun;75(6):615-7.  "Radiologic signs of pulmonary asbestos disease were found in 11.3 per cent of 274 wives of shipyard workers who were 20 or more years from initial hiring-on in shipyards in Los Angeles County. Asbestosis was also found in 7.6 per cent of 79 sons and 2.1 per cent of 140 daughters of these workers."

Kilburn KH, Warshaw R, Thornton JC. .**Asbestos diseases and pulmonary symptoms and signs in shipyard workers and their families in Los Angeles**.     Arch Intern Med. 1986 Nov;146(11):2213-20.   "Radiographic signs of asbestosis (using standard criteria international Labor Office 1980) were found in 64% of 288 male SYW and 21% of 71 female SYW. After excluding those with any occupational exposure to asbestos, asbestosis prevalence was 11% in wives, 8% in sons, and 2% in daughters. Asbestos disease prevalence in workers and in wives increased with the number of years from initial exposure."

Sider L, Holland EA, Davis TM Jr, Cugell DW. **Changes on radiographs of wives of workers exposed to asbestos**. Radiology. 1987 Sep;164(3):723-6. "Eighteen of these [93 wives studied] (19.4%) demonstrated pleural changes consistent with asbestos exposure, including pleural plaque (88.9%), diaphragm plaque (27.8%), pleural calcification (16.6%), and diffuse pleural thickening (5.5%). In statistical correlation between the groups with normal and abnormal radiographs, the only factor that proved significant was the year of first exposure (the duration of the latent period). Finally, radiographs of the husbands were compared for 17 of the 18 wives with radiographic abnormalities. Fourteen of the husbands (82%) demonstrated more severe radiographic changes than their wives."

Hammar SP, Bockus D, Remington F, Freidman S, LaZerte G  **Familial mesothelioma: a report of two families**.    Hum Pathol. 1989 Feb;20(2):107-12.  (A mother and daughter with mesothelioma who were probably exposed to asbestos that had contaminated the clothing of their

husband and father; and a brother and sister with mesothelioma who were probably exposed to asbestos by their father).

Huncharek M, Capotorto JV, Muscat J.  **Domestic asbestos exposure, lung fibre burden, and pleural mesothelioma in a housewife**.  Br J Ind Med. 1989 May;46(5):354-5.  (Report on a diffuse mesothelioma in a wife of a shipyard machinest with quantative evidence of substantial lung asbestos fiber burden from domestic contact (1 gram dry lung tissue = 2.5 million chrysotile, 800,000 amosite/crocidolite, and 3.2 million tremolite)

Joubert L, Seidman H, Selikoff IJ. **Mortality experience of family contacts of asbestos factory workers**  Ann N Y Acad Sci. 1991 Dec 31;643:416-8.

Roggli VL, Longo WE. **Mineral fiber content of lung tissue in patients with environmental exposures: household contacts vs. building occupants**. Ann N Y Acad Sci. 1991 Dec 31;643:511-8.  (Study of six household contacts of asbestos workers indicate that these individuals often have pulmonary asbestos concentrations similar to some occupationally exposed individuals).

Dodoli D, Del Nevo M, Fiumalbi C, Iaia TE, Cristaudo A, Comba P, Viti C, Battista G. **Environmental household exposures to asbestos and occurrence of pleural mesothelioma.** Am J Ind Med 1992;21(5):681-7  (Out of 262 patients with mesothelioma, 13 cases were found in women who had washed the work clothes of their relatives at home. Six additional cases might be explained by the installation of fireproof or non-conductive materials in the domestic environment ).

Newhouse ML, Thompson H, **Mesothelioma of Pleura and Peritoneum Following Exposure to Asbestos in the London Area 1965**. Br. J Ind  Med 1993 Sep; 50(9):769-78

Roguin A, Ben-Shahar M, Ben-Dror G, Cohen I, Hazani E.  **Malignant mesothelioma in families of asbestos workers**.  Harefuah, 1994 Jun 15;126(12):702-4, 764.   "We report 2 cases of pleural mesothelioma in families of asbestos workers. In both cases the laundering of work clothes was done at home. The first was a 33-year-old man; during his childhood his father worked with asbestos boards for 5 years. The second was a 76-year-old woman whose husband worked in an asbestos factory for 32 years, up to 18 years before diagnosis.").

