UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD VARNEY AND MARIA VARNEY, husband and wife,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C18-5105 RJB<br><br>PROCEDURAL ORDER |

In Docket Number 300, Order Setting Evidentiary Hearing, the court ordered that an evidentiary hearing on the admissibility of Mr. Varney's affidavit, both in opposition to the motion for summary judgment and at trial, be set for April 15, 2019, at 9:30 a.m. This Order will set the procedure for that evidentiary hearing.

The evidentiary hearing will be a mini-trial, with the opportunity for opening statement, presentation of evidence, cross-examination of witnesses, and argument. The hearing will be limited to its stated purpose. The plaintiff should go first at all segments of the proceedings, and the defendants may proceed in the order they are listed in the file for any opening statements, cross-examination of plaintiff's witnesses, presentation of defense evidence, and argument, or

PROCEDURAL ORDER - 1

may agree to another order.  There are many defendants in this case, and the court is hopeful that individual counsel will not be overly repetitive.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

      Dated this 2nd day of April, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

PROCEDURAL ORDER - 2