1

THE HONORABLE ROBERT J. BRYAN

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

8

**MARIA VARNEY,**
Individually and as Personal Representative
for the Estate of **DONALD VARNEY**,

Civil Action NO. **3:18-cv-05105-RJB**

9

10

Plaintiff,

11

v.

**FIRST AMENDED COMPLAINT**

12

JURY TRIAL DEMAND

**AIR & LIQUID SYSTEMS
CORPORATION**, individually and as
successor-in- interest to BUFFALO
PUMPS, INC.;
**ARMSTRONG INTERNATIONAL, INC.**;
**BLACKMER PUMP COMPANY**;
**BNS CO.**, f/k/a BROWN & SHARPE
MANUFACTURING COMPANY;
**CBS CORPORATION**, f/k/a VIACOM,
INC., sued as successor-by-merger to CBS
CORPORATION f/k/a WESTINGHOUSE
ELECTRIC CORPORATION and also as
successor-in-interest to BF
STURTEVANT;
**CLA-VAL CO.**;
**CLARK-RELIANCE CORPORATION**,
sued as successor-in-interest to
JERGUSON GAGE & VALVE
COMPANY;
**CRANE CO.**;
**CRANE ENVIRONMENTAL, INC.**,
individually and as successor-in-interest to
COCHRANE CORPORATION;

13

14

15

16

17

18

19

20

21

22

23

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

1  **CROSBY VALVE, LLC**;
   **ELLIOTT TURBOMACHINERY CO.,**
2  **INC.**, a/k/a ELLIOTT COMPANY;
   **FLOWSERVE CORPORATION**;
3  **FMC CORPORATION**;
   **FOSTER WHEELER ENERGY**
4  **CORPORATION**;
   **FRYER-KNOWLES, INC.**, a Washington
5  corporation;
   **GENERAL ELECTRIC COMPANY**;
6  **THE GOODYEAR TIRE & RUBBER**
   **COMPANY**;
7  **THE GORMAN-RUPP COMPANY**;
   **GOULDS PUMPS LLC**, f/k/a Goulds Pumps,
8  Inc.;
   **GRINNELL LLC**, d/b/a GRINNELL
9  CORPORATION;
   **IMO INDUSTRIES, INC.**, individually and
10 as successor in interest to IMO
   DELAVAL;
11 **INGERSOLL-RAND COMPANY**;
   **ITT, LLC**, f/k/a ITT CORPORATION, ITT
12 INDUSTRIES INC., ITT FLUID
   PRODUCTS CORP., HOFFMAN
13 SPECIALTY MFG. CORP., BELL and
   GOSSETT COMPANY and ITT
14 MARLOW;
   **JOHN CRANE INC.**;
15 **McNALLY INDUSTRIES, INC.**, successor
   in interest to NORTHERN FIRE
16 APPARATUS;
   **PARKER-HANNIFIN CORPORATION**;
17 **SB DECKING, INC.**;
   **STERLING FLUID SYSTEMS (USA)**
18 **LLC**, f/k/a PEERLESS PUMPS CO.;
   **VELAN VALVE CORPORATION**;
19 **VIKING PUMP, INC.** ;
   **WARREN PUMPS, LLC**;
20 **WEIR VALVES & CONTROLS USA,**
   **INC.**, individually and as successor in
21 interest to ATWOOD & MORRILL CO.,
   INC.;
22
          Defendants.
23

WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

## I. PARTIES

Plaintiff MARIA VARNEY, the surviving spouse of decedent DONALD VARNEY, sues the above-named Defendants for compensatory damages, by and through the undersigned counsel, and hereby bring this First Amended Complaint.

Plaintiff MARIA VARNEY is suing on behalf of herself, individually, as well as on behalf of decedent DONALD VARNEY's estate.  On April 6, 2018, the Superior Court of Washington County of King issued Letters of Administration and an Order appointing MARIA VARNEY as the administrator and Personal Representative of the Estate of Donald Varney (attached collectively as Exhibit A).

Defendants and/or their predecessors-in-interest are corporations who, at all times relevant herein, manufactured, sold, and/or distributed asbestos-containing products or products that were used in conjunction with asbestos and/or asbestos-containing products and/or equipment, and/or equipment solely designed to be used with asbestos-containing products mined, manufactured, supplied, processed, imported, converted, compounded and/or sold by the Defendants including, but not limited to, brakes, clutches, gaskets, and grinders designed solely to be used with asbestos-containing products, air compressors, heavy machinery and vehicles.

