WAWD - Application for Leave to Appear Pro Hac Vice (Revised 12/26/12)

# United States District Court
# Western District of Washington

| | |
|---|---|
| DONALD VARNEY AND MARIA VARNEY,<br>Husband and Wife<br><br>Plaintiff(s)<br><br>V.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor by<br>merger to Buffalo Pumps, Inc.; et al.<br><br>Defendant(s) | Case Number:    3:18-cv-05105-RJB<br><br><br>APPLICATION FOR LEAVE TO APPEAR<br>PRO HAC VICE |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Ethan A. Horn _____ hereby applies for permission to appear

and participate as counsel in the above entitled action on behalf of the following party or parties:

> Plaintiff's Donald Varney and Maria Varney

The particular need for my appearance and participation is:

> Representation of my clients, Donald Varney and Maria Varney

I, _____ Ethan A. Horn _____ understand that I am charged with knowing and
complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association;
and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _4/9/2019_____        Signature of Applicant:  s/ Ethan A. Horn _____

Pro Hac Vice Attorney
Applicant's Name:     Ethan A. Horn

Law Firm Name:        Dean Omar Branham, LLP

Street Address 1:      302 N. Market Street

Address Line 2:        Suite 300

City:  Dallas          State: Texas          Zip:  75202

Phone Number w/ Area Code      (214) 722-5990      Bar # 190296      State  California

Primary E-mail Address:      ehorn@dobslegal.com      Secondary E-mail Address: cweeks@dobslegal.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the

applicant   Ethan A. Horn                          is unable to be present upon any date

assigned by the court.

Date:        4/9/2019          Signature of Local Counsel:  s/ Brian D. Weinstein

Local Counsel's Name:     Brian D. Weinstein          Bar # 24497

Law Firm Name:            Weinstein Couture PLLC

Street Address 1:          601 Union Street

Address Line 2:            Suite 2420

City:  Seattle          State:  Washington      Zip:  98101

Phone Number w/ Area
Code  Example: 999-999-9999          206-508-7070

## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| | |
|---|---|
| s/ Ethan A. Horn | 4/9/2019 |
| **Signature**  (use an "s/" and type your name) | **Date Signed** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD VARNEY AND MARIA VARNEY, Husband and Wife,<br><br>                     Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>                     Defendants. | No.    3:18-cv-05105-RJB<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on April 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.


DATED this 9th day of April, 2019.


WEINSTEIN COUTURE PLLC

*s/ Rachel J. Torell*
Rachel J. Torell
Legal Assistant

CERTIFICATE OF SERVICE - 1

| **Co-Counsel for Plaintiffs** | **Air & Liquid Systems Corporation** |
|---|---|
| Benjamin H. Adams, CA Bar No. 272909 | **Ingersoll-Rand Company** |
| Lisa W. Shirley, TX Bar No. 24052971 | **Velan Valve Corporation** |
| *Admitted Pro Hac Vice* | Mark B. Tuvim, WSBA No. 31909 |
| 302 Elm St. | Kevin J. Craig, WSBA No. 29932 |
| Dallas, Texas 75226 | Trevor J. Mohr, WSBA No. 51857 |
| Telephone: (214) 722-5990 | Gordon & Rees LLP |
| Facsimile: (214) 722-5991 | 701 5th Avenue, Suite 2100 |
| Email: bsmith@dobllp.com | Seattle, Washington 98104 |
| Email: LShirley@dobllp.com | Phone:  (206) 695-5100 |
| Email: DSmith-Hogan@dobllp.com | Fax:  (206) 689-2822 |
|  | Email: mtuvim@gordonrees.com |
|  | Email: kcraig@gordonrees.com |
|  | Email: tmohr@gordonrees.com |
|  | Email: seaasbestos@gordonrees.com |
| **Parker-Hannifin Corporation** | **Armstrong International, Inc.** |
| **Weir Valves & Controls USA, Inc.** | Stephanie B. Ballard, WSBA No. 49268 |
| Jessica M. Cox, WSBA No. 53027 | William E. Fitzharris, Jr., WSBA No. 7122 |
| Dana C. Kopij, WSBA No. 31648 | David E. Chawes, WSBA No. 36322 |
| Nicole R. MacKenzie, WSBA No. 45741 | Bennett J. Hansen, WSBA No. 24205 |
| Ryan W. Vollans, WSBA No. 45302 | Preg O'Donnell & Gillett, PLLC |
| Nicholas R. Major, WSBA No. 49579 | 901 Fifth Avenue, Suite 3400 |
| Williams, Kastner & Gibbs PLLC | Seattle, Washington 98164 |
| 601 Union Street, Suite 4100 | Phone:  (206) 287-1775 |
| Seattle, WA 98101-2380 | Fax:  (206) 287-9113 |
| Telephone: (206) 628-6600 | Email: SBallard@pregodonnell.com |
| Fax: (206) 628-6611 | Email: wfitzharris@pregodonnell.com |
| Email: wkgasbestos@williamskastner.com | Email: dchawes@pregodonnell.com |
|  | Email: bhansen@pregodonnell.com |
|  | Email: asbestos@pregodonnell.com |
| **McNally Industries, Inc.** | **Blackmer Pump Company** |
| **Sterling Fluid Systems (USA) LLC** | **Warren Pumps, LLC** |
| Katherine Steele, WSBA No. 11927 | **SB Decking, Inc.** |
| Megan S. Cook, WSBA #45943 | Allen E. Eraut, WSBA No. 30940 |
| Michael (Mac) M. Brown, WSBA No. 49722 | Claude Bosworth, WSBA No. 42568 |
| Bullivant Houser Bailey PC | J. Michael Mattingly, WSBA No. 33452 |
| 1700 Seventh Avenue, Suite 1810 | Rizzo Mattingly Bosworth PC |
| Seattle, WA 98101 | 1300 SW Sixth Avenue, Suite 330 |
| Telephone: (206) 292-8930 | Portland, Oregon 97201 |
| Email: Katherine.steele@bullivant.com | Telephone: (503) 229-1819 |
| Email: megan.cook@bullivant.com | Fax: (503) 229-0630 |
| Email: Mac.brown@bullivant.com | Email: aeraut@rizzopc.com |
| Email: asbestos@bullivant.com | Email: mmattingly@rizzopc.com |
|  | Email: cbosworth@rizzopc.com |
|  | Email: asbestos@rizzopc.com |
| **Darigold, Inc.** | **IMO Industries, Inc.** |
| Jeff Bone, WSBA No. 43965 | James E. Horne, WSBA No. 12166 |
|  | Michael R. Ricketts, WSBA No. 9387 |

WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  –  FACSIMILE (206) 237-8650

| | |
|---|---|
| Kevin C. Baumgardner, WSBA No. 14263<br>CORR CRONIN LLP<br>1001 4th Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>Phone: (206) 621-1480<br>Fax: (206) 625-0900<br>Email: jbone@corrcronin.com<br>Email: kbaumgardner@corrcronin.com | Gordon Thomas Honeywell LLP<br>600 University, Suite 2100<br>Seattle, WA 98101-4185<br>Telephone: (206) 676-7500<br>Fax: (206) 676-7575<br>Email: Jhorne@gth-law.com<br>Email: Mricketts@gth-law.com<br>Email: IMOservice@gth-law.com |
| **CBS Corporation**<br>**General Electric Company**<br>Alice C. Serko, WSBA No. 45992<br>Malika Johnson, WSBA No. 39608<br>Christopher S. Marks, WSBA No. 28634<br>Tanenbaum Keale LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Telephone: (206) 889-5150<br>Fax: (206) 889-5079<br>Email: cmarks@tktrial.com<br>Email: aserko@tktrial.com<br>Email: seattle.asbestos@tktrial.com | **Clarke-Reliance Corporation**<br>**Foster Wheeler Energy Corporation**<br>Alice C. Serko, WSBA No. 45992<br>Christopher S. Marks, WSBA No. 28634<br>Tanenbaum Keale LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Telephone: (206) 889-5150<br>Fax: (206) 889-5079<br>Email: cmarks@tktrial.com<br>Email: aserko@tktrial.com<br>Email: seattle.asbestos@tktrial.com |
| **Crosby Valve, Inc.**<br>**Elliott Company**<br>**The Goodyear Tire & Rubber Company**<br>**Grinnell LLC**<br>**Goulds Pumps, Inc.**<br>**ITT Corporation**<br>Ronald C. Gardner, WSBA No. 9270<br>David Mordekhov, WSBA No.32900<br>Gardner Trabolsi & Associates PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121<br>Phone: (206) 256-6309<br>Fax: (206) 256-6318<br>Email: rgardner@gandtlawfirm.com | **Crane Co.**<br>**Crane Environmental, Inc.**<br>G. William Shaw, WSBA No. 8573<br>Ryan J. Groshong, WSBA No. 44133<br>K&L Gates LLP<br>925 4th Ave, Suite 2900<br>Seattle, WA 98104-1158<br>Phone: (206) 623-7580<br>E-mail: bill.shaw@klgates.com<br>E-mail: ryan.groshong@klgates.com<br>E-mail: SE.Asbestos@klgates.com |
| **Flowserve US, Inc.**<br>Randy J. Aliment, WSBA No. 11440<br>Marc M. Carlton, WSBA No. 40069<br>Lewis Brisbois Bisgaard & Smith LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Telephone: (206) 436-2020<br>Fax: (206) 436-2030<br>Email: randy.aliment@lewisbrisbois.com<br>Email: marc.carlton@lewisbrisbois.com<br>Email: Seattle-Asbestos@lewisbrisbois.com | **Cla-Val Co.**<br>*Anticipated Counsel* |

CERTIFICATE OF SERVICE - 3