Schneider J, Woitowitz HJ:  **Asbestos-related mesotheliomas in housewives from indoor air pollution [in German].**  Zentralbl Hyg Umweltmed 196:495-503, 1995).  (An Italian study noted that family members of asbestos workers were at higher risk of developing malignant mesothelioma with increased standardized mortality ratio for pleural cancer 21 observed v 1.2 expected; standardized mortality ratio = 18.00; 95% CI, 11.14 to 27.52).

Schneider J, Grossgarten K, Woitowitz HJ**.  Fatal pleural mesothelioma diseases caused by familial household contacts with asbestos fiber dust**.  [Article in German]. Pneumologie. 1995 Feb;49(2):55-9. "The case histories of a family are described where 3 out of 4 developed asbestos-related diseases. Only the husband had direct occupational exposure handling blue-asbestos materials while working in a producing insulating factory in 1950-59. He died of pulmonary

asbestosis as an occupational disease. His wife and his son died of asbestos related mesothelioma. Detailed exposure history revealed exposure to asbestos by laundering her husband's contaminated working clothes. His son was exposed to asbestos during childhood by helping his mother laundering the father's working clothes and in addition by visiting his father's working place regularly. The significance of nonoccupational exposure to asbestos is emphasized as a causative factor in the development of malignant mesothelioma.".

Schneider J, Straif K, Woitowitz HJ.  **Pleural mesothelioma and household asbestos exposure.** Rev Environ Health. 1996 Jan-Jun;11(1-2):65-70.  (6 mesothelioma cases - five wives and one son of asbestos-industry workers with no history of occupational asbestos exposure. In five women, a causal relation was established between the fatal disease and inhalation of asbestos fibers while cleaning the contaminated work-clothes and shoes of their husbands at home. The son had also been exposed to asbestos throughout his childhood during daily visits with his father at the workplace.)

Hillerdal G  **Mesothelioma: cases associated with non-occupational and low dose exposures.** Occup Environ Med. 1999 Aug;56(8):505-13.  (Review article stating that fiber concentrations in domestic exposure might in fact be as high as in occupational exposure.  Brushing clothes might give peaks of exposure greater than 100 fibers per ml and ordinary vacuum cleaning is not effective in removing asbestos fibers, which can remain for years in the house and be airborne again whenever disturbed);

Bourdès V, Boffetta P, Pisani P. **Environmental Exposure to Asbestos and Risk of Pleural Mesothelioma: Review and Meta-Analysis**. Eur J Epidemiology 2000 May; 16(5):411-7. (Meta-analysis based upon eight relevant studies demonstrated a relative risk of pleural mesothelioma for household exposure ranging between 4.0 and 23.7, and the summary risk estimate of 8.1 at a 95% Confidence level with a CI of 5.3 to 12.  Also, radiographic asbestosis was found in 11.3% of the wives of shipyard workers with mesothelioma.));

Magnani C, Agudo A, González CA, Andrion A, Calleja A, Chellini E, Dalmasso P, Escolar A, Hernandez S, Ivaldi C, Mirabelli D, Ramirez J, Turuguet D, Usel M, Terracini B  **Multicentric study on malignant pleural mesothelioma and non-occupational exposure to asbestos.**  Br J Cancer. 2000 Jul;83(1):104-11.  (The largest case series of second-hand exposure consists of 32 patients over 15 years.  Relationships were wife, daughter, son and others. Occupations of the workers included shipyard, insulator, and others. Of the 27 pleural cases, 13 were epithelial, five were fibrous, three were biphasic, and six were not specified; of the five peritoneal cases, four were epithelial and one was fibrous. Latency was greater than 40 years in 27 cases; six cases were age 40 to 49 years and 17 were 60 years or older.  In contrast to the long latency period reported in above study, an aggressive course with a short latency period in three bystander cases has been reported.  Moderate or high probability of domestic exposure was associated with an increased risk adjusted by age and sex: odds ratio (OR) 4.81, 95% confidence interval (CI) 1.8-13.1)