## II. JURISDICTION

Decedent DONALD VARNEY was exposed to asbestos from Defendants' products in the state of Washington.  At all times relevant herein, all Defendants resided in and/or transacted business in this state by mining, manufacturing, selling, producing, distributing, supplying, or otherwise purposefully placing into the stream of commerce asbestos-containing products or products used in conjunction with asbestos, products they purposefully directed into the state of Washington, and into Pierce County and the counties of DONALD VARNEY's exposure.

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

1   Therefore, Defendants may be served with process in Washington, pursuant to RCW 4.28.180 and

2   4.28.185.

3       This Court has jurisdiction over each and every named Defendant pursuant to RCW 4.12

4   *et seq.* and Washington case law:  By selling, supplying, distributing, manufacturing, and/or

5   causing to be used asbestos or asbestos-containing products to which Decedent was exposed in

6   Washington, Defendants purposefully availed themselves of the privilege of doing business in

7   Washington, thus invoking the benefits and protections of Washington's laws. Venue is

8   appropriate pursuant to RCW 4.12.025 because Defendants "reside" in Pierce County,

9   Washington: by currently transacting business in Pierce County and/or by transacting business at

10  the time the cause of action arose in Pierce County.

11      Defendant Fryer-Knowles, Inc., a Washington corporation, is a Washington corporation.

12                              **III.  FACTS**

13      Decedent DONALD VARNEY (DOB: May 18, 1939; SSN: ***-**-0004) was exposed to

14  asbestos and asbestos-containing products, which had been mined, manufactured, produced,

15  and/or placed into the stream of commerce by the defendants and/or was exposed to asbestos

16  through the use of products manufactured by defendants, and/or on premises controlled by

17  defendants.  As a direct and proximate result of this exposure, Decedent DONALD VARNEY

18  developed mesothelioma. Plaintiffs provide the following information:

19      A.    Specific Disease:      Mesothelioma

20      B.    Date of Diagnosis:     August 2017

21      C.    Date of Death:         February 8, 2018

22      D.    Military:              Not Applicable

23      E.    Occupation(s):         Marine Machinist, Mechanical Instrument Mechanic and
                                     Auto Mechanic

FIRST AMENDED COMPLAINT - 4

| F. | Places of Exposure: | Various, including, but not limited to, Puget Sound Naval Shipyard, Bremerton, Washington and Hunters Point Naval Shipyard, San Francisco, California. |
|----|---------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                     | Decedent was further exposed through personal automotive repair, and through exposure to asbestos brought home on the clothes of his father (an auto mechanic) in Seattle, Washington. |
| G. | Dates of Exposure:  | Shipyard exposure from 1957 to 1972;<br>Automotive exposure from father 1940's to 1950's; and Personal automotive exposure from 1939 to 1957. |
| H. | Current Address:    | Deceased – Not Applicable |

## IV.  LIABILITY

Plaintiffs claim liability based upon the theories of product liability, including but not limited to negligence, strict product liability (Restatement (Second) of Torts § 402A and/or 402B), conspiracy, premises liability, the former RCW 49.16.030, and any other applicable theory of liability, including, if applicable, RCW 7.72 et seq. The liability-creating conduct of defendants consisted, inter alia, of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor, and/or recall; failure to substitute safe products; marketing or installing unreasonably dangerous or extra-hazardous and/or defective products; marketing or installing products not reasonably safe as designed; marketing or installing products not reasonably safe for lack of adequate warning and marketing or installing products with misrepresentations of product safety.

## V.  DAMAGES

As a proximate result of Defendants' negligence and/or product liability and/or other basis of liability, Decedent DONALD VARNEY sustained pain, suffering, disability, and death in an amount not now known, but which will be proven at trial.  Plaintiff MARIA VARNEY has sustained loss of spousal relationship as a result of DONALD VARNEY'S illness and death,

WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

including a loss of emotional support, love, affection, care, services, companionship, and assistance in an amount to be proven at trial. Decedent DONALD VARNEY also sustained medical expenses, economic losses in an amount to be proven at trial.

Decedent DONALD VARNEY's surviving children, Dawn M. Brown, Teresa L. Davis, Lori A. Maury and Sharon K. Whittaker have also suffered and will continue to suffer damages for loss of emotional support, love, affection, care and companionship of their father, as well as economic loss.