Magnani C, Dalmasso P, Biggeri A, Ivaldi C, Mirabelli D, Terracini B**.   Increased risk of malignant mesothelioma of the pleura after residential or domestic exposure to asbestos: a case-control study in Casale Monferrato, Italy.** Environ Health Perspect 2001 Sep;109(9):915-9.  (Study investigated environmental and domestic asbestos exposure in the city where the largest

Italian asbestos cement (AC) factory was located. Twenty-three cases and 20 controls lived with an AC worker [odds ratio (OR) = 4.5; 95% confidence interval (CI), 1.8-11.1)]. The risk was higher for the offspring of AC workers (OR = 7.4; 95% CI, 1.9-28.1).

Roggli VL, Sharma A, Butnor KJ, Sporn T, Vollmer RT**.   Malignant mesothelioma and occupational exposure to asbestos: a clinicopathological correlation of 1445 cases.**  Ultrastruct Pathol. 2002 Mar-Apr;26(2):55-65.   (The median asbestos body count of household contacts (130 AB/g) was of the same order of magnitude as construction workers (190 AB/g).  Hence, household contacts have tissue asbestos burdens that are on average equivalent to mild to moderate occupational exposures.  Wives tended to have higher lung burdens than daughters or sons);

Dodson RF, O'Sullivan M, Brooks DR, Hammar SP **Quantitative Analysis of Asbestos Burden in Women with Mesothelioma**. Am J Indus Med 2003 Feb ; 43(2): 188-195

Miller A. **Mesothelioma in household members of asbestos-exposed workers: 32 United States cases since 1990.** Am J Ind Med. 2005 May;47(5):458-62. (Mesothelioma in household members of asbestos-exposed workers: 32 United States cases since 1990.)

Goldberg M, Luce D.    **Can exposure to very low levels of asbestos induce pleural mesothelioma?**   Am J Respir Crit Care Med. 2005 Oct 15;172(8):939-40.   "Persons can be exposed to asbestos in different nonoccupational circumstances: living with asbestos workers, with regular exposure to soiled work clothes brought home; [etc]"

Ampleford EJ, Ohar J.   **Mesothelioma: You do not have to work for it.**  Diagn Cytopathol 35:774-777, 2007.   "Asbestos exposure induced mesothelioma does not require an 'occupational' type of exposure.  Bystander exposures may result in earlier age of disease onset and more aggressive disease progression as described in the following 3 case reports."

Ferrante D, Bertolotti M, Todesco A, Mirabelli D, Terracini B, Magnani C.   **Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy**. Environ Health Perspect. 2007 Oct;115(10):1401-5.  (In a multicenter report, moderate or high probability of domestic exposure was associated with an increased risk of developing MPM in cases without evidence of occupational exposure to asbestos. This corresponded to three situations: cleaning asbestos-contaminated clothes, handling asbestos material, and being in the presence of asbestos material susceptible to damage.)

Peretz A, Van Hee VC, Kramer MR, Pitlik S, Keifer MC.  **Case Report: Pleural plaques related to "take-home" exposure to asbestos: An international case series**. International Journal of General Medicine 2008:1 15–20.   (Discusses medical evaluation of family members who had household contact with asbestos brought home by other family members with occupational exposures. Two of the four children of an asbestos cement debagger and two children of a pipe lagger in a naval shipyard manifested benign pleural disease without parenchymal disease, despite the children themselves having no occupational exposure to asbestos.)