WHEREFORE, Plaintiff prays for judgment against the defendants and each of them as follows:

1.     For general and special damages specified above, including pain, suffering, loss of parental-child relationship, and disability;

2.     For medical and related expenses economic loss, all of which will be proven at the time of trial;

3.     Past and future loss of care, maintenance, services, support, advice, counsel, and consortium which Plaintiff MARIA VARNEY would have received from Decedent DONALD VARNEY before his illness, disability, and death caused by his exposure to asbestos;

4.     For Plaintiff's costs and disbursements herein;

5.     For prejudgment interest in the amount to be proven at trial; and

6.     For such other relief as the Court deems just.

[THIS SPACE WAS INTENTIONALLY LEFT BLANK]

WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

1

**A JURY IS RESPECTFULLY DEMANDED TO TRY THESE ISSUES.**

2

DATED this 9th day of April, 2019.

3

WEINSTEIN COUTURE PLLC

4

_____

5

Brian D. Weinstein, WSBA # 24497
Benjamin R. Couture, WSBA # 39304
Alexandra B. Caggiano, WSBA # 47862

6

601 Union Street, Suite 2420
Seattle, WA 98101

7

Telephone: 206-508-7070
Facsimile: 206-237-8650

8

9

AND

DEAN OMAR BRANHAM SHIRLEY, LLP

10

11

_s/ Benjamin H. Adams_
Lisa W. Shirley (TXSB #24052971)
*Admitted Pro Hac Vice*

12

Benjamin H. Adams (CASB #272909)
*Admitted Pro Hac Vice*

13

David C.  Humen (TXSB #24087769)
*Admitted Pro Hac Vice*

14

302 N. Market Street, Suite 300
Dallas, Texas 75202

15

Telephone: 214-722-5990
Facsimile:  214-722-5991

16

Counsel for Plaintiff

17

18

19

20

21

22

23

WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

DATED at Seattle, Washington, this 9th day of April, 2019.

*s/ Rachel J. Torell*_____
Rachel J. Torell, Legal Assistant
WEINSTEIN COUTURE PLLC
601 Union Street
Suite 2420
Seattle, WA 98101
T: (206) 508-7070
F: (206) 237-8650

| | |
|---|---|
| **Co-Counsel for Plaintiffs**<br>Benjamin H. Adams, CA Bar No. 272909<br>Lisa W. Shirley, TX Bar No. 24052971<br>*Admitted Pro Hac Vice*<br>302 Elm St.<br>Dallas, Texas 75226<br>Telephone: (214) 722-5990<br>Facsimile: (214) 722-5991<br>Email: bsmith@dobllp.com<br>Email: LShirley@dobllp.com<br>Email: DSmith-Hogan@dobllp.com | **Air & Liquid Systems Corporation**<br>**Ingersoll-Rand Company**<br>**Velan Valve Corporation**<br>Mark B. Tuvim, WSBA No. 31909<br>Kevin J. Craig, WSBA No. 29932<br>Trevor J. Mohr, WSBA No. 51857<br>Gordon & Rees LLP<br>701 5th Avenue, Suite 2100<br>Seattle, Washington 98104<br>Phone:  (206) 695-5100<br>Fax:  (206) 689-2822<br>Email: mtuvim@gordonrees.com<br>Email: kcraig@gordonrees.com<br>Email: tmohr@gordonrees.com<br>Email: seaasbestos@gordonrees.com |
| **Parker-Hannifin Corporation**<br>**Weir Valves & Controls USA, Inc.**<br>Jessica M. Cox, WSBA No. 53027<br>Dana C. Kopij, WSBA No. 31648<br>Nicole R. MacKenzie, WSBA No. 45741<br>Ryan W. Vollans, WSBA No. 45302<br>Nicholas R. Major, WSBA No. 49579<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>Email: wkgasbestos@williamskastner.com | **Armstrong International, Inc.**<br>Stephanie B. Ballard, WSBA No. 49268<br>William E. Fitzharris, Jr., WSBA No. 7122<br>David E. Chawes, WSBA No. 36322<br>Bennett J. Hansen, WSBA No. 24205<br>Preg O'Donnell & Gillett, PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, Washington 98164<br>Phone:  (206) 287-1775<br>Fax:  (206) 287-9113<br>Email: SBallard@pregodonnell.com<br>Email: wfitzharris@pregodonnell.com<br>Email: dchawes@pregodonnell.com<br>Email: bhansen@pregodonnell.com |