Patel AV, Bogner PN, Klippenstein D, Ramnath N.   **Malignant pleural mesothelioma after household exposure to asbestos.**        J  Clin  Oncol.  2008  Nov  20;26(33):5480-3.  doi:

10.1200/JCO.2008.18.8268. Epub 2008 Oct 27.  (2 female mesothelioma patients who developed mesothelioma from second hand asbestos exposure through their husbands)  "…[i]nterestingly, housewives had the second highest mortality rate (6.8%) after managers and administrators (7.6%) in 1999."  "There is a clear link between exposure to asbestos and MPM [malignant pleural mesothelioma]."

Patel et al., op cit, at p. 5481 (citing **National Institute of Occupational Safety and Health: Work-Related Lung Disease (WoRLD) Surveillance System: Malignant Mesothelioma, 2003**. "A report from Germany reported five cases of MPM in housewives, which were attributed to inhalative household contact with asbestos…causal relationship between the fatal disease and the inhalative household contact with asbestos was established based on the cleaning of asbestos contaminated workclothes of the husbands."

Rake C, Gilham C, Hatch J, Darnton A, Hodgson J, Peto J. **Occupational, domestic and environmental mesothelioma risks in the British population: a case-control study**. Br J Cancer. 2009 Apr 7;100(7):1175-83. doi: 10.1038/sj.bjc.6604879. Epub 2009 Mar 3.

Egilman D. **Fiber types, asbestos potency, and environmental causation: a peer review of published work and legal and regulatory scientific testimony**. Int J Occup Environ Health. 2009 Apr-Jun;15(2):202-28.  (38 women with mesothelioma from the Newport News Shipyard area - 82% were exposed via their spouses and 21% via their father or both their father and spouse). Most of these cases originated from the Hampton Roads area, and were diagnosed, treated, or at least reviewed here at Riverside Regional Medical Center, Newport News, Virginia.

Langhoff MD, Kragh-Thomsen MB, Stanislaus S, Weinreich UM.  **Almost half of women with malignant mesothelioma were exposed to asbestos at home through their husbands or sons**. Dan Med J. 2014 Sep;61(9):A4902.

Lacourt A, Gramond C, Rolland P, Ducamp S, Audignon S, Astoul P, Chamming's S, Gilg Soit Ilg A, Rinaldo M, Raherison C, Galateau-Salle F, Imbernon E, Pairon JC, Goldberg M, Brochard P.  **Occupational and non-occupational attributable risk of asbestos exposure for malignant pleural mesothelioma**.  Thorax. 2014 Jun;69(6):532-9. doi: 10.1136/thoraxjnl-2013-203744. Epub 2014 Feb 7.

Ferrante D, Mirabelli D, Tunesi S, Terracini B, Magnani C.  **Pleural mesothelioma and occupational and non-occupational asbestos exposure: a case-control study with quantitative risk assessment**.  Occup Environ Med. 2016 Mar;73(3):147-53. doi: 10.1136/oemed-2015-102803. Epub 2015 Aug 11.

D' Agostin F, de Michieli P, Negro C.  **Pleural mesothelioma in household members of asbestos-exposed workers in Friuli Venezia Giulia, Italy**.  Int J Occup Med Environ Health. 2017 May 8;30(3):419-431. doi: 10.13075/ijomeh.1896.00890. Epub 2017 Mar 20.

Marsh GM et al.  **Non-occupational exposure to asbestos and risk of pleural mesothelioma: review and meta-analysis.**  Occup Environ Med. 2017 Nov;74(11):838-846. doi: 10.1136/oemed-2017-104383. Epub 2017 Sep 21.

## THE "ONE FIBER" OR EVERY FIBER THEORY OF CAUSATION
## IS INVALID AND IS NOT MY OPINION

The theory that exposure one fiber of asbestos or a small number of fibers can either cause mesothelioma or be a substantial contributing factor to the causation of mesothelioma is nonsense.[101]  It is nonsense because no such exposure occurs in reality; and if it did occur, it could not possibly either cause or substantially contribute to the development of mesothelioma. Consequently, any defense attorney who mischaracterizes my causation opinions as the "single fiber" or "every exposure" theory, is mistaken and misrepresents my opinion.