| | Email: asbestos@pregodonnell.com |
|---|---|
| **McNally Industries, Inc.**<br>**Sterling Fluid Systems (USA) LLC**<br>Katherine Steele, WSBA No. 11927<br>Megan S. Cook, WSBA #45943<br>Michael (Mac) M. Brown, WSBA No. 49722<br>Bullivant Houser Bailey PC<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101<br>Telephone: (206) 292-8930<br>Email: Katherine.steele@bullivant.com<br>Email: megan.cook@bullivant.com<br>Email: Mac.brown@bullivant.com<br>Email: asbestos@bullivant.com | **Blackmer Pump Company**<br>**Warren Pumps, LLC**<br>**SB Decking, Inc.**<br>Allen E. Eraut, WSBA No. 30940<br>Claude Bosworth, WSBA No. 42568<br>J. Michael Mattingly, WSBA No. 33452<br>Rizzo Mattingly Bosworth PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, Oregon 97201<br>Telephone: (503) 229-1819<br>Fax: (503) 229-0630<br>Email: aeraut@rizzopc.com<br>Email: mmattingly@rizzopc.com<br>Email: cbosworth@rizzopc.com<br>Email: asbestos@rizzopc.com |
| **Darigold, Inc.**<br>Jeff Bone, WSBA No. 43965<br>Kevin C. Baumgardner, WSBA No. 14263<br>CORR CRONIN LLP<br>1001 4th Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>Phone: (206) 621-1480<br>Fax: (206) 625-0900<br>Email: jbone@corrcronin.com<br>Email: kbaumgardner@corrcronin.com | **IMO Industries, Inc.**<br>James E. Horne, WSBA No. 12166<br>Michael R. Ricketts, WSBA No. 9387<br>Gordon Thomas Honeywell LLP<br>600 University, Suite 2100<br>Seattle, WA 98101-4185<br>Telephone: (206) 676-7500<br>Fax: (206) 676-7575<br>Email: Jhorne@gth-law.com<br>Email: Mricketts@gth-law.com<br>Email: IMOservice@gth-law.com |
| **CBS Corporation**<br>**General Electric Company**<br>Alice C. Serko, WSBA No. 45992<br>Malika Johnson, WSBA No. 39608<br>Christopher S. Marks, WSBA No. 28634<br>Tanenbaum Keale LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Telephone: (206) 889-5150<br>Fax: (206) 889-5079<br>Email: cmarks@tktrial.com<br>Email: aserko@tktrial.com<br>Email: seattle.asbestos@tktrial.com | **Clarke-Reliance Corporation**<br>**Foster Wheeler Energy Corporation**<br>Alice C. Serko, WSBA No. 45992<br>Christopher S. Marks, WSBA No. 28634<br>Tanenbaum Keale LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Telephone: (206) 889-5150<br>Fax: (206) 889-5079<br>Email: cmarks@tktrial.com<br>Email: aserko@tktrial.com<br>Email: seattle.asbestos@tktrial.com |
| **Crosby Valve, Inc.**<br>**Elliott Company**<br>**The Goodyear Tire & Rubber Company**<br>**Grinnell LLC**<br>**Goulds Pumps, Inc.**<br>**ITT Corporation**<br>Ronald C. Gardner, WSBA No. 9270 | **Crane Co.**<br>**Crane Environmental, Inc.**<br>G. William Shaw, WSBA No. 8573<br>Ryan J. Groshong, WSBA No. 44133<br>K&L Gates LLP<br>925 4th Ave, Suite 2900<br>Seattle, WA 98104-1158 |

WEINSTEIN COUTURE PLLC<br>601 UNION STREET, SUITE 2420<br>SEATTLE, WASHINGTON  98101<br>(206) 508-7070  -  FACSIMILE (206) 237-8650

| | |
|---|---|
| David Mordekhov, WSBA No.32900<br>Gardner Trabolsi & Associates PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121<br>Phone: (206) 256-6309<br>Fax: (206) 256-6318<br>Email: rgardner@gandtlawfirm.com | Phone: (206) 623-7580<br>E-mail: bill.shaw@klgates.com<br>E-mail: ryan.groshong@klgates.com<br>E-mail: SE.Asbestos@klgates.com |
| **Flowserve US, Inc.**<br>Randy J. Aliment, WSBA No. 11440<br>Marc M. Carlton, WSBA No. 40069<br>Lewis Brisbois Bisgaard & Smith LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Telephone: (206) 436-2020<br>Fax: (206) 436-2030<br>Email: randy.aliment@lewisbrisbois.com<br>Email: marc.carlton@lewisbrisbois.com<br>Email: Seattle-Asbestos@lewisbrisbois.com | **Cla-Val Co.**<br>*Anticipated Counsel* |

**WEINSTEIN COUTURE PLLC**<br>601 UNION STREET, SUITE 2420<br>SEATTLE, WASHINGTON  98101<br>(206) 508-7070  -  FACSIMILE (206) 237-8650