I do not believe that exposure to a single asbestos fiber can cause mesothelioma or any other asbestos-related disease.  Rather, it is my opinion that significant, repetitive occupational *exposures* to asbestos that are at least several orders of magnitude greater than background ambient air exposure levels, and which occur over a significant duration of time in close proximity to the worker contribute to cause mesothelioma.  In these circumstances, large numbers of asbestos fibers will translocate to the pleura. In each individual case, the repetitive exposures of the mesothelioma victim to specific products in specific ways over a defined duration of time is a qualitative assessment that requires me to understand the nature and extent of an individual's exposure prior to reaching any conclusion about whether those exposures contributed to the disease, whether those exposures were a substantial contributing factor to the disease, or whether those exposures could have caused the disease by themselves.

In determining the relative contribution of any exposures to asbestos above background levels, it is important to consider a number of factors, including:  the nature of exposure, the level of exposure and the duration of exposure, whether a product releases significant respirable asbestos fibers during its intended use, the approximate percentage of asbestos in the product (asbestos gasket material is composed of 60-80% of chrysotile asbestos), the level of exposure, whether a person was close to or far from the source of fiber release, how frequently the exposure took place and how long the exposure lasted, whether engineering or other methods of dust control were in place, and whether respiratory protection was used.  The total cumulative amount of exposure should also be considered when evaluating the significance of a given subset of exposure.

It is my opinion that exposure to *any type* of asbestos fibers (chrysotile, amosite, crocidolite, tremolite, actinolite) that is clearly and significantly above background level, e.g. several orders of magnitude above background level, contributes significantly to the dose and resulting disease.  Every exposure that contributes to mesothelioma is not a substantial contributing factor to the development of the disease.  Some exposure may contribute but, nevertheless, be minimal.  Evaluation of the causation of mesothelioma in individual cases requires a qualitative assessment of the occupational, paraoccupational, or environmental exposures that preceded the diagnosis of mesothelioma.

---

[101] Seaton A., **One fibre or many; what causes mesothelioma?** Thorax, 57 (2): 186-7 (February 2002) (This article explains that mesothelioma is caused by a dose response from millions of asbestos fibers (not one fiber or one cell) and suggests that the one fiber theory is a creature of the imagination of "clever lawyers."

While I utilize a linear dose response model for risk assessment that has been used by OSHA, NIOSH and other governmental entities for more than two decades, I do not rely on methodologies of "case study" or "downward dose effect extrapolations" to reach my opinion that Mr. Varney's mesothelioma was caused by his total and cumulative exposure to asbestos above background levels.  To the contrary, I rely upon the methodology of attribution espoused in the Consensus Report, Asbestos, Asbestosis, and Cancer:  **The Helsinki criteria for diagnosis and attribution,** Scan J. Work Environ Health, 23:311-6 (1997), in addition to the factual evidence of Mr. Varney's repeated exposures to asbestos-containing gaskets, packing, and thermal system insulation, repetitively, over extended periods of time, factual evidence of his use of ineffective respiratory protective masks for several months, other items I have reviewed including the medical and scientific literature cited, and my own extensive experience with mesothelioma cases.

## DONALD VARNEY'S MESOTHELIOMA WAS CAUSED BY HIS CUMULATIVE EXPOSURE TO ASBESTOS ABOVE BACKGROUND LEVELS OF EXPOSURE

It is my opinion that the risk of developing mesothelioma is a dose-response process, and that the mesothelioma is the cumulative result of the exposures to asbestos that a person receives; this does not include trivial exposures.  In my opinion, it is the total dose of respirable[102] asbestos that the mesothelioma victim breathes which is the cause of the disease.  Malignant mesotheliomas (like other diseases induced by toxic exposure) are, in general, dose response diseases: each exposure to respirable asbestos-containing dust from the use of asbestos-containing products clearly above background levels (several orders of magnitude), has been shown to contribute to the dose of asbestos fibers that causes diffuse malignant mesothelioma including pleural mesothelioma. Every exposure that contributes to the total dose is not necessarily significant and is not necessarily a substantial contributing factor.  In this case, the contributory exposures were high and repetitive exposures over a long period of time.  These exposures are clearly substantial contributing factors to Varney's mesothelioma.

The methodology employed in reaching my opinions in this case is the same as what other medical experts in my field asked to opine on the same or similar facts would employ. I followed the same method of tumor diagnosis as I would in a non-litigation setting.  This method and each of the opinions I have expressed are not novel or unique but are in fact generally accepted in the scientific community.

As previously explained in the Methodology portion of this report, in evaluating the medical significance of component exposures, I consider the following points:

- Are they real exposures? Documented, witnessed, or inevitable given the circumstances.
- Are they significantly above normal background ambient air levels?
- How are the exposure levels known? Either visible dusts or measurement (actual or simulated).
- Are the exposures repetitive?  Better yet, routine and regular.

---

[102] Respirable fibers are generally considered those to have a diameter of three microns or less.  There is considerable variability of the diameter range below three microns and both short and long fibers meeting that diameter requirement can be inhaled deeply into the lungs.  For ease of counting purposes (methodology), OSHA only requires counting of fibers greater than five microns in length.

- The risk or rate of mesothelioma is a dose-response function.  High component dose, high component risk; low component dose, low component risk.
- The exposures should have a reasonable latency period (i.e., 10 years or more by Helsinki criteria).

Based upon the information contained throughout this report, I have concluded that Varney's occupational exposure to asbestos dust and fibers from the installation, manipulation, and removal of asbestos-containing gaskets, packing and thermal insulation were repetitive, routine, and regular.

All of the exposures that Varney received occurred more than ten years prior to the date of his diagnosis of mesothelioma. The latency period in this case is over 50 years, which is not unusual since latency periods can be as long as 70 years.

I conclude with a reasonable degree of medical certainty that Varney's mesothelioma was caused by the cumulative effect of all of the asbestos exposures that he received as a marine mechanic installing, removing, and manipulating asbestos-containing gaskets, packing, and thermal insulation.  The exposures as described above are high, prolonged, and repetitive, and they are thousands of times higher than background levels. In my opinion, with a reasonable degree of medical certainty, this cumulative exposure is sufficient to have caused this mesothelioma regardless of whether the exposure was to 100% chrysotile or to a mixture of chrysotile and amphibole. Chrysotile asbestos is a genotoxic carcinogen and can cause mesothelioma from brief or low exposures. In this case, it is my opinion with a reasonable degree of medical certainty that Varney's exposures were neither brief nor low- they were high. Exposures to asbestos for as brief as one or two days have been reported to cause mesothelioma in susceptible people. Nine such cases were reported in the NIOSH criteria document in 1976, and recent OSHA documents have again repeated the generally accepted fact that several days of significant exposure to asbestos can cause mesothelioma. Genotoxic carcinogens have no threshold; however, this is not a case concerning minimal exposures to asbestos as a potential cause of mesothelioma. Varney's exposures to asbestos were repetitive, routine, prolonged, and high.

The opinions I have reached are based on my review of the evidence of exposure in this case, the medical and scientific literature cited herein concerning asbestos exposure and disease, the available studies concerning fiber release, epidemiologic studies which correlate levels of exposure with disease, and my knowledge, skill, experience and training as a physician who has specialized in asbestos diseases for three decades.

I reserve the right to rely on the reports and testimony of the plaintiff s other experts in this case. I also reserve the right to supplement or amend this report as additional information becomes known to me.

JOHN C. MADDOX, M.D.

Signed by me this 31[th] day of January, 2019